






UNITED STATES POSTAL SERVICE ®   |   PRIORITY MAIL ®

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

TRACKED ■ INSURED

PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2

To schedule free Package Pickup, scan the QR code.

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

Electronic Rate Approved #038555749

USPS TRACKING #

9405 5036 9930 0458 5570 01

C004

U.S. DISTRICT COURT, N.D. CALIFORNIA
450 GOLDEN GATE AVE STE 36060
SAN FRANCISCO CA 94102-3489

0000
Expected Delivery Date: 01/21/23

PRIORITY MAIL®

01/18/2023   Mailed from 72601   9867686363860465

UNITED STATES POSTAL SERVICE ® Click-N-Ship®

usps.com
$9.90
US POSTAGE
Window FR Env

U.S. POSTAGE PAID
Click-N-Ship®

9405 5036 9930 0458 5570 01 0099 0000 0079 4102

[D]AVID A STEBBINS
[?]3 W RIDGE AVE APT D
[HA]RRISON AR 72601-4236