David Stebbins (pro se Plaintiff)
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                                               PLAINTIFF

VS.                                         Case 4:23-cv-00321-DMR

JOHN DOE, d.b.a. SIDALPHA                                                            DEFENDANTS

### PETITION FOR ISSUANE OF SUBPOENA DUCES TECUM

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Petition for Issuance of Subpoena Duces Tecum.

1. The defendant's identity and address are unknown. To rectify this, please find attached **Exhibit A**, a proposed subpoena duces tecum issued to Google, LLC.

2. The defendant is a member of the Youtube Partner Program, which means that his real name and current address are necessarily on file with Google LLC. Therefore, this information can be subpoenaed from them.

3. Google LLC can be served with this subpoena through the following registered agent:

Corporation Service Company
2710 Gateway Oaks Drive
Suite 150N
Sacramento, CA 95833

So requested on this, the 23rd day of January, 2023.

*/s/ David Stebbins*
David Stebbins
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com