David Stebbins (pro se Plaintiff)
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                  PLAINTIFF

VS.         Case 4:23-cv-00321-DMR

JOHN DOE, d.b.a. SIDALPHA             DEFENDANTS

### NOTICE OF SUBMITTED MATTERS

  Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Notice of Submitted Matters, pursuant to Local Rule NDCA Local Rule 7-13.

1. The Application for Leave to Proceed in forma pauperis was filed on January 23, 2023. As of the time of this writing, it has now been 120 days and the case has not been brought current.

2. So notified on this, the 20th day of May, 2023.

*/s/ David Stebbins*
David Stebbins
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com
