## Will you accept service of process on behalf of your client?

From:  Acerthorn (acerthorn@yahoo.com)

To:  brichmond@pcrfirm.com

Date:  Monday, May 22, 2023 at 07:46 PM CDT

Dear Mr. Richmond,

I am David Stebbins, aka Acerthorn, the plaintiff in the case that this GoFundMe page refers to: https://www.givesendgo.com/SidAlpha

That page says that he has retained you to defend him against my defamation lawsuit.

That being said, are you able and willing to accept service of process on his behalf? If so, please tell me what your office address is, so I can send the US Marshal to that location to serve you with process.

Sincerely,
David Stebbins