## RE: lawsuit against me

From: SidAlpha (sidalpha@sidalpha.com)

To: acerthorn@yahoo.com

Date: Friday, April 8, 2022 at 12:04 AM CDT

Keep telling yourself that. Like I said, I'll see you in court.

- **Sid R.**

 **SidAlpha**

**Web Site:** https://SidAlpha.com
**Youtube:** https://youtube.com/SidAlpha
**Twitter:** https://twitter.com/SidAlpha
**Facebook:** https://facebook.com/IamSidAlpha

**From:** acerthorn <acerthorn@yahoo.com>
**Sent:** Thursday, April 7, 2022 10:04 PM
**To:** SidAlpha <sidalpha@sidalpha.com>
**Subject:** Re: lawsuit against me

Yes, I have filed this suit against you. But to say that this is where it all began is preposterous and you know. I filed this suit against you for the same reason I filed that suit against SofiannP and InitiativeKookie: Because you left me no choice. Because your malice, bad faith, and mean-spiritedness made you utterly incapable of working things out before it came to this.

You were the one who escelated this to this point. You are the one who refused to see reason. I tried to work this out with you, and now that it's come to the point where there's no turning back, you act like I am the one singularly responsible for bringing this from 0 to 100 in the course of a day.

See, this is what I was talking about: You kept stealing my lunch money in the halls, and when I finally kick you in the nuts in self-defense, you act like all of the bullying you've done up to that point doesn't matter, like it's completely irrelevant, and that now that I've "assaulted" you, you are now and forever fully justified in cranking your bullying all the way up to eleven. Now, you're the one acting in self-defense, rather than the other way around.

This is why you people are so incapable of seeing reason. It's not that you don't understand the harm you are causing, because you do. You are fully aware of the harm you're causing me without provocation, and you simply do not give a fuck. You *enjoy* the harm you're causing, and then, when you finally provoke me into retaliating, you act like I'm the one who provoked you, rather than vice versa.

You are a lot like the fat version of Majin Buu: You are pure id. As explained in 3:09 - 4:27 of this video ... https://youtu.be/nv5gWBR4pEY?t=189 ... you, likewise, only see the world through how it makes you feel. Just as Majin Buu "rather than understanding her fears and boundaries ... he only sees her as a mean person who lied to him." Likewise, rather than seeing the unprovoked harm you're causing me from my point of view, you only see me as a big meanie who tried to sue you, rather than taking a step back and trying to see how it all came to this.

If that is how you honestly see the situation, then I'm sorry, but you are completely disconnected from reality.

On Thursday, April 7, 2022, 11:37:41 PM CDT, SidAlpha <sidalpha@sidalpha.com> wrote:

You've filed suit against me for over $1.8M dollars. I am not required to give a flying fuck what you think. Attempt all the justification you want, false as it is. The current situation IS the current reality. Just be aware that YOU have caused this. After all, I care nothing for you.

- Sid R.

 **SidAlpha**

**Web Site:** https://SidAlpha.com

**Youtube:** https://youtube.com/SidAlpha

**Twitter:** https://twitter.com/SidAlpha

**Facebook:** https://facebook.com/IamSidAlpha

---

**From:** acerthorn <acerthorn@yahoo.com>
**Sent:** Thursday, April 7, 2022 9:34 PM
**To:** SidAlpha <sidalpha@sidalpha.com>

**Subject:** Re: lawsuit against me

And how would you know that? You've hardly communicated with me at all! You've heard some people's side of the story, but you never heard mine.

It's like I said before: A token effort at communication (as opposed to just barking demands at me and calling me "unhelpable" whenever I don't immediately comply) can go a long, long, loooong way!

No, YOU'RE the ones who refuse to anything except total capitulation. YOU are the ones for whom nothing short of lying down and taking the harassment, doxxing, and copyright infringement without doing anything to fight back, is just me being a bully.

No, you're the bullies. And when the case goes to court, the judge will see that.

On Thursday, April 7, 2022, 11:30:26 PM CDT, SidAlpha <sidalpha@sidalpha.com> wrote:

Because you refuse to accept anything except total subjugation to you as "good faith". You are a moron. I'll see you in court.

- **Sid R.**

**SidAlpha**

**Web Site:** https://SidAlpha.com

**Youtube:** https://youtube.com/SidAlpha

**Twitter:** https://twitter.com/SidAlpha

**Facebook:** https://facebook.com/IamSidAlpha

---

**From:** acerthorn <acerthorn@yahoo.com>
**Sent:** Thursday, April 7, 2022 9:24 PM
**To:** SidAlpha <sidalpha@sidalpha.com>
**Subject:** Re: lawsuit against me

You know, people often criticize me for supposedly being unable to admit I'm wrong. But are you able to admit that you're wrong?

You say you're going to crush me like the bug I am. But why do you think I'm a bug? Just because I have fewer subscribers on Youtube than you do?

I've been saying this for years but nobody seems to listen: Just because you disagree with somebody does not make that person objectively wrong. It doesn't make *you* objectively wrong, either. Sometimes, opinions are just opinions, and harassing each other over opinions is absolutely petty and pathetic.

I have never harassed anyone for the totality of my Youtube channel's existence. The closest you could get to me harassing people is issuing these so-called "false" DMCAs against people who were harassing me first. That's it. That's the closest I was ever able to do.

Yes, I asked for the name and address of InitiativeKookie (which I eventually got anyway), but only because he was stalking me and I needed a means to hold him to account. I even explicitly stated in that video that I had no intention of using it for any purpose other than litigation and had no intention of sharing that information outside of that one purpose.

Yes, I sued SofiannP, TGP482, and InitiativeKookie, but only because they made it clear that they weren't going to stop harassing me and spreading my copyrighted content.

Yes, I made that video cussing out Creetosis, but only because he repeatedly kept harassing me, over and over and over again.

If we all just made a good faith attempt at a two-way communication ... if we all made a good faith attempt at understanding each other ... if we all just made a good faith attempt *at good faith* ... 99% of this drama and court battles could be avoided.

But you people are incapable of that. Nothing I say to you seems to matter. No amount of good faith attempts at sorting this out with you voluntarily seem to get through to you.

You people are all just bullies. You get some sadistic pleasure out of bringing other people down. Many of you have not even *attempted* to hide that fact. You are all acting out of pure

malice. You're doing this, not in spite of the fact that it's mean-spirited, but *because* it is mean-spirited.

And when the judge sees that, if the judge has empathy at all, he will side with me to the greatest extent he is allowed. This means that if the judge has any discretion at all (including weighing the evidence and deciding fair use), he will side with me, as long as he has any empathy.

I am the victim here, and deep down inside, I think you know this. I just don't think you care.

On Thursday, April 7, 2022, 10:26:09 PM CDT, SidAlpha <sidalpha@sidalpha.com> wrote:

I will have to decline. I see no need to do favors for someone suing me for over $1.8M dollars.

- **Sid R.**

 **SidAlpha**

**Web Site:** https://SidAlpha.com

**Youtube:** https://youtube.com/SidAlpha

**Twitter:** https://twitter.com/SidAlpha

**Facebook:** https://facebook.com/IamSidAlpha

---

**From:** acerthorn <acerthorn@yahoo.com>
**Sent:** Thursday, April 7, 2022 8:23 PM
**To:** SidAlpha <sidalpha@sidalpha.com>
**Subject:** Re: lawsuit against me

Mind telling me the basis of the counter-suit?

On Thursday, April 7, 2022, 09:50:43 PM CDT, SidAlpha <sidalpha@sidalpha.com> wrote:

Side note, I fully support you going after that moron that filed spurious DMCA strikes against you. Because that was severely fucked. Regardless, I have every intention of crushing you like the bug you are. AND a counter-suite will be filed. Have fun!

- **Sid R.**

 **SidAlpha**

**Web Site:** https://SidAlpha.com

**Youtube:** https://youtube.com/SidAlpha

**Twitter:** https://twitter.com/SidAlpha

**Facebook:** https://facebook.com/IamSidAlpha

---

**From:** acerthorn <acerthorn@yahoo.com>
**Sent:** Thursday, April 7, 2022 7:29 PM
**To:** SidAlpha <sidalpha@sidalpha.com>
**Subject:** Re: lawsuit against me

Sure.

On Thursday, April 7, 2022, 09:07:23 PM CDT, SidAlpha <sidalpha@sidalpha.com> wrote:

So, would you like my details so the court can serve me?

- **Sid R.**

 **SidAlpha**

**Web Site:** https://SidAlpha.com

Case 4:23-cv-00321-DMR   Document 14-3   Filed 06/28/23   Page 7 of 7

**Youtube:** https://youtube.com/SidAlpha

**Twitter:** https://twitter.com/SidAlpha

**Facebook:** https://facebook.com/IamSidAlpha

 image001.jpg
34.8kB