David Stebbins (pro se Plaintiff)
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                                                    PLAINTIFF

VS.                                        Case 4:23-cv-00321-DMR

SYDNEY REDFIELD, d.b.a. SIDALPHA                                          DEFENDANTS

### MOTION FOR EXTENSION OF TIME TO FILE SECOND MOTION FOR ISSUANCE OF SUBPOENA DUCES TECUM

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion for Extension of Time to File Second Motion for Issuance of Subpoena Duces Tecum.

1. On August 23, 2023, the Court issued an order in this case which, among other things, ordered me to file my Second Motion for Issuance of Subpoena Duces Tecum by no later than September 13, 2023.

2. Immediately after seeing this order, I contacted the Federal Pro Bono Office for the Northern District of California and requested an appointment to discuss the matter. See **Exhibit A**. However, the next day, the Federal Pro Bono Office replied and said they could not work me in any later than the end of September. See **Exhibit B**. The earliest they were able to work me in was September 28, 2023.

3. Considering how swamped they are, I would not be surprised if, when they finally do reply to offer me an appointment slot, it may even be early October.

4. As a result, I humbly and respectfully ask the Court to push my deadline to file the renewed Motion for Issuance of Subpoena Duces Tecum back until **12:00PM on September 29, 2023**.

5. Wherefore, premises considered, I respectfully request that this Motion for Extension of

Time be granted.

So requested on this, the 25th day of August, 2023.

*/s/ David Stebbins*
David Stebbins (pro se)