## Fw: Activity in Case 4:23-cv-00321-DMR Stebbins v. Doe Order

From:  Acerthorn (acerthorn@yahoo.com)

To:      fedpro@sfbar.org

Date:  Wednesday, August 23, 2023 at 12:35 PM CDT

Dear Fedpro,

Can we please book an appointment with Deborah to discuss this? The Judge has ordered I file this renewed motion by Sept. 13, so can we please book the appointment some time on Sept. 11 or 12?

Sincerely,
David Stebbins

----- Forwarded Message -----
**From:** ECF-CAND@cand.uscourts.gov <ecf-cand@cand.uscourts.gov>
**To:** "efiling@cand.uscourts.gov" <efiling@cand.uscourts.gov>
**Sent:** Wednesday, August 23, 2023 at 12:03:46 PM CDT
**Subject:** Activity in Case 4:23-cv-00321-DMR Stebbins v. Doe Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.

**U.S. District Court**

**California Northern District**

## Notice of Electronic Filing

The following transaction was entered on 8/23/2023 at 10:02 AM and filed on 8/23/2023
**Case Name:**        Stebbins v. Doe
**Case Number:**      4:23-cv-00321-DMR
**Filer:**
**Document Number:** 16

**Docket Text:**
**ORDER on [13] Response to Order to Show Cause and [14] Motion for Sanctions and for Leave to File Service of Process Via Email. Signed by Chief Magistrate Judge Donna M. Ryu on 8/23/2023. (dmrlc2, COURT STAFF) (Filed on 8/23/2023)**

**4:23-cv-00321-DMR Notice has been electronically mailed to:**

**David A. Stebbins     acerthorn@yahoo.com**

**4:23-cv-00321-DMR Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\23-cv-00321-dmr-
filed_order_on_response_to_osc_and_motion_for_sanctions_082323.638273995652280280.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=8/23/2023] [FileNumber=20498896-0]
[a2e1a777b4745286d2d26ef2e21004d50af0eed276c2681eb5c3a96f55f3406cd51c
987f9f4501f7f816fc3fb25a47c967243b4aa28fd98647347051a8e07792]]