## RE: Activity in Case 4:23-cv-00321-DMR Stebbins v. Doe Order

From:  fedpro (fedpro@sfbar.org)

To:    acerthorn@yahoo.com

Date:  Thursday, August 24, 2023 at 12:05 PM CDT

Hello,

Unfortunately, we do not have any appointments available before your deadline. We are currently booking out into the end of September. Please let us know if you would like to set something up for then. In the meantime, I've attached an extension request template which you may find helpful. We are not making any statement of advice regarding what you should do in your particular case, we are just providing these for your reference in case they are helpful.

Thank you,

**Federal Pro Bono Project
Justice & Diversity Center, Bar Association of San Francisco
Appointment Line: 415-782-8982
Email: fedpro@sfbar.org
S.F. Office - 450 Golden Gate Ave., 15th Fl., Room 2796
Oakland Office - 1301 Clay St., 4th Fl., Room 470 S**

Thank you for contacting the Federal Pro Bono Project.  This email address is used *only* for scheduling appointments.  We do not offer any legal advice over email.  Communicating with us through email does not create an attorney-client relationship. The Legal Help Centers in San Francisco and Oakland do not represent you.  You are responsible for all parts of your case including any deadlines.

**From:** Acerthorn [acerthorn@yahoo.com]
**Sent:** Wednesday, August 23, 2023 10:35 AM
**To:** fedpro
**Subject:** Fw: Activity in Case 4:23-cv-00321-DMR Stebbins v. Doe Order

Dear Fedpro,

Can we please book an appointment with Deborah to discuss this? The Judge has ordered I file this renewed motion by Sept. 13, so can we please book the appointment some time on Sept. 11 or 12?

Sincerely,
David Stebbins

----- Forwarded Message -----
**From:** ECF-CAND@cand.uscourts.gov <ecf-cand@cand.uscourts.gov>
**To:** "efiling@cand.uscourts.gov" <efiling@cand.uscourts.gov>
**Sent:** Wednesday, August 23, 2023 at 12:03:46 PM CDT
**Subject:** Activity in Case 4:23-cv-00321-DMR Stebbins v. Doe Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.

U.S. District Court

California Northern District

## Notice of Electronic Filing

The following transaction was entered on 8/23/2023 at 10:02 AM and filed on 8/23/2023

**Case Name:** Stebbins v. Doe
**Case Number:** [4:23-cv-00321-DMR](#)
**Filer:**
**Document Number:** [16](#)

**Docket Text:**
**ORDER on [13] Response to Order to Show Cause and [14] Motion for Sanctions and for Leave to File Service of Process Via Email. Signed by Chief Magistrate Judge Donna M. Ryu on 8/23/2023. (dmrlc2, COURT STAFF) (Filed on 8/23/2023)**

4:23-cv-00321-DMR Notice has been electronically mailed to:

David A. Stebbins     acerthorn@yahoo.com

4:23-cv-00321-DMR Please see [Local Rule 5-5](#); Notice has NOT been electronically mailed to:

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\23-cv-00321-dmr-filed_order_on_response_to_osc_and_motion_for_sanctions_082323.638273995652280280.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=8/23/2023] [FileNumber=20498896-0]
[a2e1a777b4745286d2d26ef2e21004d50af0eed276c2681eb5c3a96f55f3406cd51c
987f9f4501f7f816fc3fb25a47c967243b4aa28fd98647347051a8e07792]]

**Confidentiality Notice:**
The information in this e-mail (including attachments, if any) is considered privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you have received this email in error, please notify me immediately by reply email, delete this email, and do not disclose its contents to anyone.


Cert of Svc - Mtn to Change Filing Deadline.docx
46.1kB


Instr - Mtn to Change Filing Date.docx
156.9kB


Mtn to Change Filing Date.doc
68kB