# EXHIBIT B



**Acerthorn**
@acerthorn

I'm not a DMCA abuser and I've already told you that. When you're harassing and dogpiling me, you lose your right to fair use. I've only ever DMCA'd people who either (A) weren't fair use, or (B) were harassing and dogpiling

10:08 PM · Jan 23, 2022

View post analytics

2 Quotes

---

← Post



**SidAlpha** ✓
@SidAlpha

Yes, I'm sure you even believe that at some level. How could you not after the sheer volume of times you've told yourself that you are not the one in the wrong. Thing is, reality often cares little for what we tell ourselves.
twitter.com/acerthorn/stat…

> You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

10:12 PM · Jan 23, 2022

2 Reposts   47 Likes



**Post**

**Acerthorn**
@acerthorn

Also ... "Yes, I'm sure you even believe that"

And there you go! That alone means my DMCA takedowns aren't abusive, at least in the eyes of the law! Because I have to KNOWINGLY misrepresent the facts in a DMCA takedown in order for it to be illegal!

10:18 PM · Jan 23, 2022

View post analytics

1 Repost   2 Quotes

---

**Post**

**SidAlpha** ✓
@SidAlpha

There is a difference between delusional justification based on a false premise of "unclean hands" vs. actually considering Fair Use.

10:23 PM · Jan 23, 2022

4 Reposts   59 Likes