UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN DOE,<br><br>　　　　Defendant. | Case No.   4:23-cv-00321-DMR<br><br>**CLERK'S NOTICE RE: PLAINTIFF'S SECOND MOTION FOR ISSUANCE OF SUBPOENA DUCES TECUM** |

Plaintiff has filed a Second Motion for Issuance of Subpoena Duces Tecum and noticed it for a hearing on November 9, 2023 at 10:00 a.m.  Notice is hereby given to all parties that the hearing on Plaintiff's Second Motion for Issuance of Subpoena Duces Tecum has been rescheduled for November 9, 2023 at 1:00 P.M. in Oakland, by Videoconference (may be changed to in-person by the court) before Chief Magistrate Judge Donna M. Ryu.  All counsel and parties may access the webinar information (public hearings) at **https://cand.uscourts.gov/judges/ryu-donna-m-dmr/**.

Dated: September 28, 2023

　　　　　　　　　　　　　　　　　　　　　　　Mark B. Busby
　　　　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　　　Ivy Lerma Garcia, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　　　　Honorable DONNA M. RYU

All counsel and parties may access the webinar information (public hearings) at https://cand.uscourts.gov/judges/ryu-donna-m-dmr/.

Webinar ID: 161 278 7819
Password: 053378

Or iPhone one-tap :
US: +16692545252,,1612787819#,,1#,053378# or +16468287666,,1612787819#,,1#,053378#

Or Telephone:
Dial (for higher quality, dial a number based on your current location):
US: +1 669 254 5252 or +1 646 828 7666 or +1 669 216 1590 or +1 551 285 1373 or 833 568 8864 (Toll Free)
Webinar ID: 161 278 7819
Password: 053378
International numbers available: https://cand-uscourts.zoomgov.com/u/acCvNfz7b

Or an H.323/SIP room system:
H.323: 161.199.138.10 (US West) or 161.199.136.10 (US East)
Meeting ID: 161 278 7819
Password: 053378
SIP: 1612787819@sip.zoomgov.com
Password: 053378

Information on Zoom Guidance and Setup is available here: https://www.cand.uscourts.gov/zoom/.