David Stebbins (pro se Plaintiff)   123 W. Ridge Ave., APT D   Harrison, AR 72601
(870) 212-4947   acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                          PLAINTIFF

VS.                    Case 4:23-cv-00321-DMR

SYDNEY REDFIELD, d.b.a. SIDALPHA                         DEFENDANTS

### ORDER GRANTING LEAVE TO FILE MOTION FOR RECONSIDERATION

    Comes now, before the Court, the Plaintiff's Motion for Leave to File Motion for Reconsideration. For good cause shown, the Court GRANTS this motion.

    The Plaintiff shall file his motion for reconsideration no less than 14 days after the date of this order.

_____
Judge's Signature

_____/_____/_____
Date (MM/DD/YYYY)