David Stebbins (pro se Plaintiff)      123 W. Ridge Ave., APT D        Harrison, AR 72601
(870) 212-4947                         acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                              PLAINTIFF

VS.                          Case 4:23-cv-00321-DMR

SYDNEY REDFIELD, d.b.a. SIDALPHA                             DEFENDANTS

**MOTION FOR EXTENSION OF TIME TO FILE**

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion for Extension of Time to File my Third Motion for Issuance of Subpoena Duces Tecum.

1. I have filed a motion for leave to file motion for reconsideration. See Dkt. 23.
2. If granted, and the subsequent motion for reconsideration is also granted, that has the potential to negate the need for me to file the third motion for issuance of subpoena duces tecum. Therefore, I request that the order to file that motion be stayed until the reconsideration motion has been disposed of.

So requested on this, the 15th day of November, 2023.

/s/ David Stebbins
David Stebbins (pro se)