| | | |
|---|---|---|
| David Stebbins (pro se Plaintiff) | 123 W. Ridge Ave., APT D | Harrison, AR 72601 |
| (870) 212-4947 | acerthorn@yahoo.com | |

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                                                   PLAINTIFF

VS.                                        Case 4:23-cv-00321-DMR

SYDNEY REDFIELD, d.b.a. SIDALPHA                                            DEFENDANTS

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE**

  Comes now, before the Court, the Plaintiff's Motion for Extension of Time to File his Third Motion for Issuance of Subpoena Duces Tecum. For good cause shown, the Court GRANTS this motion. The deadline for filing said motion is hereby stayed indefinitely. When the motion for reconsideration is properly disposed of, the Court will set a new deadline, if appropriate, for filing the Third Motion for Issuance of Subpoena Duces Tecum.

_____
Judge's Signature

\_\_\_\_\_/\_\_\_\_\_/_____
Date (MM/DD/YYYY)