UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN DOE,<br><br>    Defendant. | Case No. 23-cv-00321-DMR<br><br>**REQUEST FOR REASSIGNMENT TO DISTRICT JUDGE AND REPORT AND RECOMMENDATION TO DISMISS COMPLAINT WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** |

    Self-represented Plaintiff David Stebbins filed a complaint and an application for leave to proceed *in forma pauperis* ("IFP"). [Docket Nos. 1, 2.] The court also received Plaintiff's "petition for issuance of subpoena duces tecum." [Docket No. 6.] Since all parties have not consented to the jurisdiction of a magistrate judge pursuant to 28 U.S.C. § 636(c), the court issues this Report and Recommendation and reassigns this case to a district judge for final disposition, with the recommendation that this action be dismissed without prejudice for failure to prosecute.

    On May 22, 2023, the court granted Plaintiff's IFP application and explained that it would review Plaintiff's motion for issuance of a subpoena duces tecum prior to screening the complaint under 28 U.S.C. § 1915. [Docket No. 10.] The court denied the motion without prejudice. *Id.* Plaintiff filed a second motion on September 27, 2023, seeking leave to serve a subpoena on third-party YouTube LLC to determine the identity and address of Defendant John Doe. [Docket No. 19.] On November 15, 2023, the court denied the motion without prejudice and ordered Plaintiff to file a third motion for early discovery that addressed the deficiencies identified in the order by December 15, 2023. [Docket No. 22.] The court warned Plaintiff that failure to file a timely motion for early discovery would result in a recommendation that his action be dismissed. *See id.* at 8. Plaintiff subsequently filed a motion for leave to file a motion for reconsideration of the court's November 15, 2023 order, and also filed a motion for extension of time to file his third

1  motion for early discovery.  [Docket Nos. 23, 24.]  On December 14, 2023, the court granted

2  Plaintiff's motion for extension of time.  [Docket No. 25.]  On February 12, 2024, the court denied

3  Plaintiff's motion for leave to file a motion for reconsideration and ordered Plaintiff to file his

4  third motion for early discovery by March 4, 2024.  [Docket No. 26.]  No further motions have

5  been filed by Plaintiff.

6  Accordingly, the court recommends that Plaintiff's action be dismissed without prejudice

7  for failure to prosecute.  The Clerk is directed to reassign this case to a district judge.  Any party

8  may file objections to this report and recommendation with the district judge within 14 days after

9  being served with a copy.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(a); N.D. Cal. Civ. L.R.

10  72-2.

11  The court refers Plaintiff to the section "Representing Yourself" on the Court's website,

12  located at https://cand.uscourts.gov/pro-se-litigants/, as well as the Court's Legal Help Centers for

13  unrepresented parties.  Parties may schedule an appointment by calling 415-782-8982 or emailing

14  fedpro@sfbar.org.

16  **IT IS SO ORDERED.**

17  Dated: March 11, 2024



_____
Donna M. Ryu
Chief Magistrate Judge

United States District Court
Northern District of California