David Stebbins (pro se Plaintiff)     123 W. Ridge Ave., APT D     Harrison, AR 72601
(870) 212-4947     acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                    PLAINTIFF

VS.                      Case 4:23-cv-00321-DMR

SYDNEY REDFIELD, d.b.a. SIDALPHA                      DEFENDANTS

## MOTION FOR EXTENSION OF TIME AND FOR LEAVE TO FILE MOTION FOR ISSUANCE OF SUBPOENA

    Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion for Extension of Time and for Leave to File Belated Motion for Issuance of Subpoena in the above-styled action.

1. When I received the Magistrate Judge's Order Denying my Motion for Reconsideration, I believed that the deadline for filing the new Motion for Issuance of Subpoena was March 14, 2024, not March 4.
2. I am egregiously sorry for making that mistake. I will try to do better in the future.
3. I will be filing the renewed motion in a few minutes. Again, I apologize for the delay.
4. I therefore humbly ask the Court to forgive the delay and accept my belated motion. I wasn't delaying simply for the sake of delaying. I humbly ask the Court to consider my arguments in this motion the same as if it were timely filed.

So requested on this, the 11th day of March, 2024.

                                                            */s/ David Stebbins*
                                                            David Stebbins (pro se)