David Stebbins (pro se Plaintiff)   123 W. Ridge Ave., APT D   Harrison, AR 72601
(870) 212-4947                      acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                PLAINTIFF

VS.                        Case 4:23-cv-00321-DMR

SYDNEY REDFIELD, d.b.a. SIDALPHA                              DEFENDANTS

## MOTION FOR EXTENSION OF TIME TO SUBMIT OBJECTIONS TO [027] REPORT & RECOMMENDATION

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion for Extension of Time to Submit Objections to Dkt. 27, Magistrate Judge's Report & Recommendation.

1. I have filed a motion for leave to submit the belated Motion for Issuance of Subpoena Duces Tecum. See Dkt. 28.

2. I have also filed the belated motion itself (see Dkt. 29), so the Court can see for itself that the motion was complete. Bear in mind that less than three hours transpired between the Magistrate Judge publishing her Report and Recommendation and me filing the belated motion. As such, it is highly unlikely that I created that motion from the ground up in that small amount of time. It's obvious that I created that motion over the course of the entire past month.

3. Therefore, it is highly unlikely that I did not fail to file the motion by the March 4 deadline because I was simply resting on my laurels. Rather, the best explanation for me not filing it is the one I gave in Dkt. 28: That I had – honestly and in good faith – mistakenly believed the deadline was March 14, rather than March 4. It was an honest mistake that anyone could have made.

4. Because there is a very high probability that the delay was the result of honest mistake and excusable neglect, there is likewise a very high probability that the relief requested in Dkt. 28 will be granted.

5. If it is granted, then the Magistrate Judge's Report and Recommendation will become null

and void, and the case will be reassigned back to her to adjudicate both Dkts. 29 & 30. Therefore, I will not be required to submit objections to the Report and Recommendation at that point.

6. Due to the very high possibility that my objections to this Report & Recommendation will become unnecessary, I hereby request that the time for me to submit my objections be stayed indefinitely.

7. I will be attaching two proposed orders to this motion. One is to grant this motion, and the other is to grant Dkt. 28. Once I saw the Report & Recommendation, I scrambled to file Dkt. 28 and forgot to include a proposed order therein. I am attaching said proposed order now to correct this oversight.

So requested on this, the 11th day of March, 2024.

*/s/ David Stebbins*
David Stebbins (pro se)