UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS, PLAINTIFF

VS. <u>Case 4:23-cv-00321-DMR</u>

SYDNEY REDFIELD, d.b.a. SIDALPHA DEFENDANTS

## ORDER GRANTING [031] MOTION FOR EXTENSION OF TIME TO SUBMIT OBJECTIONS TO [027] REPORT AND RECOMMENDATION

Comes now before the Court the Plaintiff's Motion for Extension of Time to Submit Objections to Dkt. 27, the Report and Recommendation of Magistrate Judge Donna M. Ryu, pending resolution of Dkt. 28, his motion for extension of time and for leave to file the belated Third Motion for Issuance of Subpoena Duces Tecum.

For good cause shown, the Court GRANTS this motion. The deadline for submitting objections to the Report and Recommendation is hereby stayed indefinitely. Once Dkt. 28 has been properly disposed of, the Court will set a new deadline, if appropriate, for submiting objections to the Report & Recommendation.

**IT IS SO ORDERED**

_____
(signature of Judge)

_____/\_\_\_\_\_/_____
Date (mm/dd/yyyy)