UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                                       PLAINTIFF

VS.                           Case 4:23-cv-00321-DMR

SYDNEY REDFIELD, d.b.a. SIDALPHA                          DEFENDANTS

## ORDER GRANTING [028] MOTION FOR EXTENSION OF TIME AND FOR LEAVE TO FILE UNTIMELY MOTION

       Comes now before the Court the Plaintiff's Motion for Extension of Time and for leave to file his untimely Third Motion for Issuance of Subpoena Duces Tecum.

       The Plaintiff has not only filed this motion for extension of time, but also the motion itself. See Dkt. 29. This motion was filed less than three hours after the Magistrate Judge published her report and recommendation, and yet, the motion appears full and complete. As such, it seems highly unlikely that the Plaintiff has spent the past few weeks simply resting on his laurels.

       Therefore, the Court determines that the Plaintiff is sincere in his assertion that his delay was due to an honest mistake, and that he genuinely believed the deadline to file that motion was March 14, 2024, not March 4.

       For these reasons and more, the Court GRANTS this motion. The Court will accept Dkt. 29 for filing and consideration.

       In addition (select one)

_____ The Court remands the case back to Magistrate Judge Donna M. Ryu with instructions to adjudicate Dkts. 29 and 30, the same as if they had been filed timely in the first place.

_____ The Court, upon considering the Plaintiff's Motion to Recuse, finds that Judge Ryu's impartiaility could nominally be questioned. This is not a determination that Judge Ryu is in fact partial against the Plaintiff, just that her impartiality can reasonably be called into question by a reasonable, non-delusional outside party. As such, the Court will reassign the case to a new magistrate judge, who will be announced in an upcoming order. From

there, the new magistrate judge will be tasked with adjudicating Dkts. 29 and 30, the same as if it had been timely filed in the first place.

_____ The Court will adjudiate Dkts. 29 and 30 itself without referral to any magistrate judge.

**IT IS SO ORDERED**

_____
(signature of Judge)

_____/_____/_____
Date (mm/dd/yyyy)