| | | |
|---|---|---|
| David Stebbins (pro se Plaintiff) | 123 W. Ridge Ave., APT D | Harrison, AR 72601 |
| (870) 212-4947 | acerthorn@yahoo.com | |

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                                   PLAINTIFF

VS.                                         Case 4:23-cv-00321-DMR

SYDNEY REDFIELD, d.b.a. SIDALPHA                                 DEFENDANTS

### SUPPLEMENTAL BRIEF TO DKT. 29, THIRD MOTION FOR ISSUANCE OF SUBPEONA DUCES TECUM

  Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Supplemental Brief in Support of Third Motion for Issuance of Subpoena Duces Tecum in the above-styled action.

  The purpose of this Supplemental Brief is to attach Exhibit A, as well as its corresponding Sub-Exhibit 1. Both of these are mentioned in the Third Motion for issuance of Supboena Duces Tecum, but because I was caught off guard and frantically moved to file the belated motions (see Dkts. 28 & 30 for more details), I stupidly forgot to attach them to the actual motion. Again, that was my fault, and I hope the Court can forgive this minor-and-quickly-corrected error on my end.

*/s/ David Stebbins*
David Stebbins (pro se)

Case 4:23-cv-00321-DMR                        -1-