David Stebbins (pro se Plaintiff)   123 W. Ridge Ave., APT D   Harrison, AR 72601
(870) 212-4947   acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                          PLAINTIFF

VS.                             Case 4:23-cv-00321-DMR

SYDNEY REDFIELD, d.b.a. SIDALPHA                           DEFENDANTS

**AFFIDAVIT OF DAVID STEBBINS**

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Affidavit in Support of my Motion for Subpoena Duces Tecum. I hereby certify, under penalty of perjury, that all of the following are correct and true to to the best of my knowledge.

1. On February 12, 2022, the YouTuber known as SidAlpha (who is the Joohn Doe defendant in this case) published a smear video about me containing multiple factually incorrect statements designed to tarnish my reputation. The URL for that YouTube video is https://www.youtube.com/watch?v=WB-Xd1qDKIY.

2. As of the time of this writing (February 18, 2024), that video has 177,782 views worldwide. See the following screenshot:




3. I affirm, under penalty of perjury, that this is a true and accurate screenshot that I took. If the data in that screenshot is inaccurate, it is YouTube's fault, not mine.

4.      To put that in perspective for you, my YouTube channel got 103,058 views in the past 7 days. See the following screenshot:



5.      I affirm, under penalty of perjury, that this is a true and accurate screenshot, taken on February 18, 2024.

6.      Of those 103k views, 4,515 of those views were from California. See the following screenshot:

7.      I affirm, under penalty of perjury, that this is a true and accurate screenshot.

8.      That means that approximately 4.38% of the views that I receive worldwide came from California.

9.      By contrast, in the past 28 days (not just 7), I got 223,368 views worldwide, 14,033 of which (or 6.28% of the worldwide views) were from California. See the following two screenshots:





10.  I affirmed under penalty of perjury that these two screenshots are true and accurate, and were taken on February 18, 2024.

11.  So on the low end, approximately 4% of your worldwide views on YouTube can reliably be assumed to be from California.

12.  Using that as a guide, we can reasonably assume there is a very high likelihood that SidAlpha's smear video about me has gotten at least 7,000 views in California. More definitive data can be acquired once we conduct jurisdictional discovery.

13.  In addition to that, I am a resident of the State of Arkansas.

14.  While I can access the website of www.youporn.com without issue as long as I use a VPN (or Virtual Proxy Network, which masks my true IP address), if I attempt to access that site without my VPN turned on, I get the webpage that I am hereby attaching as **Sub-Exhibit 1**.

15.  I hereby affirm, under penalty of perjury, that Sub-Exhibit 1 is a true and correct PDF copy of the webpage I receive under the aforementioned conditions.

So attested to on this, the 18th day of February, 2024.

David Stebbins (pro se)