





0:00 / 1:34

Dear user,

As you may know, your elected officials in Arkansas are requiring us to verify your age before allowing you access to our website. While safety and compliance are at the forefront of our mission, giving your ID card every time you want to visit an adult platform is not the most effective solution for protecting our users, and in fact, will put children and your privacy at risk.

In addition, mandating age verification without proper enforcement gives platforms the opportunity to choose whether or not to comply. As we've seen in other states, this just drives traffic to sites with far fewer safety measures in place. Very few sites are able to compare to the robust Trust and Safety measures we currently have in place. To protect children and user privacy, any legislation must be enforced against all platforms offering adult content.

The safety of our users is one of our biggest concerns. We believe that the best and most effective solution for protecting children and adults alike is to identify users by their device and allow access to age-restricted materials and websites based on that identification. Until a real solution is offered, we have made the difficult decision to completely disable access to our website in Arkansas.

Please contact your representatives before it is too late and demand device-based verification solutions that make the internet safer while also respecting your privacy.

Youporn is rated with RTA label. Parents, you can easily block access to this site. Please read this page for more information.

Terms of Service - Privacy Policy - DMCA - DMCA Form - EU DSA - Support - 2257 - Content Removal - CSAM Policy - NCC Policy

