IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID A. STEBBINS,

    Plaintiff,

    v.

JOHN DOE,

    Defendant.

Case No. 23-cv-00321-MMC

**ORDER DENYING MOTION TO RECUSE; REFERRING DISCOVERY MATTERS TO MAGISTRATE JUDGE; GRANTING MOTION FOR EXTENSION OF TIME TO SUBMIT OBJECTIONS TO REPORT AND RECOMMENDATION**

    Before the Court are four motions filed by plaintiff David Stebbins on March 11, 2024: (1) "Motion for Extension of Time and for Leave to File Motion for Issuance of Subpoena" (Doc. No. 28); (2) "Third Motion for Issuance of Supboena [sic] Duces Tecum" (Doc. No. 29); (3) "Motion to Recuse" Chief Magistrate Judge Donna Ryu (Doc. No. 30); (4) "Motion for Extension of Time to Submit Objections to [027] Report and Recommendation" (brackets in original) (Doc. No. 31).

    At the outset, the Court considers the Motion to Recuse, which motion is based solely on Judge Ryu's rulings in the instant case. (See Mot. to Recuse ¶¶ 2–3, 6.) "[J]udicial rulings alone," however, "almost never constitute a valid basis for a bias or partiality recusal motion." See Liteky v. United States, 510 U.S. 540, 555–56 (1994). Here, although plaintiff argues his motion is not brought "simply because [he] disagree[s] with the Court's logic" (see Mot. to Recuse ¶ 5), he presents no alternative grounds for recusal, and, as the United States Supreme Court has noted, "the recusal statute 'was never intended to enable a discontented litigant to oust a judge because of adverse rulings.'" See Liteky, 510 U.S. at 549 (quoting Ex Parte Am. Stee. Barrel Co., 230 U.S.

1   35, 44 (1913)). Accordingly, the Motion to Recuse is hereby DENIED.

2   Next, plaintiff's "Motion for Extension of Time and for Leave to File Motion for
3   Issuance of Subpoena" and "Third Motion for Issuance of [Subpoena] Duces Tecum,"
4   both pertaining to discovery matters, are hereby REFERRED to Magistrate Judge Ryu, to
5   whom the case previously was assigned and before whom related discovery matters
6   have been brought.

7   Lastly, in light of the above, plaintiff's "Motion for Extension of Time to Submit
8   Objections to Report and Recommendation" is hereby GRANTED, and, if necessary, a
9   new deadline will be set after Judge Ryu's ruling on the above-referenced referred
10  matters.

12  **IT IS SO ORDERED.**

14  Dated: March 13, 2024

    MAXINE M. CHESNEY
    United States District Judge