IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br>    Plaintiff,<br>    v.<br>JOHN DOE,<br>    Defendant. | Case No. 23-cv-00321-MMC<br><br>**ORDER DENYING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 35 |

Before the Court is plaintiff David Stebbins' "Motion for Leave to File Motion for Reconsideration in Response to Order Denying Motion to Recuse," filed March 13, 2024, by which plaintiff argues the Court, in its "Order Denying Motion to Recuse" (Doc. No. 34), failed to consider two exceptions set forth in Liteky v. United States, 510 U.S. 540 (1994).

The Court did not, however, fail to consider the exceptions to which plaintiff refers. Rather, plaintiff failed to support his conclusory assertions of judicial bias with facts beyond the magistrate judge's rulings themselves, which rulings, either by reason of their content or otherwise, fail to demonstrate any such bias.

Moreover, the Motion for Leave is predicated on arguments that are essentially the same as those upon which plaintiff made his Motion to Recuse, and, consequently, is not in accordance with this district's Local Rules. (See Civil L.R. 7-9(c) (providing "[n]o motion for leave to file a motion for reconsideration may repeat any oral or written argument made by the applying party in support of or in opposition to the interlocutory order which

1   the party now seeks to have reconsidered").)

2         Accordingly, plaintiff's motion is hereby DENIED.

4   **IT IS SO ORDERED.**

6   Dated: March 14, 2024

                            MAXINE M. CHESNEY
                            United States District Judge