David Stebbins (pro se Plaintiff)  123 W. Ridge Ave., APT D  Harrison, AR 72601
(870) 212-4947  acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,  PLAINTIFF

VS.  Case 4:23-cv-00321-DMR

SYDNEY REDFIELD, d.b.a. SIDALPHA  DEFENDANTS

**NOTICE OF CASE ASSIGNMENT**

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following notice in the above-styled action.

1. On March 13, 2024, Judge Chesney issued an order stating, in pertinent part, "[P]laintiff's [motions] ... are hereby REFERRED to Magistrate Judge Ryu." See Dkt. 34, Page 2,m Lines 2-6.

2. I just noticed that the case still ends with the initials MMC, rather than DMR, suggesting that the case is still officially on Judge Chesney's docket, rather than Judge Ryu's.

3. If this was intentional, then feel free to ignore this notice. But if the case should have been reassigned back to Judge Ryu but still hasn't, then the Clerk needs to update the case.

So notified on this, the 6th day of June, 2024.

*/s/ David Stebbins*
David Stebbins (pro se)