David Stebbins (pro se Plaintiff)   123 W. Ridge Ave., APT D   Harrison, AR 72601
(870) 212-4947   acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,   PLAINTIFF

VS.   Case 4:23-cv-00321-DMR

SYDNEY REDFIELD, d.b.a. SIDALPHA   DEFENDANTS

## NOTICE OF SUBMITTED MATTERS

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Notice of Submitted Matters pursuant to Local Rule 7-5 in the above-styled action.

1. On March 11, 2024, I filed a Third Motion for Issuance of Subpoena Duces Tecum. See Dkt. 29.
2. It has been over four months, but the motion still remains without a ruling.

So notified on this, the 10th day of July, 2024.

*/s/ David Stebbins*
David Stebbins (pro se)