David Stebbins (pro se Plaintiff)    123 W. Ridge Ave., APT D    Harrison, AR 72601
(870) 212-4947    acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,    PLAINTIFF

VS.    Case 4:23-cv-00321-DMR

SYDNEY REDFIELD, d.b.a. SIDALPHA    DEFENDANTS

### NOTICE OF SUBMITTED MATTERS

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Notice of Submitted Matters in the above-styled action.

1. On September 8, 2024, I filed an objection to the magistrate judge's order denying my motion for subpoena duces tecum. See Dkt. 40.

2. 120 days have gone by, and the district judge still has not ruled on the objection.

So notified on this, the 6th day of January, 2025.

*/s/ David Stebbins*
David Stebbins (pro se)