David Stebbins (pro se Plaintiff)     123 W. Ridge Ave., APT D     Harrison, AR 72601
(870) 212-4947     acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,     PLAINTIFF

VS.     Case 4:23-cv-00321-DMR

SYDNEY REDFIELD, d.b.a. SIDALPHA     DEFENDANTS

**NOTICE OF SUBMITTED MATTERS**

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Notice of Submitted Matters in the above-styled action.

1. On September 8, 2024, I filed an objection to the magistrate judge's order denying my motion for subpoena duces tecum. See Dkt. 40.
2. On January 6, 2025, I filed a Notice of Submitted Matters reminding the Court that this matter was pending.
3. 120 days have gone by since that first Notice of Submitted Matters, and the district judge still has not ruled on the objection.

So notified on this, the 7th day of May, 2025.

*/s/ David Stebbins*
David Stebbins (pro se)