| | | |
|---|---|---|
| David Stebbins (pro se Plaintiff) | 123 W. Ridge Ave., APT D | Harrison, AR 72601 |
| (870) 212-4947 | acerthorn@yahoo.com | |

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                             PLAINTIFF

VS.                      Case 4:23-cv-00321-DMR

SYDNEY REDFIELD, d.b.a. SIDALPHA                 DEFENDANTS

## MOTION FOR LEAVE TO FILE INTERLOCUTORY APPEAL AND TO STAY DEADLINE FOR SERVICE OF PROCESS PENDING SAID APPEAL

       Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion for Leave to File Interlocutory Appeal in the above-styled action, and to stay the deadline to serve the defendant with process while said appeal is pending.

1.      Interlocutory appeals are proper when (1) the interlocutory decision conclusively determined the disputed question, (2) the disputed question is important and entirely separable from the merits of the action, and (3) the interlocutory decision is effectively unappealable after a final judgment is handed down. See Cohen v. Beneficial Industrial Loan Corp., 337 U.S. 541 (1949).

2.      I wish to appeal this Court's determination that it does not have even arguable personal jurisdiction enough to warrant jurisdictional discovery.

3.      As of this Court's latest order (Dkt. 43), the question of personal jurisdiction in this matter was conclusively determined, exhausting my options in the district court stage. So the first element is satisfied.

4.      The dispute is one of jurisdiction, which is per se separate from the merits, so the second element is satisfied.

5.      If I cannot appeal it now, I likely won't be able to appeal it. The case would be transferred to another district and, therefore, potentially, another federal appellate circuit. But it is only sensible that this appeal be heard by the Ninth Circuit, since that is where the original decision was made. Therefore, the third element is satisfied.

6.      I therefore ask the Court to stay proceedings while I file an interlocutory appeal on the issue of jurisdiction and/or jurisdictional discovery.

So requested on this, the 15th day of May, 2025.

<u>/s/ David Stebbins</u><br>
David Stebbins (pro se)