David Stebbins (pro se Plaintiff)     123 W. Ridge Ave., APT D     Harrison, AR 72601
(870) 212-4947     acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                                          PLAINTIFF

VS.                      Case 4:23-cv-00321-DMR

SYDNEY REDFIELD, d.b.a. SIDALPHA                     DEFENDANTS

**NOTICE OF APPEAL**

    Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Notice of Appeal on the issue of pre-service discovery in the above-styled action.

1. As the Court concedes in Dkt. 45, I meet all the criteria to be entitled to file this interlocutory appeal as a matter of right, under the precedent of Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545 (1949).

So notified on this, the 25th day of May, 2025.

                                                                                           */s/ David Stebbins*
                                                                                  David Stebbins (pro se)