David Stebbins (pro se Plaintiff)     123 W. Ridge Ave., APT D     Harrison, AR 72601
(870) 212-4947                        acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                              PLAINTIFF

VS.                    Case 4:23-cv-00321-DMR

SYDNEY REDFIELD, d.b.a. SIDALPHA                             DEFENDANTS

### MOTION TO TRANSFER TO THE DISTRICT OF IDAHO

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion to Transfer the Case to the US District Court for the District of Idaho in the above-styled action.

1. As I previously explained in this case, Spokeo associates the email address of sidalpha@sidalpha.com with a man named Sidney Redfield from the state of Idaho. This, at a minimum, creates enough arguable basis for personal jurisdiction that, at a minimum, I should be able to get a subpoena to reveal his actual address.

So requested on this, the 22nd day of July, 2025.

/s/ David Stebbins
David Stebbins (pro se)