| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUL 22 2025 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

DAVID ANTHONY STEBBINS,

    Plaintiff - Appellant,

v.

SYDNEY REDFIELD, DBA Sidalpha,

    Defendant - Appellee.

No. 25-3375

D.C. No. 3:23-cv-00321-MMC
Northern District of California,
San Francisco

ORDER

Before: SILVERMAN, LEE, and VANDYKE, Circuit Judges.

This court lacks jurisdiction over this appeal because the May 14, 2025 order challenged in the notice of appeal is not final or immediately appealable. *See* 28 U.S.C. § 1291; *Firestone Tire & Rubber Co. v. Risjord*, 449 U.S. 368, 377 (1981) ("[W]e have generally denied review of pretrial discovery orders."); *United States v. Almany*, 872 F.2d 924, 926 (9th Cir. 1989) (finding order denying motion for discovery not appealable collateral order). This appeal is therefore dismissed. *See* 9th Cir. R. 3-6(b) (if court determines it lacks jurisdiction, court may dismiss appeal without notice or further proceedings).

Appellant's motion (Docket Entry No. 3) for summary reversal is denied as moot.

**DISMISSED.**