David Stebbins (pro se Plaintiff)　　123 W. Ridge Ave., APT D　　Harrison, AR 72601
(870) 212-4947　　acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,　　　　　　　　　　　　　　　　　　　　PLAINTIFF

VS.　　　　　　　　　Case 4:23-cv-00321-DMR

SYDNEY REDFIELD, d.b.a. SIDALPHA　　　　　　　　　　DEFENDANTS

**MOTION TO TRANSFER TO THE DISTRICT OF IDAHO**

  Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion to Transfer the Case to the US District Court for the District of Idaho in the above-styled action.

1. As I previously explained in this case, Spokeo associates the email address of sidalpha@sidalpha.com with a man named Sidney Redfield from the state of Idaho. This, at a minimum, creates enough arguable basis for personal jurisdiction that, at a minimum, I should be able to get a subpoena to reveal his actual address.

2. I ask that this Court adjudicate this motion without a hearing, as I cannot attend in person. So requested on this, the 22nd day of July, 2025.

                       */s/ David Stebbins*
                       David Stebbins (pro se)