IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>   Plaintiff,<br><br>  v.<br><br>SYDNEY REDFIELD,<br><br>   Defendant. | Case No. 23-cv-00321-MMC<br><br>**ORDER RE: PLAINTIFF'S MOTION TO TRANSFER** |

  On May 14, 2025, the Court issued an order denying plaintiff David Stebbins' objection to Magistrate Judge Donna Rhyu's Report and Recommendation but extending to August 1, 2025, plaintiff's deadline to effectuate service of process. (See Doc. No. 43.)

  Plaintiff, rather than filing a proof of service, filed a "Motion to Transfer to the District of Idaho" (see Doc. No. 52), on the asserted ground that defendant "John Doe" is an individual "named Sidney Redfield from the state of Idaho," and in the caption of said motion, plaintiff has changed the name of the defendant from "John Doe" to "Sydney Redfield, d.b.a. SidAlpha."[1]

  Plaintiff does not state, however, that he has endeavored to have said individual served at the address plaintiff "believe[s] [to be] his most likely address" (see Doc. No. 11), thereby failing to obtain any confirmation of said individual's residence in Idaho, nor has plaintiff offered any explanation as to why he is unable to do so.

  Accordingly, the Motion to Transfer is hereby DENIED without prejudice. The

---

[1] The Court construes plaintiff's naming Sydney Redfield, d.b.a. SidAlpha as the defendant to the instant action as a motion to substitute said individual for defendant John Doe, and hereby GRANTS said motion.

Court will, however, afford plaintiff additional time to effectuate service; the deadline to serve is now August 22, 2025.

**IT IS SO ORDERED.**

Dated: July 30, 2025

_____
MAXINE M. CHESNEY
United States District Judge