David Stebbins (pro se Plaintiff)     123 W. Ridge Ave., APT D     Harrison, AR 72601
(870) 212-4947     acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,     PLAINTIFF

VS.     Case 4:23-cv-00321-DMR

SYDNEY REDFIELD, d.b.a. SIDALPHA     DEFENDANTS

### RENEWED MOTION TO TRANSFER CASE TO THE US DISTRICT COURT FOR THE DISTRICT OF IDAHO

    Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion for Marshal Service or, in the Alternative, Renewed Motion to Transfer Case to the US District Court for the District of Idaho.

**The defendant almost certainly lives in Sandpoint, Idaho.**

1.     When I did a search on www.spokeo.com for the email address of sidalpha@sidalpha.com, Spokeo revealed to me that his legal name is Sydney Richard Redfield, age 43, and lives in Sandpoint, ID. See **Exhibit A**.

2.     Searching for Sydney Richard Redfield by name, Spokeo revealed three possible addresses, but they are all in Sandpoint, ID. See **Exhibit B**.

3.     I also checked Been Verified (which provides similar services to Spokeo), but they did not find any email addresses associated with the email address of sidalpha@sidalpha.com. However, they did reveal two phone numbers associated with the email address: One with a 509 area code, and another with a 208 area code. See **Exhibit C**. The area code of 509 is associated with the eastern half of Washington State. See www.allareacodes.com/509. Meanwhile, the area code of 208 is associated with the entire state of Idaho. See www.allareacodes.com/208. Moreover, the City of Sandpoint is very close to the Idaho-Washington border. See gisgeography.com/idaho-map/. So it is certainly plausible that a Sandpoint resident can get a mobile phone number from eastern Washington.

4.     Spokeo and Been Verified have served me well in locating defendants before. See Case

3:22-cv-04082-AGT in this district, Dkt. 23 (Notice of Update to Defendant's Identity), ¶¶ 2-8 (establishing with near certainty that the defendant's name was Jarrod Jones). So the odds that both Spokeo and BeenVerified are wrong when they both report that the defendant is located in Idaho are astronomical.

5.      Therefore, the odds that the defendant is not from Idaho are one in a million. I am not required, in a civil proceeding, to establish the district of the defendant's residence with absolute certainty, or even beyond a reasonable doubt. A preponderance of the evidence is all that is required in a civil proceeding, and I have handily proven to that standard, many times over, that the Defendant lives in Idaho.

6.      Therefore, because there is only one federal judicial district in Idaho, transferring the case to that district will guarantee that the case is transferred to a district with personal jurisdiction over the defendant.

**I cannot serve process on the defendant myself.**

7.      The Court previously denied my motion in part because I had not "endeavored to have said individual served... nor has plaintiff offered any explanation as to why he is unable to do so." See Dkt. 53. In response to that, here are two reasons why I cannot do so:

8.      First, I am indigent, so I lack the resources to serve process under my own power. And this Court has utterly refused to serve process via the Marshal, or to even let me subpoena the Defendant's address from YouTube.

9.      Second, while it is known with almost total certainty that the defendant lives in Idaho, his exact address is a toss-up between three possible addresses. See Exhibit A.

10.     However, for what it's worth, I should not need to attempt to effect service in order to get the case transferred. The only reason the Court suggested that I should try to effectuate service is "to obtain any confirmation of said individual's residence in Idaho." But as the above section clearly demonstrates, I have already proven that, well beyond the actually applicable burden of proof, through other means. We don't need to know his exact address to know that the District of Idaho is the district with general personal jurisdiction over the defendant.

11.     Once the case is transferred there, then that court will undoubtedly have jurisdiction over

the case. From there, there will be no excuse to continue delaying issuing the subpoena to YouTube in order to identify his exact address.

### No Hearing Requested

12.    I cannot afford to travel to California for anything other than trial. Therefore, I request that this Court decide this motion without a hearing.

### Conclusion

13.    Wherefore, premises considered, I respectfully pray that this Court transfer the case to the US District Court for the District of Idaho.

So requested on this, the 30th day of July, 2025.

*/s/ David Stebbins*
David Stebbins (pro se)
