# Exhibit A



We found the potential owner of
**sidalpha@sidalpha.com**

- Name: **Sidney Redfield**
- Location: **Sandpoint, ID**

**POTENTIAL SOCIAL PROFILE MATCHES**

   

We searched 120+ social networks but didn't find a social profile match for this email.

We ran a search for the owner's name and location and found more detailed results for "**Sidney Redfield**" in "**Sandpoint, ID**".

See all results for Sidney Redfield in Sandpoint, ID.

| Person: | Location: | Relatives: | Includes: |
|---|---|---|---|
| **Sidney Leon Redfield, age 70**<br>Redfield Sidney | Sandpoint, ID<br>Athol, ID<br>Spirit Lake, ID | Bonnie Redfield<br>Lynn Redfield<br>Karen Redfield | **SEE RESULTS** |

| Person: | Location: | Relatives: | Includes: |
|---|---|---|---|
| **Sidney Richard Redfield, age 43**<br>Redfield Sidney | Sandpoint, ID | Bonnie Redfield<br>Lynn Redfield<br>Karen Redfield | **SEE RESULTS** |

Case 3:23-cv-00321-MMC     Document 54-1     Filed 07/30/25     Page 3 of 3



| About | Terms | Privacy | Contact |
| --- | --- | --- | --- |
| Careers | Help | Blog | Affiliates |

Spokeo is not a consumer reporting agency as defined by the Fair Credit Reporting Act (FCRA). Do not use this site to make decisions about employment, tenant screening, or any purpose covered by the