# Exhibit B

‹ Back to **Overview for Sidney Redfield**



## Sidney Richard Redfield, Age 43

Who was born in June 1979, lives in Sandpoint, ID and is also known as Sidney I Redfield, Sidney L Redfield or Redfield Sidney.

**GET ENHANCED REPORT**

⬇ PDF    |    SHARE    |    MORE ○○○

---

## Contact

Sidney has 3 phone numbers and 1 email address

---

📞 **(208) 263-0994**                                                        ○○○
SANDPOINT, ID • Frontier

*Found in 2 data sources*

📞 **(208) 290-2999**                                                        ○○○
SANDPOINT, ID • Verizon Wireless

*Found in 2 data sources 4 years ago*

📞 **(208) 265-9268**                                                        ○○○
SANDPOINT, ID • Frontier

*Found in 1 data source*

⭐ **SPECIAL OFFER!** | CLAIM NOW →

 **thegodloki_9@msn.com**
MSN • 2 social profiles

*Found in 2 data sources 11 years ago*

## Location History

Sidney owns and lived in a home in ID.





### 1430 Forest Siding Rd
**SANDPOINT, ID 83864** • 1989 - 2019

Sidney owns this mobile home. Previous residents are Lynn R., Lynn R. and 1 other.

$224k est. value • 1,904 sqft. (living) • 439,956 sqft. (lot) • Built in 1994 • Has Heating • Mobile Home

*Found in 5 data sources*

VIEW PROPERTY

⭐ **SPECIAL OFFER!** | CLAIM NOW →



## 610 Washington Ave

**SANDPOINT, ID 83864** • 2001 - 2011

Sidney lived in this single family home. Previous residents are Kenneth G., Justin C. and 31 others.

$447k est. value • Last sold in 2005 • 1,344 sqft. (living) • 3 Beds / 2 Baths • 23,305 sqft. (lot) • Built in 1965 • Has Heating • 2 Stories • Single Family Home

*Found in 3 data sources*

[ VIEW PROPERTY ]



## 1323 Superior St

**SANDPOINT, ID 83864** • 2002 - 2006

Sidney lived in this single family home currently owned by Brandon Johnson.

$228k est. value • Last sold in 2010 • 1,440 sqft. (living) • 4 Beds / 2 Baths • 10,454 sqft. (lot) • Built in 1915 • Has Heating • 1 Stories • Single Family Home

*Found in 5 data sources*

[ VIEW PROPERTY ]

**LOCATION HISTORY DATA SOURCES**

Here are the sources we collect and search to populate data for this section: Assessor's Records, County Records, Recorder's Records, and Real Estate Data

# Family

We found 3 relatives for Sidney Redfield.

**SPECIAL OFFER!** | **CLAIM NOW** →

### Lynn C Redfield, 74

**RELATIVE** • Matched by Address, Last Name

Lynn, 74, lives in a Mobile / Manufactured Home with Sidney, 43, in Sandpoint, ID.
Born Mar 1949 • Married • 2 Phone numbers • 2 Emails
*Found in 1 data source 4 years ago*

[ VIEW PROFILE ]

### Lynn C Redfield, 70

**RELATIVE** • Matched by Address, Last Name

Lynn, 70, lives in a Mobile / Manufactured Home with Sidney, 43, in Sandpoint, ID.
Born Feb 1953 • 1 Phone number • 2 Emails • 2 Addresses
*Found in 1 data source 4 years ago*

[ VIEW PROFILE ]

### Karen L Higens, 49

**RELATIVE** • Matched by Address, Last Name

Karen, 49, has previously lived with Sidney, 43, in Sandpoint, ID.
Born Jan 1974 • Married • 2 Phone numbers • 1 Email
*Found in 1 data source 4 years ago*

[ VIEW PROFILE ]

### FAMILY DATA SOURCES

Here are the sources we collect and search to populate data for this section: People Profiles, Birth Records, Death Record, Marriage Records, Household, and Marketing Data

**SPECIAL OFFER!** | CLAIM NOW →

## Social

We found Facebook, Twitter and no other social matches.

### Richie Redfield

**FACEBOOK** • Matched by Email

Profile linked to Sidney's email thegodloki_9@msn.com.
*Last checked in 4 hours*

**VIEW ON FACEBOOK**

### Richie Redfield

**TWITTER** • Matched by Email

Profile linked to Sidney's email thegodloki_9@msn.com.
*Last checked in 4 hours*

**VIEW ON TWITTER**

**ADDITIONAL RESULT**

Connected to Sidney's email

### Tbyte1

**TWITTER** • TByte1

**SOCIAL DATA SOURCES**

Here are the social profile sources we collect and search to populate data for this section: Blogs / Discussion, Personal Networks, M...

**SPECIAL OFFER! | CLAIM NOW →**

Dating Sites, and Shopping Sites

## Court

We Search 620 Million Court Records for any matches

✔ Police and Criminal Records

✔ Sex Offender Registry and Records

✔ Traffic Violations and Assaults

✔ Arrest Records and more...



### Court & Criminal Records

**RECORDS** • Matched by Name, Age, County

Add Court Records to your membership to search records from these categories:

Known Locations • Alias & Nicknames • Statewide Search • Nationwide Search
*Found in 1 data source 4 years ago*

**UNLOCK COURT RECORDS**

**COURT DATA SOURCES**

Here are the sources we collect and search to populate data for this section: Court Records, Criminal Records, Traffic Records, and Sex Offender Registry

## Personal

Sidney is a 43 year old and may be single.

**SPECIAL OFFER!** | **CLAIM NOW** →



# Sidney Redfield, 43

**BIRTH INFORMATION** • Gemini

Sidney was born in June 1979. His zodiac sign is Gemini.
*Found in 4 data sources 4 years ago*



# Personal & Historical Records

**RECORDS** • Matched by Name, Age, County

Add Historical Records to your membership to search records from these categories:

Birth & Death • Marriage & Divorce • US Census Records • Immigration Records
*Found in 1 data source 4 years ago*

**UNLOCK PERSONAL**

**PERSONAL DATA SOURCES**

Here are the sources we collect and search to populate data for this section: Public Records, Marriage Records, Death Records, Birth Data, Divorce Data, and Marketing Data

# Wealth

Home's estimated value is 8% less than average.

**SPECIAL OFFER!** | **CLAIM NOW** →



## $224,224 Property Est. Value

**OWNER** • Sandpoint, ID

At age 43, Sidney bought a Mobile / Manufactured Home on 1430 Forest Siding Rd, Sandpoint, ID.

1,904 sqft. (living) • 439,956 sqft. (lot)

*Found in 5 data sources*

**VIEW PROPERTY**

### LIFESTYLE INTERESTS

Information based on household and collected by companies and events for marketing usage.
$224k Est. Value ID Home

### WEALTH DATA SOURCES

Here are the sources we collect and search to populate data for this section: Owned Properties, Social Profiles, Business Records, and Lifestyle Marketing Data

## Work

No results from over 130 million business records.

### WORK DATA SOURCES

Here are the sources we collect and search to populate data for this section: Company Profiles, Business Records, Professional Bio, and Social Profiles

**SPECIAL OFFER!** | **CLAIM NOW** →

† Do not use any information obtained through Spokeo to determine a person's eligibility for credit, insurance, employment, housing (tenant screening), or for any other purpose covered under the Fair Credit Reporting Act (FCRA). Spokeo is not a consumer reporting agency and does not offer consumer reports. Spokeo gathers information from public sources, which may not be complete, comprehensive, accurate or even up-to-date. This service is not a substitute for your own due diligence, especially if you have concerns about a person's criminal history. Spokeo does not verify or evaluate each piece of data, and makes no warranties or guarantees about the information offered.



About   Terms   Privacy   Contact

Careers   Help   Blog   Affiliates

Copyright © 2006-2023 Spokeo, Inc.