# Exhibit C

Take advantage of features included with your account

✔ Complete now

♡ Save    🔔 Monitor    PDF    List    ⋯ More

# sidalpha@sidalpha.com

Email type **Personal**

Monitor this report to receive updates

Turn monitoring on

## Overview of sidalpha@sidalpha.com

| High Confidence Data Only ❓ | ✓ |

👤 Possible owner Sidalpha — **View possible owners**

📞 (509) 671-0445 — **View 1 more**

✉ sidalpha@sidalpha.com — **View 1 more**

🔗 13 social media identified — **View details**

## Potential Owner Sidalpha  ⋯

**Sidalpha (/app/search/person?city=&fname=Sidalpha&ln=&state=WA)**

Age -
Languages Spoken EN
Country of origin -

Is this accurate?

Overview

 

## Possible Photos

Take advantage of features included with your account

⌄ Learn more

✔ Complete now



Is this accurate?

**Higher Confidence**



Is this accurate?

**Higher Confidence**

## Possible Phone Numbers

⌄ Learn more

**Higher Confidence**

### (509) 671-0445 (/app/generate/phone?phone=5096710445&referringBvid=)

Phone type Mobile
Dates seen Dec 2018

View phone report (/app/generate/phone?phone=5096710445&referringBvid=)

Is this accurate?

**Higher Confidence**

### (208) 610-6801 (/app/generate/phone?phone=2086106801&referringBvid=)

Phone type Mobile
Dates seen Dec 2018

View phone report (/app/generate/phone?phone=2086106801&referringBvid=)

Is this accurate?

**WARNING:** Please be advised, numbers and addresses may be associated with do-not-call, unsubscribe or other telemarketing activity contact restrictions and, as a reminder, our Terms (https://www.beenverified.com/faq/terms-conditions/) strictly prohibit use of our data for spam and other marketing activity.

☰ Overview

## Possible Email Addresses

Take advantage of features included with your account

✔ Complete now

⌄ Learn more



---

**Higher Confidence**

**sidalpha@sidalpha.com (/app/generate /email?email=sidalpha%40sidalpha.com)**

View email report (/app/generate/email?email=sidalpha%40sidalpha.com)

Is this accurate?

---

**Higher Confidence**

**submissions@sidalpha.com (/app/generate /email?email=submissions%40sidalpha.com)**

View email report (/app/generate/email?email=submissions%40sidalpha.com)

Is this accurate?

---

**WARNING:** Please be advised, numbers and addresses may be associated with do-not-call, unsubscribe or other telemarketing activity contact restrictions and, as a reminder, our Terms (https://www.beenverified.com/faq/terms-conditions/) strictly prohibit use of our data for spam and other marketing activity.

## Possible Address History

⌄ Learn more



0 address identified

 Overview





Take advantage of features included with your account

✔ Complete now

## Other Associated Locations

Additional locations that Sidalpha may be associated with were identified through public records:

**Higher Confidence**

### Washington

Dates seen Dec 2018

Is this accurate?

**Higher Confidence**

### Idaho

Dates seen Dec 2018

Is this accurate?

**WARNING:** Please be advised, numbers and addresses may be associated with do-not-call, unsubscribe or other telemarketing activity contact restrictions and, as a reminder, our Terms (https://www.beenverified.com/faq/terms-conditions/) strictly prohibit use of our data for spam and other marketing activity.

≡ Overview



Take advantage of features included with your account

# stebbinsd@yahoo.com

Millions of online accounts are compromised each year

Review what details may have been leaked onto the Dark Web

Review now

## Possible Jobs

No possible jobs associated with Sidalpha were found.



### Try the Business AI Search!

Search for individuals based on employment history, job title, experience level and more to see known and derived contact information

Begin Searching

(/app/search/contact)

## Possible Education

No possible education associated with Sidalpha were found.

## Possible Social Media

Learn more

Possible usernames for Sidalpha:

Overview

**sidalpha (/app/generate/username?username=sidalpha)**

First seen Jan 2020 - Last seen Oct 2020

Take advantage of features included with your account

✔ Complete now

Search username (/app/generate/username?username=sidalpha)

Higher Confidence

## Twitter

@3168243956

View on Twitter ⧉

Type: **Personal profiles**

Is this accurate?

 Overview



Take advantage of features included with your account

✔ Complete now

**Higher Confidence**

## Other Website

twitter.com/SidAlpha ⤤
(http://twitter.com/SidAlpha)

Type **Personal profiles**

Visit Site ⤤

Is this accurate?

**Higher Confidence**

## Medium

medium.com/@SidAlpha ⤤
(https://medium.com/@SidAlpha)

Type **Personal profiles**

Visit Medium ⤤

Is this accurate?

**Higher Confidence**

Is this accurate?

☰ Overview

### Productionhub.com

Take advantage of features included with your account

www.productionhub.com/profiles/details/330031 ✓ Complete now
(https://www.productionhub.com/profiles/details/330031)

Type **Web pages**

Visit Site

---

Higher Confidence

### Achievementstats.com

achievementstats.com/index.php
(http://achievementstats.com/index.php?action=profile&playerId=76561198030863487)

Type **Web pages**

Visit Site

Is this accurate?

---

Higher Confidence

### Youtube.wikia.com

youtube.wikia.com/wiki/File:Steam_Devs_bypass_Valve_Ban_and_threaten_to_sue_Steam_Users
(http://youtube.wikia.com/wiki/File:Steam_Devs_bypass_Valve_Ban_and_threaten_to_sue_Steam_Users)

Type **Web pages**

Visit Site

Is this accurate?

---

Higher Confidence

Is this accurate?

Overview

 

### Thecryptodb.com

Take advantage of features included with your account

thecryptodb.com/2018/07/30/steam-games-abstractism-is-virus-crypto-miner-and-tf2-scam-items/ 
(https://thecryptodb.com/2018/07/30/steam-games-abstractism-is-virus-crypto-miner-and-tf2-scam-items/)

✓ Complete now

**Type** Web pages

Visit Site

---

Higher Confidence

### Archive.is

archive.is/OOVQe 
(http://archive.is/OOVQe)

**Type** Web pages

Visit Site

Is this accurate?

---

Higher Confidence

### Other Website

t.co/A4RHDSwvie 
(https://t.co/A4RHDSwvie)

**Type** Personal profiles

Visit Site

Is this accurate?

---

Higher Confidence

Is this accurate?

Overview

### Other Website

t.co/39h6LCkT9c
(https://t.co/39h6LCkT9c)

Take advantage of features included with your account

✔ Complete now

**Type** Personal profiles

Visit Site

---

Higher Confidence

### Other Website

youtube.com/SidAlpha
(http://youtube.com/SidAlpha)

**Type** Personal profiles

Visit Site

Is this accurate?

---

Higher Confidence

### Other Website

discordapp.com/invite/8rAgQtc
(https://discordapp.com/invite/8rAgQtc)

**Type** Personal profiles

Visit Site

Is this accurate?

## Notes

⌄ Learn more

☰ Overview

**Take advantage of features included with your account**

Add a note here...

✔ Complete now
Add a note

## Possible Owned Assets  [...]

No possible owned assets associated with Sidalpha were found.

### Suggestions for You

# Curious to find out even more about sidalpha@sidalpha.com?

View potential owners of this email to learn more

---

**Sidalpha (/app/search/person?bvid=&city=&fname=Sidalpha&ln=Sidalpha&mn=&name=Sidalpha&state=WA)**

Potential Owner

View person report (/app/search/person?bvid=&city=&fname=Sidalpha&ln=Sidalpha&mn=&name=Sidalpha&state=WA)

---

**(509) 671-0445 (/app/generate/phone?phone=5096710445&referringBvid=)**

Phone

View phone report (/app/generate/phone?phone=5096710445&referringBvid=)

---

**sidalpha (/app/generate/username?username=sidalpha)**

Social Media

View social report (/app/generate/username?username=sidalpha)

---

### Contact us

We pride ourselves on offering friendly and helpful support!

💬 **Chat with us live (https://www.beenverified.com/chat/)**
Available 6 am - 11:30 pm EST

---

# Search again

| PEOPLE | PHONE | PROPERTY | EMAIL | SOCIAL MEDIA | BUSINESS AI | VEHICLE |
|--------|-------|----------|-------|--------------|-------------|---------|

First name    M.I.    Last name

City    All    Age

**Search**

By clicking "Search" you agree not to use this site or information it provides for employment, tenant screening, credit decision or other purposes restricted by FCRA 15 USC 1681 et seq. (https://www.beenverified.com/about/fcra/), and acknowledge BeenVerified is not a consumer reporting agency. Please see Terms and Conditions (https://www.beenverified.com/faq/terms-conditions/).

📋 Overview

**Take advantage of features included with your account**

**How would you rate this report?**

✉ **support@beenverified.com**
Available 24 hours

✓ Complete now

☆ ☆ ☆ ☆ ☆
Rate out of 5 stars

👤 Your Member ID is
**821439269**

## About Us

▸ About BeenVerified (https://beenverified.com/about)

▸ Member Perks (/app/dashboard/rewards)

▸ Testimonials (https://www.beenverified.com/about/testimonials)

▸ Careers (https://www.beenverified.com/careers)

▸ Leadership (https://www.beenverified.com/about/leadership)

▸ Press (https://www.beenverified.com/press)

▸ Request API Access (https://docs.google.com/forms/d/e/1FAIpQLScugCNnjhri8oJkTf6SqaPigmlWRviTcVewj55RsyhS-l3Pqw/viewform)

▸ Request Custom Plan (https://docs.google.com/forms/d/e/1FAIpQLSdsuNU5p7oD3CX3VvEMrBP1kvG3AodnhSvDytnb36rDVpcpxg/viewform)

## Help

▸ Customer Care (http://support.beenverified.com)

▸ Contact Us ()

▸ Do's & Don'ts (https://www.beenverified.com/about/dos-donts/)

▸ FAQ (https://www.beenverified.com/faq/billing/)

▸ Do Not Sell My Personal Information (/app/optout/search)

▸ Affiliates (https://www.beenverified.com/affiliates)



(https://apps.apple.com/us/app/beenverified-background-check/id342585873?utm_source=beenverified&utm_medium=internal&utm_campaign=)

(https://play.google.com/store/apps/details?id=com.beenverified.android&hl=en_US&utm_source=beenverified&utm_medium=internal&utm_campaign=)

 Overview   

**Disclaimer:** BeenVerified's mission is to give people easy and affordable access to public record information, but BeenVerified does not provide private investigator services or consumer reports, and is not a consumer reporting agency per the Fair Credit Reporting Act (https://www.beenverified.com/about/fcra/) . You may not use our site or service or the information provided to make decisions about employment, admission, consumer credit, insurance, tenant screening or any other purpose that would require FCRA compliance. For more information governing permitted and prohibited uses, please review our "Do's & Don'ts" (https://www.beenverified.com/about/dos-donts/) and our Terms & Conditions (https://www.beenverified.com/faq/terms-conditions/) .

Take advantage of features included with your account

✔ Complete now

© 2023 **BeenVerified LLC (https://www.beenverified.com)** . All rights reserved. BeenVerified ® and the BeenVerified star mascot are registered trademarks of BeenVerified LLC

Terms & Conditions (https://www.beenverified.com/faq/terms-conditions/) | Privacy Policy (https://www.beenverified.com/faq/privacy/)

Accessibility

≡ Overview