IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>  Plaintiff,<br><br>  v.<br><br>SYDNEY REDFIELD,<br><br>  Defendant. | Case No. 23-cv-00321-MMC<br><br>**ORDER RE: PLAINTIFF'S RENEWED MOTION TO TRANSFER** |

Before the Court is plaintiff David A. Stebbins' "Renewed Motion to Transfer Case to the US District Court for the District of Idaho," filed July 30, 2025 (see Doc. No. 54), whereby plaintiff seeks, in essence, and without leave of court, reconsideration of the Court's denial of his earlier Motion to Transfer (see Doc. No. 52). In support thereof, plaintiff asserts that "[t]he defendant almost certainly lives in Sandpoint, Idaho" and that he "cannot serve process on the defendant [him]self." (See Doc. No. 54 at 1-2.)

Plaintiff now having substituted "Sydney Redfield" for the previously named John Doe defendant (see Doc. No. 53), and previously having been granted leave to proceed in forma pauperis (see Doc. No. 10), the United States Marshals Service is hereby DIRECTED to serve said defendant with the Summons and Complaint at the following residential address provided by plaintiff (see Doc. No. 54-2):

Sidney Redfield
1430 Forest Siding Rd.
Sandpoint, ID 83864.

Accordingly, plaintiff's Renewed Motion to Transfer is hereby DENIED without prejudice to renewal if said defendant is served in Idaho.

**IT IS SO ORDERED.**

Dated: August 21, 2025

_____
MAXINE M. CHESNEY
United States District Judge