IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID A. STEBBINS,

    Plaintiff,

v.

SYDNEY REDFIELD,

    Defendant.

Case No. 23-cv-00321-MMC

**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OR IN THE ALTERNATIVE TO CLARIFY**

Before the Court is plaintiff David A. Stebbins' "Motion for Leave to File Motion for Reconsideration or in the Alternative to Clarify," filed August 21, 2025, by which said plaintiff, citing Civil Local Rule 7-9(b)(3), seeks reconsideration or, in the alternative, clarification, of the Court's order directing the U.S. Marshals Service to serve the named defendant at the best Idaho address provided by plaintiff and denying plaintiff's renewed motion to transfer "without prejudice to renewal if said defendant is served in Idaho." (See Doc. No. 55 (emphasis added).)

The Court, having considered the matter, finds, contrary to plaintiff's description, the challenged order is not the product of "[a] manifest failure by the Court to consider material facts . . . which were presented to the Court" (see Doc. No. 56 ¶ 7),[1] nor does such order require clarification.

Accordingly, the motion is hereby DENIED.

**IT IS SO ORDERED.**

Dated: August 22, 2025

MAXINE M. CHESNEY
United States District Judge

---

[1] To date, plaintiff has provided no grounds for personal jurisdiction over said defendant other than his potential residence at the above-listed address.