David Stebbins (pro se Plaintiff)   123 W. Ridge Ave., APT D   Harrison, AR 72601
(870) 212-4947                      acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                           PLAINTIFF

VS.                     Case 4:23-cv-00321-DMR

SYDNEY REDFIELD, d.b.a. SIDALPHA                          DEFENDANTS

## NOTICE OF SERVICE OF PROCESS

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Notice of Service of Process in the above-styled manner.

1. The Defendant was served with process on September 9, 2025. This is proven via the Defendant's own public admission on his own Discord server.

2. A screenshot of this admission is hereby attached as **Exhibit A**. The Court can see the admission itself if it joins his server. If the Court has a Discord account[1], it can join his server by clicking on the following invite link: https://discord.com/invite/sidalpha. Once inside his server, the Court can view the message by clicking on this url:

 https://discord.com/channels/243273897049456640/327703713395245056/1415183392395493540

3. The 21-day time limit for him to appear in the case begins on September 10, 2025. See Fed.R.Civ.P. 6(a)(1)(A). This means that he has until **October 1, 2025** to appear in this case or else be entered in default.

4. Once he appears (if he appears), if he does not challenge this Court's personal jurisdiction over him, I intend to re-file my Motion to Transfer Case.

So notified on this, the 9th day of September, 2025.

/s/ David Stebbins
David Stebbins (pro se)

---

1  If the Court doesn't have one, it can create one in a matter of minutes and can even access discord servers in its web browser, without having to download the app.