David Stebbins (pro se Plaintiff)     123 W. Ridge Ave., APT D     Harrison, AR 72601
(870) 212-4947     acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                                 PLAINTIFF

VS.                         Case 4:23-cv-00321-DMR

SYDNEY REDFIELD, d.b.a. SIDALPHA                     DEFENDANTS

### SUPPLEMENTAL AFFIDAVIT OF SERVICE OF PROCESS

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Supplement to Dkt. 60 (Affidavit of Service of Process) in the above-styled action.

1. In addition to the Discord message posted yesterday, the Defendant has now admitted on his own YouTube channel that he has been served with process. Specifically, at 1:58 – 2:13 of this video... https://youtu.be/OJs7oBbdFro?t=118 ... he admits he was served with process as of September 9, 2025.

2. So now, even if the Court has no interest in viewing his Discord server, it still has a means of verifying that he was served with process.

So notified on this, the 10th day of September, 2025.

                                                                        */s/ David Stebbins*
                                                                     David Stebbins (pro se)