**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| David A. Stebbins | 3:23-cv-0321-MMC |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Sydney Redfield | *** See below |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Sidney Redfield
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1430 Forest Siding Rd., Sandpoint, ID 83864

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
David A. Stebbins
123 W. Ridge Avenue, Apt D
Harrison, AR 72601

| | |
|---|---|
| Number of process to be served with this Form 285 | 3 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

Summons, Complaint, Order re Renewed Motion to Transfer (Service Order)

FILED
SEP 09 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Signature of Attorney other Originator requesting service on behalf of:
Mark B. Busby
Kim Means
[X] PLAINTIFF
[ ] DEFENDANT

TELEPHONE NUMBER: (510) 637-3558
DATE: August 22, 2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 3 | 11 | 23 | | 9/3/25 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Date: 9/3/25    Time: 11:30 [X] am [ ] pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS

RECEIVED SEP - 3, 25
UNITED STATES MARSHAL
NORTHERN DISTRICT OF CALIFORNIA

※ acknowledgement ※

Form USM-285
Rev. 03/21