J. Curtis Edmondson (CA SBN # 236105)
Edmondson IP Law
Beaverton Plaza Building
3720 SW 141st Avenue, Suite 212
Beaverton, OR 97005
Phone: 503-336-3749
Fax: 503-482-7418
Email: jcedmondson@edmolaw.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| David A. Stebbins, | Case No. 4:23-cv-00321-MWC |
|---|---|
| Plaintiff, | |
| v. | RULE 7.1 DISCLOSURE |
| Sydney Redfield *doing business as* Sidalpha | Judge Maxine M. Chesney |
| | Magistrate Judge Donna M. Ryu |
| Defendant. | |

Pursuant to FRCP 7.1 and L.R. 3-15.

A. L.R. 3-15(b)(1) – Defendant is unaware of any conflicts with the presiding judge pursuant to this rule. L.R. 3-15(b)(2). Both parties are natural persons.

B. FRCP 7.1 – Both parties are natural persons and FRCP is inapplicable. Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest in third parties (other than the named parties) to report.

DATE: September 15, 2025    Signature: /s/ J. Curtis Edmondson
                                       J. Curtis Edmondson