David Stebbins (pro se Plaintiff)   123 W. Ridge Ave., APT D   Harrison, AR 72601
(870) 212-4947   acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,   PLAINTIFF

VS.   Case 4:23-cv-00321-DMR

SYDNEY REDFIELD, d.b.a. SIDALPHA   DEFENDANTS

## THIRD MOTION TO TRANSFER CASE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion to Transfer Case in the above-styled action.

1. This Court has authorized me to file one more motion to transfer case, conditional on effective service of process on the Defendant. See Dkt. 55, lines 23-24 ("plaintiff's Renewed Motion to Transfer is hereby DENIED without prejudice to renewal if said defendant is served in Idaho").

2. The Defendant has been successfully served with process. See Dkt. 60 & 61. The defendant has appeared in this case. See Dkt. 63.

3. Since this Court is convinced it does not have personal jurisdiction over the defendant, and it is undisputed that the US District Court for the District of Idaho would, I therefore ask, one more time, that this Court transfer this case to that district.

So requested on this, the 15th day of September, 2025.

/s/ David Stebbins
David Stebbins (pro se)