**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

FILED
SEP 19 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFF: David A. Stebbins | COURT CASE NUMBER: 3:23-cv-0321-MMC |
| DEFENDANT: Sydney Redfield | TYPE OF PROCESS: *** See below |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Sidney Redfield
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 1430 Forest Siding Rd., Sandpoint, ID 83864

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
David A. Stebbins
123 W. Ridge Avenue, Apt D
Harrison, AR 72601

Number of process to be served with this Form 285: 3
Number of parties to be served in this case: 1
Check for service on U.S.A.: 

Summons, Complaint, Order re Renewed Motion to Transfer (Service Order)

---

Signature of Attorney other Originator requesting service on behalf of:
Mark B Busby
Kim Means
[X] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER: (510) 637-3558
DATE: August 22, 2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 3
District of Origin No.: 11
District to Serve No.: 23
Signature of Authorized USMS Deputy or Clerk: [signed]
Date: 9/3/25

[X] I hereby certify and return that I have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc named above (See remarks below)

Name and title of individual served (if not shown above):

Address (complete only different than shown above): Bonner County Jail, 4001 N. Boyer Rd., Sandpoint, Idaho 83864

Date: 9.9.25
Time: 14:50 pm
Signature of U.S. Marshal or Deputy: [signed]

Costs shown on attached USMS Cost Sheet >>

**REMARKS:** SIDNEY REDFIELD IS CURRENTLY IN CUSTODY AT BONNER COUNTY JAIL. I SERVED TO SIDNEY REDFIELD IN PERSON

# of DUSMs: 1
# of hours for all DUSMs: 2
# of round trip miles for all vehicles: 90

RECEIVED SEP - 3, 25 UNITED STATES MARSHAL NORTHERN DISTRICT CALIFORNIA

*SERVED*

Form USM-285
Rev. 03/21