J. Curtis Edmondson (CA SBN # 236105)
Edmondson IP Law
Beaverton Plaza Building
3720 SW 141st Avenue, Suite 212
Beaverton, OR 97005
Phone: 503-336-3749
Fax: 503-482-7418
Email: jcedmondson@edmolaw.com

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| David A. Stebbins, | Case No. 4:23-cv-00321-MWC |
|---|---|
| Plaintiff, | Defendant Sidney Redfield's ANSWER AND AFFIRMATIVE DEFENSES. |
| v. | |
| Sidney Redfield *doing business as* SidAlpha, | Judge Maxine M. Chesney Magistrate Judge Donna M. Ryu |
| Defendant. | **JURY TRIAL DEMAND** |

Sidney Redfield, (Defendant or Redfield), hereby Answers the Complaint of David Stebbins (Plaintiff or Stebbins). Each and every allegation of the Complaint not specifically admitted herein is denied. The headings below are merely provided for reference to match those supplied by Plaintiff.

**ANSWER**

**I: IDENTITIES OF THE PARTIES**

1. Admitted.

2. Admitted that Defendant is the owner of the SidAlpha YouTube channel, and that Defendant is a member of the Partner Program. Otherwise, denied.

## II: JURISDICTION AND VENUE

3. Admitted as to Plaintiff's residence, and to Defendant's residence being out side Arkansas. Otherwise, denied.

4. Defendant consents to jurisdiction in the Northern District of California, without waiving its right to challenge jurisdiction on the grounds of lack of pleading diversity damages. Otherwise, denied.

5. This paragraph appears to be a conclusion of law, therefore denied.

6. This paragraph appears to be a conclusion of law, therefore denied.

## III: FACTS OF THE CASE

7. Admitted that Defendant posted a video on or about that date. Otherwise, denied.

8. Denied.

9. Denied.

10. Admitted that Defendant discussed Plaintiff's DMCA takedowns (17 USC § 512). Otherwise, denied.

11. Denied.

12. Denied.

13. This paragraph appears to be argument. Denied.

14. This paragraph appears to be argument. Denied.

15. This paragraph appears to be argument. Denied.

16. This paragraph appears to be argument. Denied.

17. This paragraph appears to be argument. Denied.

18. This paragraph appears to be argument. Denied.

19. This paragraph appears to be argument. Denied.

20. This paragraph appears to be argument. Denied.

21. This paragraph appears to be argument. Denied.

22. This paragraph appears to be argument. Denied.

23. This paragraph appears to be argument. Denied.

24. Denied.

25. This paragraph appears to be argument. Denied.

26. This paragraph appears to be argument. Denied.

27. This paragraph appears to be argument. Denied.

28. This paragraph appears to be argument. Denied.

29. This paragraph appears to be argument. Denied.

30. This paragraph appears to be argument. Denied.

31. This paragraph appears to be a hypothetical argument. Denied.

32. This paragraph appears to be a hypothetical argument. Denied.

33. This paragraph appears to be argument. Denied.

34. This paragraph appears to be argument. Denied.

35. This paragraph appears to be a hypothetical argument. Denied.

36. This paragraph appears to be a hypothetical argument. Denied.

37. This paragraph appears to be a hypothetical argument. Denied.

38. This paragraph appears to be argument. Denied.

39. This paragraph appears to be argument. Denied.

40. This paragraph appears to be argument. Denied.

41. This paragraph appears to be argument. Denied.

42. Defendant lacks information and belief. Therefore, denied.

43. This paragraph appears to be argument. Denied.

44. This paragraph appears to be argument. Denied.

45. This paragraph appears to be argument. Denied.

46. Denied that defendant defamed Plaintiff. Otherwise, this paragraph appears to be argument. Denied.

47. This paragraph states Plaintiff's conclusions. Therefore, denied.

48. This paragraph appears to be argument. Denied.

49. This paragraph states Plaintiff's conclusions. Therefore, denied.

50. Denied that defendant defamed Plaintiff. Otherwise, this paragraph appears to be argument. Denied.

51. Defendant lacks information and belief. Therefore, denied.

52. Defendant lacks information and belief. Therefore, denied.

53. Defendant lacks information and belief. Therefore, denied.

54. Defendant lacks information and belief. Therefore, denied.

55. This paragraph appears to be argument. Denied.

56. Denied that defendant defamed Plaintiff. Otherwise, this paragraph appears to be argument. Denied.

57. This paragraph appears to be argument. Denied.

58. Denied that defendant defamed Plaintiff. Otherwise, this paragraph appears to be argument. Denied.

59. Admitted that Defendant discussed xArtemisWolf and DMCA takedowns. Otherwise, Defendant lacks information and belief. Therefore, denied.

60. Defendant lacks information and belief. Therefore, denied.

61. Denied that defendant defamed Plaintiff. Otherwise, this paragraph appears to be argument. Denied.

62. Defendant lacks information and belief. Therefore, denied.

63. Denied that defendant defamed Plaintiff. Otherwise, this paragraph appears to be argument. Denied.

64. This paragraph appears to be argument. Denied.

65. Defendant lacks information and belief. Therefore, denied.

66. Defendant lacks information and belief. Therefore, denied.

67. Defendant lacks information and belief. Therefore, denied.

68. Defendant lacks information and belief. Therefore, denied.

69. This paragraph appears to be argument. Denied.

70. This paragraph appears to be argument. Denied.

71. This paragraph appears to be argument. Denied.

72. This paragraph states Plaintiff's conclusions. Therefore, denied.

73. This paragraph appears to be a hypothetical argument. Denied.

74. This paragraph appears to be a hypothetical argument. Denied.

75. This paragraph states Plaintiff's conclusions. Therefore, denied.

76. This paragraph states Plaintiff's conclusions. Therefore, denied.

77. Defendant lacks information and belief. Therefore, denied.

78. Defendant lacks information and belief. Therefore, denied.

79. Defendant lacks information and belief. Therefore, denied.

80. This paragraph states Plaintiff's conclusions. Therefore, denied.

81. Denied that defendant defamed Plaintiff. Otherwise, Defendant lacks information and belief, or Plaintiff's assertions are argument. Denied.

82. Denied that defendant defamed Plaintiff. Otherwise, Defendant lacks information and belief, or Plaintiff's assertions are argument. Denied.

83. Defendant lacks information and belief. Therefore, denied.

84. This paragraph states Plaintiff's conclusions. Therefore, denied.

85. This paragraph states Plaintiff's conclusions. Therefore, denied.

86. Defendant lacks information and belief. Therefore, denied.

87. This paragraph states Plaintiff's conclusions. Therefore, denied.

88. This paragraph appears to be argument. Denied.

89. This paragraph appears to be argument. Denied.

90. This paragraph appears to be argument. Denied.

91. This paragraph appears to be argument. Denied.

92. This paragraph appears to be argument. Denied.

93. This paragraph appears to be argument. Denied.

94. This paragraph appears to be argument. Denied.

95. This paragraph appears to be argument. Denied.

96. Denied that defendant defamed Plaintiff. Otherwise, Defendant lacks information and belief, or Plaintiff's assertions are argument. Denied.
97. Denied that defendant defamed Plaintiff. Otherwise, denied.
98. Defendant lacks information and belief. Therefore, denied.
99. Defendant lacks information and belief. Therefore, denied.
100. Defendant lacks information and belief. Therefore, denied.
101. Defendant lacks information and belief. Therefore, denied.
102. Defendant lacks information and belief. Therefore, denied.
103. Denied that defendant defamed Plaintiff. Otherwise, Defendant lacks information and belief, or Plaintiff's assertions are argument. Denied.
104. This paragraph states Plaintiff's conclusions. Therefore, denied.
105. This paragraph appears to be argument. Denied.
106. This paragraph appears to be argument. Denied.
107. This paragraph appears to be argument. Denied.
108. This paragraph states Plaintiff's conclusions. Therefore, denied.
109. Denied that defendant defamed Plaintiff. Otherwise, Defendant lacks information and belief, or Plaintiff's assertions are argument. Denied.
110. Defendant lacks information and belief. Therefore, denied.
111. Defendant lacks information and belief. Therefore, denied.
112. Defendant lacks information and belief. Therefore, denied.
113. This paragraph states Plaintiff's conclusions. Therefore, denied.
114. This paragraph appears to be argument. Denied.
115. Denied that defendant defamed Plaintiff. Otherwise, Defendant lacks information and belief. Denied.
116. Defendant lacks information and belief. Therefore, denied.
117. Defendant lacks information and belief. Therefore, denied.
118. Defendant lacks information and belief. Therefore, denied.

119. Defendant lacks information and belief. Therefore, denied.
120. Defendant lacks information and belief. Therefore, denied.
121. Defendant lacks information and belief. Therefore, denied.
122. Defendant lacks information and belief. Therefore, denied.
123. Denied that defendant defamed Plaintiff. Otherwise, Defendant lacks information and belief, or Plaintiff's assertions are argument. Denied.
124. This paragraph appears to be argument. Denied.
125. This paragraph appears to be argument. Denied.
126. This paragraph appears to be argument. Denied.
127. This paragraph appears to be argument. Denied.
128. This paragraph appears to be argument. Denied.
129. This paragraph appears to be argument. Denied.
130. This paragraph appears to be argument. Denied.
131. This paragraph states Plaintiff's conclusions. Therefore, denied.
132. Denied that defendant defamed Plaintiff. Otherwise, Defendant lacks information and belief, or Plaintiff's assertions are argument. Denied.
133. Defendant lacks information and belief. Therefore, denied.
134. Defendant lacks information and belief. Therefore, denied.
135. Defendant lacks information and belief. Therefore, denied.
136. Defendant lacks information and belief. Therefore, denied.
137. Defendant lacks information and belief. Therefore, denied.
138. Defendant lacks information and belief. Therefore, denied.
139. Defendant lacks information and belief. Therefore, denied.
140. Defendant lacks information and belief. Therefore, denied.
141. Denied that defendant defamed Plaintiff. Otherwise, Defendant lacks information and belief, or Plaintiff's assertions are conclusions. Denied.

**IV: LEGAL ARGUMENT**

142. This paragraph states Plaintiff's conclusions. Therefore, denied.
143. This paragraph states Plaintiff's conclusions. Therefore, denied.
144. This paragraph states Plaintiff's conclusions. Therefore, denied.
145. This paragraph appears to be argument. Denied.
146. This paragraph appears to be argument. Denied.
147. This paragraph states Plaintiff's conclusions. Therefore, denied.
148. This paragraph states Plaintiff's conclusions. Therefore, denied.
149. This paragraph states Plaintiff's conclusions. Therefore, denied.
150. This paragraph states Plaintiff's conclusions. Therefore, denied.

## V: RELIEF REQUESTED

151. Denied as to Plaintiff's requested relief. Otherwise, denied.
152. Denied as to Plaintiff's requested relief. Otherwise, denied.
153. Denied as to Plaintiff's requested relief. Otherwise, denied.
154. Denied as to Plaintiff's requested relief. Otherwise, denied.
155. Denied as to Plaintiff's requested relief. Otherwise, denied.
156. Denied as to Plaintiff's requested relief. Otherwise, denied.
157. Denied as to Plaintiff's requested relief. Otherwise, denied.
158. Denied as to Plaintiff's requested relief. Otherwise, denied.
159. Denied as to Plaintiff's requested relief. Otherwise, denied.
160. Denied as to Plaintiff's requested relief. Otherwise, denied.

## VI: CONCLUSION

161. Denied as to Plaintiff's requested relief. Otherwise, denied.
162. Denied as to Plaintiff's requested relief. Otherwise, denied.
163. Denied as to Plaintiff's requested relief. Otherwise, denied.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE – TRUTH

164. Defendant's statements as alleged in the Complaint are true or substantially true and therefore cannot support a claim for Defamation.

### SECOND DEFENSE – OPINION

165. Defendant's statements as alleged in the Complaint are Opinion, Rhetorical Hyperbole, or other non-actionable statements.

### THIRD DEFENSE – QUALIFIED PRIVILEGE

166. Defendant's statements as alleged in the Complaint were made in good faith to recipients who share a common interest in the subject matter and are therefore privileged under California Civil Code § 47(c).

### FOURTH DEFENSE – FAIR REPORTING PRIVILEGE

167. Defendant's statements as alleged in the Complaint constitute fair and true reports of official proceedings or public records, and a privileged under California Civil Code § 47(d).

### FIFTH DEFENSE – FIRST AMENDMENT

168. Defendant's statements as alleged in the Complaint were made about Plaintiff as a public figure, and were not made with actual malice, and are therefore protected by the First Amendment to the U.S. Constitution.

### SIXTH DEFENSE – CONSENT

169. Defendant's statements as alleged in the Complaint were made with Plaintiff's consent.

### SEVENTH DEFENSE – *DE MINIMUS CURAT LEX*

170. Plaintiff has not suffered any cognizable damages as a result of the alleged statements.

### EIGHTH DEFENSE - MITIGATION OF DAMAGES

171. Plaintiff failed to take reasonable steps to mitigate damages.

### NINTH DEFENSE – RETRACTION

172. Plaintiff's damages are limited or barred by California Civil Code § 48(a) which restricts recovery of damages where a correction or retraction has been timely issued.

### NINTH DEFENSE – UNCLEAN HANDS

173. Plaintiff's claims are barred, in whole or in part, by the equitable doctrine of unclean hands, estoppel, waiver, and/or laches.

### JURY TRIAL DEMAND

Redfield demands a trial by jury on all claims that are triable to a jury.

### PRAYER FOR RELIEF

Redfield hereby prays that:

A. Stebbins take nothing by way of his complaint for defamation,
B. Stebbins be denied any equitable relief as he has requested,
C. That this Court award Redfield his costs as allowed per statute,
D. Any other relief that this Court may allow.

Respectfully Submitted,

DATE: September 29, 2025

/s/ J. Curtis Edmondson

J. Curtis Edmondson
Counsel for Defendant
Sidney Redfield