# Exhibit A



**Acerthorn**
@acerthorn

I'm not a DMCA abuser and I've already told you that. When you're harassing and dogpiling me, you lose your right to fair use. I've only ever DMCA'd people who either (A) weren't fair use, or (B) were harassing and dogpiling

10:08 PM · Jan 23, 2022

View post analytics

**2** Quotes

URL to find original post: https://x.com/acerthorn/status/1485464622786359301

-------------------------------------------------------------------------------------------------------------

Post



**SidAlpha** ✓
@SidAlpha

Yes, I'm sure you even believe that at some level. How could you not after the sheer volume of times you've told yourself that you are not the one in the wrong. Thing is, reality often cares little for what we tell ourselves.
twitter.com/acerthorn/stat...

> You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

10:12 PM · Jan 23, 2022

**2** Reposts   **47** Likes

URL to find original post: https://x.com/SidAlpha/status/1485465489442705409



URL to find original post: https://x.com/acerthorn/status/1485467034439856132

----------------------------------------------------------------------------------------------------



URL to find original post: https://x.com/SidAlpha/status/1485468224502132736