# Exhibit B

### Re: Playlisy

| | |
|---|---|
| From: | Skibbity Viddity (thedropoutscout@gmail.com) |
| To: | acerthorn@yahoo.com |
| Date: | Monday, December 20, 2021 at 07:34 AM CST |

Hey just wanted to say I uploaded the stream on my channel and because I was part of the stream you literally cant do anything to me so dont expect to take it down. Oh and youre a coward silencing people and hanging up on me. Also not putting me in the description or title is also a coward move. Seethe you moron

> On Wed, Nov 10, 2021 at 8:48 AM acerthorn <acerthorn@yahoo.com> wrote:
>
> Videos that are Illustrative of Acerthorn's Review Style
>
> 
>
> Videos that are Illustrative of Acerthorn's Review Style
>
> On Wednesday, November 10, 2021, 07:40:48 AM CST, Skibbity Viddity <thedropoutscout@gmail.com> wrote:
>
> Hey sorry to have a whole jother email thread but can I get that olaylist again please? For some reason it says the playlist doesn't exist from the link I saved and I accidentally deleted the other thread trying to delete a draft. Not used to using my phone for email, sorry about that