| | | |
|---|---|---|
| David Stebbins (pro se Plaintiff) | 123 W. Ridge Ave., APT D | Harrison, AR 72601 |
| (870) 212-4947 | acerthorn@yahoo.com | |

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                                           PLAINTIFF

VS.                                            Case 4:23-cv-00321-DMR

SYDNEY REDFIELD, d.b.a. SIDALPHA                                        DEFENDANTS

## MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE ISSUE OF LIABILITY FOR DEFAMATION #3

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion for Partial Summary Judgment on the Issue of Liability for Defamation #1 and #2.

1.	While considering this motion, the Court is respectfully reminded that there is still pending a motion to transfer the case to the District of Idaho. See Dkt. 65. The Court should rule on that matter before addressing this motion because it directly addresses the Court's jurisdiction.

2.	To remind the Court, Defamation #3 is where the defendant lied by omission when he accused me of having another YouTube content creator (who goes by the alias xArtemisWolf)'s channel terminated, but failed to report that she had created another one less than 24 hours after her first one was terminated.

3.	On February 12, 2022, Defendant, acting under the alias "SidAlpha," posted a video to his YouTube channel dedicated to smearing me.

4.	I filed suit against him for ten counts of slander in January of 2023. See Dkt. 1.

5.	The Defendant appeared in the case in mid-September 2025. This means that I am now eligible to move for summary judgment.

6.	I therefore ask the Court to grant partial summary judgment on the issue of liability for Defamation Count #3. Once this motion is granted, the only thing left to litigate, regarding this count of defamation, will be the damages I have suffered.

7.	In support of this motion, please find attached my Memorandum of Points and Authorities (or "Brief" if this case is ultimately transferred to the District of Idaho) in Support thereof.

8.      Please also find, attached, the following exhibits:

- **Exhibit A**: Email sent to me from the Defendant responding to my request that he hear my side of the story before publishing his smear video.
- **Exhibit B**: Email sent to me from the Defendant where he refuses to retract the video.
- **Exhibit C**: Email sent to me from the Defendant where he admits that he already knew that xArtemisWolf had created another channel.

9.      Wherefore, premises considered, I respectfully pray that the Motion for Partial Summary Judgment be granted, and for any other relief to which I may be entitled.

So requested on this, the 30th day of September, 2025.

*/s/ David Stebbins*
David Stebbins (pro se)
