# Exhibit C

## RE: your recent video

From:  SidAlpha (sidalpha@sidalpha.com)

To:    acerthorn@yahoo.com

Date:  Tuesday, February 15, 2022 at 01:29 PM CST

1: Because xArtemisWolf deserves to have the 2 videos that were very clearly Fair Use restored as well as to get her channel back. The only reason for you to refuse at that point would simply be petty spitefulness, which unfortunately is very much your MO.
2: her creating a new channel does not harm you or anyone else.
3: Bibi Faizi committed a crime by doing what they did.

- Sid R.



**SidAlpha**
Web Site: https://SidAlpha.com
Youtube: https://youtube.com/SidAlpha
Twitter: https://twitter.com/SidAlpha
Facebook: https://facebook.com/IamSidAlpha

**From:** acerthorn <acerthorn@yahoo.com>
**Sent:** Tuesday, February 15, 2022 11:26 AM
**To:** SidAlpha <sidalpha@sidalpha.com>
**Subject:** Re: your recent video

Can you answer this for me? Why does xArtimesWolf even NEED me to retract those takedowns when she's just created a new channel? https://www.youtube.com/channel/UCR8WYVS57y0P8fUQCQw8aFA

That was against Youtube TOS, but then agai, so was Bibi Faizi's actions. Both were done in response to my *supposed* "abuse" of the DMCA (and again, even though I now admit there was more to fair use than I previously thought, I still maintain that my DMCAs were not abusive, because I didn't know that *at the time*). So why does xArtemisWolf get a pass for breaking TOS but Bibi Faizi doesn't?

You really are a Grade A hypocrite, you know that?

On Tuesday, February 15, 2022, 10:19:30 AM CST, SidAlpha <sidalpha@sidalpha.com> wrote:

2 of the 3 DMCA's against xArtemisWolf were fair use. Give her channel back to her. You've already admitted you are in the wrong here. Do the right thing.

- Sid R.



**SidAlpha**

**Web Site:** https://SidAlpha.com

**Youtube:** https://youtube.com/SidAlpha

**Twitter:** https://twitter.com/SidAlpha

**Facebook:** https://facebook.com/IamSidAlpha

image001.jpg
34.8 kB