David Stebbins          123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 204-6516          acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                                PLAINTIFF

VS.                          Case 4:23-cv-00321-DMR

SYDNEY REDFIELD, d.b.a. SIDALPHA                                DEFENDANTS

## MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE ISSUE OF LIABILITY FOR DEFAMATION #7, #8, AND #9

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion for Partial Summary Judgment on the Issue of Liability for Defamation #7, #8, and #9.

1. While considering this motion, the Court is respectfully reminded that there is still pending a motion to transfer the case to the District of Idaho. See Dkt. 65. The Court should rule on that matter before addressing this motion because it directly addresses the Court's jurisdiction.

2. Just to remind the Court, Defamation #7 is when the defendant accused me of demanding civility from others without reciprocating any of that civility myself; Defamation #8 is when the defendant said that I consider any criticism made against me to be harassment unless it is unequivocal praise, and Defamation #9 is when he accused me of acting aggressively against his informants but failed to mention how they acted exponentially more aggressively towards me which provoked me into that response.

3. Once this motion is granted, the only thing left to litigate, regarding Defamation #7, #8, and #9, will be damages.

4. Attached to this motion is a Memorandum of Points and Authorities (or "Brief" should this case end up in the District of Idaho) in Support thereof, the contents of which are hereby incorporated by reference.

5. Please also find, attached, the following exhibits:

- **Exhibit A**: Email conversation between me and the Defendant, where he actively buried his head in the sand in response to hearing my side of the story.

- **Exhibit B**: A compilation of civil disagreements I had with multiple viewers who

engaged in civil, respectful discourse, per my channel's rules.

- **Exhibit C**: A couple of examples where some people were criticizing me, others swooped in and began harassing those viewers, but then I swooped in and told the people defending me to knock it off.
- **Exhibit D**: Most of the email conversation between me and SkibbidyDibbity after the conclusion of our livestream debate.
- **Exhibit E**: A compilation of some (but not all) of the harassment that InitiativeKookie has leveled against me over the years.
- **Exhibit F**: Email conversation between me and the Defendant where he refused to retract his smear video.

6.  Wherefore, premises considered, I respectfully pray that the Motion for Partial Summary Judgment on the Issue of Liability for Defamation #7, #8, and #9 be granted, and for any other relief to which I may be entitled.

So requested on this, the 30th day of September, 2025.

*/s/ David Stebbins*
David Stebbins (pro se)