# Exhibit B

**INSTRUCTIONS ON HOW TO VIEW THIS EXHIBIT:**

Note: The links in this exhibit do in fact work as of the time of this writing. When you click on these links, you will be taken to the underlying videos' watch pages. However, the comments in question will be "highlighted comments." That means that they are listed at the top of the comment section, regardless of whichever comments are ordinarily listed first.

So the comments can still be seen. You just have to scroll down a little to see them.

https://www.youtube.com/watch?v=TQmrAv9cP-k&lc=UgzGukaHfeyHyhqgT794AaABAg

**Highlighted comment**

📌 Pinned by @Acerthorn

**@FraserSouris** 7 years ago (edited)

Nice Video Acerton. It was pretty good.

I am (in good faith of course) going to argue against your points. I'm going to be sourcing TV Tropes, Joeseph Anderson and The Game Professor, The Last of Us Wiki here
https://www.youtube.com/watch?v=ma4DJbvO84I…

Read more

👍 3  👎      Reply

• 17 replies

**@Acerthorn** 7 years ago

Thank you for the thorough reply. Please, if you enjoyed my analysis so much despite disagreeing with it, please consider subscribing for more in-depth story anlaysis. I have a whole playlist full of story analysis videos (you can find an element linking to the playlist at the end of this video in the lower right corner), and I do my best to get one new video out a week on average.
…
Read more

👍 1  👎      Reply

**@FraserSouris** 7 years ago (edited)

Firstly, apologies, my original comment was truncated in half for whatever reason. I had this entire section for gameplay and another whole 3 for the Fireflies. Luckily, I had the thing saved in Grammarly and was able to add it back in. I would suggest taking another look at my original comment. Terribly sorry about that.

Secondly, Already subscribed since Fallout's Insitute video. …
Read more

👍 1  👎      Reply

**@Acerthorn** 7 years ago

Thanks for the elaboration. Here are my rebuttals.

**Ellie hadn't consented.**
…
Read more

👍 1  👎      Reply

**@FraserSouris** 7 years ago

Thanks for being Civil too.

Also, how do you bold the text in the comments? That's pretty cool
…

URL: https://www.youtube.com/watch?v=TweHctAXqBg&lc=UgytV26oetCa71X08xJ4AaABAg

**Highlighted comment**

**@tacoparade1821** 5 years ago (edited)
As a collector of "complete in box games" it really irks me you'd use the guide against the game when theres also an included world map, dungeon map, beastiary, and equipment/magics and who can use them inserts.

👍 2   👎   Reply

∨  • 10 replies

**@tacoparade1821** 5 years ago
"I completed the entire game before I looked at the construction manual" but in the beginning you critiqued the games manual for not describing characters...?

👍   👎   Reply

**@tacoparade1821** 5 years ago
The included map and bestiary goes through to the final dungeon (which doesnt have the desert dungeon or final dungeon.)

👍   👎   Reply

**@Acerthorn** 5 years ago
@tacoparade1821  Just because I criticize something at the beginning of the video doesn't mean I noticed it at the beginning of the playthrough.

👍 1   👎   Reply

**@tacoparade1821** 5 years ago (edited)
Its a NES game, you are doing it incorrectly if you arent consulting included leaflets and manuals. ESPECIALLY in a NES RPG. Even the game you praise Legend of Zelda also comes with an ALMOST fully completed world map.
Examples: Faxanadu, Dragon Warrior, LoZ, LoZ2, Crystalis.
…
Read more

👍   👎   Reply

**@Acerthorn** 5 years ago
@tacoparade1821  "**Even the game you praise Legend of Zelda also comes with an ALMOST fully completed world map.**"

Not at first, no. That only came with later editions, after fans complained that there was no sense of direction in the game.

👍 1   👎   Reply

**@tacoparade1821** 5 years ago
Yeah, but I also gave numerous other examples of games with CRITICAL included documents and manuals, and there does still exist a NES version of LoZ with a map. You need to consult NES inserts on RPGs. If you dont want to use the internet at least.

👍   👎   Reply

**@tacoparade1821** 5 years ago
You cant just quote one sentence and ignore the rest of my statement. It comes off as extremely defensive, like you arent willing to look at someone else's opinion, which is

URL: https://www.youtube.com/watch?v=1Ad48YCG4qk&lc=UgzYBrgY_5bchZIvE3t4AaABAg



URL: https://www.youtube.com/watch?v=JQSELnDvBsw&lc=Ugz5MIYlD1QaIJLRCNx4AaABAg

Highlighted comment

**@pelosarch** 2 years ago
It started ok but as it progressed, the dude just spouts non sensical, untrue and Made up facts about the Game/characters.

Reply

4 replies

**@Acerthorn** 2 years ago
As opposed to ... true and made up?

Bro, if you've got some specific criticisms towards this video, I'm willing to hear them as long as you're civil about it. But the least you could do is actually engage with me rather than just posting hate comments.

Reply

**@pelosarch** 2 years ago
 @Acerthorn  Palom & Porom get healed/unstoned (not killed by stone) by the mysidia elder ( greatest? Mage at the time excluding Tellah), edge always had a thing for rydia and all lady characters, half point for yang since the sylphs do rescue and tend to him (You did state that you did not do the sidequest to get sylph summon/wake him up/spoon throwable item, fusoya does get his story told since he is the lunarian in charge of lookint after the lunarians resting/keeper of the entrance to the locked dungeon where Zemus is at, Zemus is zeromus because of the rage and bloodlust he felt upon defeat ( almost all ff boses have a second or third phase) Edward did know Anna for a …
Read more

Reply

**@Acerthorn** 2 years ago
"Palom & Porom get healed/unstoned (not killed by stone) by the mysidia elder ( greatest? Mage at the time excluding Tellah)"

That doesn't change that it's a total cop-out that completely undermines the tragedy.
...
Read more

Reply

**@Acerthorn** 2 years ago
"Also the Harp is stated to be a connection between the pt and edward at the magnetic cave with the "cs" in which he raises and the pt is near death."

Where in the game does it say that?

Reply

URL: https://www.youtube.com/watch?v=nE3XVyLYkfk&lc=UgxEwYSBk3jVyUNg1n94AaABAg

Highlighted comment

**@luigi369** 4 years ago

I'm not even done watching this, but the fact that you said Shadow has no character development is mind boggling. I'm going to guess that you DID NOT watch Shadow's dreams, which give a WHOLE lot of backstory as to who he is. This also gives a lot of hidden backstory to Relm, as she is most likely his daughter. I'm not delving in to every single thing wrong with this video because I think that would take hours, but that is one of the big ones.

7     Reply

• 10 replies

**@Acerthorn** 4 years ago

I didn't 100% the game, if that's what you're implying. I will freely concede to that.

But if you think the mere fact that I didn't 100% the game singlehandedly invalidates the entire review, well then ... I've already made a video addressing that:

https://www.youtube.com/watch?v=RxXLob6bv6c

Reply

**@Acerthorn** 4 years ago

"that is one of the big ones."

Really? So the magic roofie piss wasn't a big one either? I fully expected THAT to be the criticism I leveled at this game that would piss its fans off the most!

Reply

**@luigi369** 4 years ago

@Acerthorn  That was more annoying than anything else tbh. I think that scene is more symbolic than literal but yeah that was dumb.

Reply

**@Acerthorn** 4 years ago

@luigi369  Wait ... are you actually siding with me on the magic roofie piss thing? Or are you saying that my criticism of that scene was annoying and dumb?

Reply

**@luigi369** 4 years ago

@Acerthorn  annoying and dumb. Also I get not 100% the game but as a reviewer, you should do a bit of research so you aren't making incorrect points. I agree there are a few characters who get little to no development, but shadow is not one of them.

Reply

**@Acerthorn** 4 years ago

@luigi369  I did do research for this review. For example, I mention how Yoshinori Kitase wanted so many playable characters because he wanted any one of them to be the "main" character, remember?

Just because I didn't find one specific little detail that you personally wanted me to talk about is not mean that my research fell below any reasonable bar. Just as I should not...

Read more

https://www.youtube.com/watch?v=cNtavn-3MSc

URL: https://www.youtube.com/watch?v=KNNB2bkqM7Y&lc=Ugy7m9JWRxeBAh953u54AaABAg



URL: https://www.youtube.com/watch?v=YuymaCsoMqw&lc=UgzoMBIOUePVqS8h8xd4AaABAg

Highlighted comment

**@godzeromart9468** 4 years ago
This is the first and last video I watch from you. You should know the difference between a remake and a remaster.

5    Reply

• 4 replies

**@Acerthorn** 4 years ago
Wow, pointing at one alleged mistake (and I emphasize the word "alleged") that I spend about thirty seconds on in this entire two hour video, and acting like that one thing singlehandedly invalidates every single criticism I make in the whole dman thing.

Talk about entitlement.

Reply

**@NinjaMinkzx** 4 years ago
But, they didnt even remake the game, they added new models for the player characters and other minor things, that is a remaster...

1    Reply

**@godzeromart9468** 4 years ago
 @NinjaMinkzx  that's the point :P

Reply

**@Acerthorn** 4 years ago
 @NinjaMinkzx  In case you hadn't noticed, I only spend about 2 minutes in this more-than-2-hour-long video talking about how half-assed the remaster is. About 3/4 of the video is spent discussing the story and characters, which is what is actually important in an RPG.

So if you want to act like me harping on the remaster somehow singlehandedly discredits and invalidates the entire video, I suppose I can't stop you. But if you really are that …

Read more

Reply

URL: https://www.youtube.com/watch?v=zf6hnWvr_XI&lc=UgwQo-B8eh4WVEOoKJ14AaABAg

**Highlighted comment**

**@maxwallach47** 4 years ago

you lost me when you criticized the sound track...also your focus on aspect ratios...you know tvs were not widescreen when the background images were originally created, i guess they could of scan and paned them but this was a port of a port (ios/android) also you really cant see the difference between the playstation and remaster version of viii?? i mean the the models were completely redone all ix did was use a filter and uprez the models. whatever everyone is entitled to a opinion but i think you should give these sound tracks a chance they are a big part of what these games are

👍 21   👎   Reply

⌄  • 23 replies

**@Acerthorn** 4 years ago

*"also your focus on aspect ratios"

I didn't "focus" on the aspect ratio. I spent maybe a few minutes out of this hour-and-45-minute-long video talking about the aspect ratio.
…
Read more

👍   👎   Reply

**@asdfghjkllkjhgfdsa8725** 3 years ago

@Acerthorn  yea i stopped watching shortly after your shit composer rant

Ive never played a ff with a bad soundtrack
…
Read more

👍 6   👎   Reply

**@Acerthorn** 3 years ago

@asdfghjkllkjhgfdsa8725  "most of the video is you hating a gem"

Uuuuuh ... I gave this game the second highest ranking of all the FF games I've played so far!

👍   👎   Reply

**@asdfghjkllkjhgfdsa8725** 3 years ago

@Acerthorn  didnt sound like you enjoyed the game.

It didnt seem like your a fan of old school jrpgs. They arent for everyone. They are rough.
…
Read more

👍 6   👎   Reply

**@Acerthorn** 3 years ago

I told you: Watch the video until the end (or at the very least, skip to the end to see the ranking), and you'll see that you're wrong about that.

URL: https://www.youtube.com/watch?v=VEWXW3OS2Vw&lc=UgwcFull4o9TNmMQ3Wd4AaABAg



**Highlighted comment**

**@miclight1018** 4 years ago
You forgot the chocobo race, lightning dodge and the Macalania Woods minigame. Also you didn't mention the monster arena, the dark aeons or The Cavern of the Stolen Fayth dungeon which adds to Lulus backstory.

👍 1   👎   Reply

▲  • 7 replies

**@Acerthorn** 4 years ago
I never purported to cover everything the game has to offer. Optional side content is only covered in this retrospective if I personally did the content during my playthrough.

For what it's worth, I started this series as a lets play on my channel: https://www.youtube.com/watch?v=VEWXW3OS2Vw
…
Read more

👍 1   👎   Reply

**@price3122** 4 years ago
@Acerthorn "But I stopped doing that series because it didn't get views."

Does that mean that you're also stopping first impression/secret joke vids too? Because most of them didn't pass 50 views

👍   👎   Reply

**@Acerthorn** 4 years ago
@price3122 I'm considering stopping my first impressions videos, yes.

I'll need to find a new type of video to do before I bring back the SJ contest.
…
Read more

👍 1   👎   Reply

**@price3122** 4 years ago (edited)
@Acerthorn do i need to comment in order to watch? and i only watch a few minutes of your vids because i get bored meaning there is no way for me to find the joke

👍 3   👎   Reply

**@Acerthorn** 4 years ago
@price3122 "do i need to comment in order to watch?"

Well, how am I supposed to keep track of your views (and consider you a "regular" accordingly) if you don't comment and thus I have no way of knowing which videos you actually watch?...
Read more

👍 1   👎   Reply

@price3122 4 years ago

URL: https://www.youtube.com/watch?v=h-O9Yf5n3g8&lc=UgzMvzsDa8td6uFFmjJ4AaABAg



URL: https://www.youtube.com/watch?v=HoTjSldDT3Y&lc=Ugw0l80gy6YJ_pG5-Bd4AaABAg

**Highlighted comment**

**@notgaphafn4614** 3 years ago

I recommend for you to try this game again, and if you don't like it, later try it again, you should probably make a new character. Eventually it should click. I got a little glitch because of which I didn't have estus, I stumbled on the glitch by complete accident. When I learned it was a glitch I immediately started a new character the next day, and this time, without the estus glitch. That glitch forced me to always be immediately one shot by the boss when i got to him. The controls are clunky but they do click. I play on mouse and keyboard and i realized i could hold shift waiting for a parry instead of trying to press shift and right click together. This made parrying worlds easier for me. Eventually everything does click. And on…

Read more

👍 3    👎        Reply

▼  •  5 replies

**@Acerthorn** 3 years ago

Translation: "You need to try this game again before you criticize it. If you still don't like it, try it *again* before you criticize it. And again. And again. Keep trying it until you like it, and THEN criticize it."

👍 7    👎        Reply

**@ZorrotheArtist** 2 years ago

@Acerthorn  Yeah, because you need to actually beat the fucking game before you criticize it. I feel like that's obvious.

👍 9    👎        Reply

**@claymore9032** 1 year ago (edited)

@ZorrotheArtist no one needs to beat it to criticize it,  i had opinions on it b4 beating it and after.

👍    👎        Reply

**@ZorrotheArtist** 1 year ago (edited)

@claymore9032  I think objectively, you do, so then that way you can form the fullest opinion possible. It's like reading through the first 3 chapters of a 60 chapter book, stopping, then saying "This entire book is dogshit." You didn't even finish the fuckin' book, how are you gonna say the entirety of it sucks.

👍    👎        Reply

**@claymore9032** 1 year ago (edited)

@ZorrotheArtist  sure but that is a book, similar in ways but this is a game. With control feels that differ from each other,  enemies, levels.  Those could defin be open to criticize from the getgo or very least from doing it over and over and over lol. I l beat Ds 1, Ds 3,   almost done Ds2 and I really thought Ds 2 was aweful and a drag way before finishing it. And for me defin fits that "critque", atleast for me anyway.

👍    👎        Reply

URL: https://www.youtube.com/watch?v=m0iT_TFcaFE&lc=UgyjBnUXW6AJsdq7uhh4AaABAg

**Highlighted comment**

**@CandyBard** 3 years ago
You don't get to make objective statements about games as a reviewer without playing it. That's not how reviewing works.

2.7K     Reply

• 33 replies

**@Acerthorn** 3 years ago
So why don't you do something about it?

27     Reply

**@CandyBard** 3 years ago
@Acerthorn what exactly do you expect me to do, become a game reviewer? I've been very civil with you in the past but this is a moment where you're crossing a line. You're acting in bad faith, and nothing you say can prove otherwise. I have no respect for this video at all, nor the nearly 4 minutes it took for your audio recording.

1.4K     Reply

**@Acerthorn** 3 years ago
Really? I've been harassed, dogpiled, doxxed, and had my life and livelihood threatened by people because I don't like the same games as they do, and you're saying I'm the one who's acting in bad faith?!

29     Reply

**@CandyBard** 3 years ago
@Acerthorn none of that is relevant to the value of your review of Elden Ring. Your review of Elden Ring is made in bad faith, because you did not play it, had no intention of playing it, and still reviewed it negatively. It's okay to not like the same games as others, it is another matter entirely however to make a video stating that a game you have never played is objectively bad.

1.1K     Reply

**@Acerthorn** 3 years ago
@CandyBard Well, that's just too bad. If you've got a problem with the way I run this channel, you don't have to watch my videos.

11     Reply

**@Acerthorn** 3 years ago
@CandyBard Also ...

"none of that is relevant to the value of your review of Elden Ring"
...
Read more

16     Reply

**@CandyBard** 3 years ago
@Acerthorn except you don't hate Elden Ring. You cannot objectively dislike something based on the merits of something else. Thus your comparison falls flat. It's more like a

URL: https://www.youtube.com/watch?v=m0iT_TFcaFE&lc=Ugw0vPvdvi2mu5johyh4AaABAg

Highlighted comment

**@swiftstrike4044** 3 years ago
Isn't this like blaming Ford because someone road raged at you while they were driving one of their cars?

595   Reply

▲ • 7 replies

**@Acerthorn** 3 years ago
No, it's not like that.

4   Reply

**@biodudezerothree9236** 3 years ago
@Acerthorn  What's the difference?

63   Reply

**@Acerthorn** 3 years ago
@biodude zerothree The difference is that, once you buy a car, you own that car forever until you sell it. It's your property, through and through. But video games in the modern day are almost never sold: They are licensed, and your right to play them can be taken away from you if you violate terms of use.

2   Reply

**@Acerthorn** 3 years ago
No, the principle is entirely different.

I can judge a bar based on what kind of customers the bar allows into it. If I go to a bar and its regular customers are routinely harassing me, picking fights with me, and reaching up my GF's skirt, and the bartender and bouncers routinely allow this shit to slide without throwing them out, then that means the bar itself sucks....

Read more

1   Reply

**@voddball4480** 3 years ago
@Acerthorn  your car can be taken from you if you violate traffic laws in the form of impounding

29   Reply

**@Acerthorn** 3 years ago
Your point? That's a completely different thing that Ford taking your car because you violated their contract.

1   Reply

**@Acerthorn** 3 years ago
@Kaishawn Brown Exactly, so why doesn't From police toxicity in the same way the government polices speeding and DUI?!

1   Reply

URL: https://www.youtube.com/watch?v=TO9zimSnPQI&lc=UgwjvGzzp0LVECCW36d4AaABAg



URL: https://www.youtube.com/watch?v=4jHf4gKc5so&lc=Ugy-77jolslp_X9FT2t4AaABAg

Highlighted comment

**@zoisantonopoulos7999** 5 years ago

Something i wanted to point out. Even if you don't care about your wife, the GAME does. The characters comments are written voiced and put into the game regardless of the player's choice

👍 6    👎    Reply

• 4 replies

**@Acerthorn** 5 years ago

"The characters comments are written voiced and put into the game regardless of the player's choice"

So you're one of those people who take the attitude of "It's not optional because we don't have the option to not have it in the game to begin with," right? Anything that's in the …
Read more

👍 3    👎    Reply

**@zoisantonopoulos7999** 5 years ago

 @Acerthorn  Good evening sir! I admit i could have phrased it better , English isn't my native language in my mind it made sense. What i meant to say is : is was important enough for Bethesda to include it so I can't completely disregard it. If I did then what else could i ignore ? If you asked me i would say either make the character a predefined one example : geralt of rivia , lara croft , Nathan Drake , Kratos or leave it blank. So i could go around exploring the commonwealth and never look for my son but Bethesda clearly wants me to.

👍    👎    Reply

**@Acerthorn** 5 years ago (edited)

 @zoisantonopoulos7999  "what else could i ignore"

Pretty much everything. You could ignore just about anything except the opening and tutorial dungeon. After you surface from Vault 111, literally anything else only has to be done if you choose to do it.…
Read more

👍 2    👎    Reply

**@iami3rian394** 2 years ago

 @zoisantonopoulos7999  it's not that type of game, and everyone needs to just get over that fact.

👍    👎    Reply

URL: https://www.youtube.com/watch?v=gPpbd8cL-Kk&lc=UgzXJnO6fL0wCGl1spp4AaABAg

**Highlighted comment**

**@Superultramegaa19** 6 years ago
She also said he writes his music based on his experiences with women (which she assumes is predatory experiences). However if you listen to his music there is not a hint of this. Not in his titles, his composition style, his choirs, his aesthetics, none of it.

👍 121    Reply

• 14 replies

**@Acerthorn** 6 years ago
Soule's music is emotionally neutral. Whatever you're feeling at the moment, Soule's music will make you feel more of that. It will make you feel more heartbroken if you're already feeling heartbroken to begin with, but if you're filled with a sense of wonder and desire to explore, that exact same will make your exploration of Elder Scrolls' overworld feel that much more rewarding.
…
Read more

👍 36    Reply

**@Acerthorn** 6 years ago
Let's also not forget that, with Oblivion's soundtrack, Soule stated in no uncertain terms that his inspiration for that soundtrack wasn't anything to do with women, but rather, with a near-death experience he had with his car flipping over into oncoming traffic.

…
Read more

👍 39    Reply

**@HammyLindz** 6 years ago
Superultramegaa LastName Incorrect. I've been in his studio and he has described his music the same way she did. Don't glorify a self-proclaimed god.

👍 5    Reply

**@Acerthorn** 6 years ago (edited)
@HammyLindz "I've been in his studio"

Let me put it this way: You know how, if you know the defendant personally, you don't get to serve on his jury? Well, think for a minute about the REASON why such a law exists. I'm sure if you put your mind to it, you can think of at least one reason.

👍 31    Reply

**@Superultramegaa19** 6 years ago (edited)
@HammyLindz  Even if she's not lying, and he said that, how do you know he doesn't just say that? For pity, to impress somehow, flirt somehow, etc. Almost every explanation he's given for music has been through life experiences, how he related his music to other cultures, how it relates to other music within the series, or an unfolding story explained through music.
…
Read more

👍 22    Reply

URL: https://www.youtube.com/watch?v=T6Xp-Audx3w&lc=UgxgqY11ucwpTyWw_NB4AaABAg

Highlighted comment

**@UnicornStorm** 5 years ago
well, you say some mechanics don't need contextualizing and show Mario 64's Lakito cameraman, but in this game it made sense to give the player some context for the camera controls, since it was a pretty new and complex concept.

👍 3   👎   Reply

⌄ • 6 replies

**@Acerthorn** 5 years ago
Sure, the 3D camera was unprecedented for its time. But we have since learned that camera controls don't really need to be contextualized, so SM64's insistence on contextualizing the camera seems rather dated and influenced by naivety and inexperience, rather than caution. That was the point I was making.

👍   👎   Reply

**@UnicornStorm** 5 years ago
@Acerthorn  It's not a good point to make to call their success a flaw O.o Back than it was ingenious and it could be argued that it eased players into having camera controls separate to  the characters movement. It also fit the Mario style/setting and didn't interfere with gameplay. I mean, we see the cameraman for a few seconds, then Mario appears and the camera gets behind him. As you showed you can see him later in a mirror, which also doesn't interrupt gameplay but is a neat example of attention to detail and gives another hint to the puzzle in that room....
Read more

👍 1   👎   Reply

**@Acerthorn** 5 years ago
@UnicornStorm  "It's not a good point to make to call their success a flaw"

Super Mario 64 was indeed a critical and commercial success. Nobody in their right mind would deny that.
…
Read more

👍   👎   Reply

**@UnicornStorm** 5 years ago
@Acerthorn  I was referring to their contextualization of the camera system as their success, not the game as a whole. The camera system itself sucked hard at some points in the game, which one could and should criticize.

And no, calling something bad just because other things are better 25 years later isn't the point of a retrospective. You can't just ignore the context of its time of release. Of …
Read more

👍   👎   Reply

**@Acerthorn** 5 years ago
@UnicornStorm  By that logic, horse armor gets a pass because there "was no precedent" back then for how DLC should work. Or in the CDI Zelda games, the voice acting is excusable because that's just how video game voice acting worked until the video game industry started to bring in voice talent from Hollywood.

Maybe the fact that I didn't grow up with Super Mario 64 and therefore was not around for the zeitgeist might be influencing my judgment. But I honestly do not see the in-…