# Exhibit C

**INSTRUCTIONS ON HOW TO VIEW THIS EXHIBIT:**

Note: The links in this exhibit do in fact work as of the time of this writing. When you click on these links, you will be taken to the underlying videos' watch pages. However, the comments in question will be "highlighted comments." That means that they are listed at the top of the comment section, regardless of whichever comments are ordinarily listed first.

So the comments can still be seen. You just have to scroll down a little to see them.

URL: https://www.youtube.com/watch?v=lgW8vsiRKcw&lc=Ugz0u0T_fUsIEbFeIgd4AaABAg.8iSO-d5J1Lb8iTTVxxzHxB



URL: www.youtube.com/watch?v=YUPlOQ7j-m0&lc=UgxprFU6w9j-8SC29y14AaABAg.9eTjs3ShvkD9egNmcrQvkz



\* LICENFIREFEAR was known previously as Subzero Bihan. He has changed his name since this conversation.