# Exhibit D



## Re: Playlisy

From:  Skibbity Viddity (thedropoutscout@gmail.com)

To:    acerthorn@yahoo.com

Date:  Monday, December 20, 2021 at 07:34 AM CST

Hey just wanted to say I uploaded the stream on my channel and because I was part of the stream you literally cant do anything to me so dont expect to take it down. Oh and youre a coward silencing people and hanging up on me. Also not putting me in the description or title is also a coward move. Seethe you moron

On Wed, Nov 10, 2021 at 8:48 AM acerthorn <acerthorn@yahoo.com> wrote:

### Videos that are Illustrative of Acerthorn's Review Style



**Videos that are Illustrative of Acerthorn's Review Style**

On Wednesday, November 10, 2021, 07:40:48 AM CST, Skibbity Viddity <thedropoutscout@gmail.com> wrote:

Hey sorry to have a whole jother email thread but can I get that olaylist again please? For some reason it says the playlist doesn't exist from the link I saved and I accidentally deleted the other thread trying to delete a draft. Not used to using my phone for email, sorry about that

# Re:

From:  Skibbity Viddity (skibbityviddity@gmail.com)

To:  acerthorn@yahoo.com

Date:  Tuesday, December 21, 2021 at 07:28 AM CST

Keep crying you child. You wonder why people fucking hate you and then you silence and DMCA creators who criticize you. Who fucking cares if they ban me, im literally not going anywhere dad stabber

> On Mon, Dec 20, 2021, 7:07 PM acerthorn <acerthorn@yahoo.com> wrote:
>
>
> On Monday, December 20, 2021, 04:52:10 PM CST, Skibbity Viddity <skibbityviddity@gmail.com> wrote:
>
> Hey just wanted to again remind you that youre a coward that stabbed his dad lmao. Expect that in a video

## Re: Playlisy

From:  Skibbity Viddity (thedropoutscout@gmail.com)

To:    acerthorn@yahoo.com

Date:  Monday, December 20, 2021 at 10:39 AM CST

Youre a literal coward. And i will now enjoy spending my time exposing the person you are. You will never get any further unless you decide to viewbot again

> On Mon, Dec 20, 2021, 10:17 AM acerthorn <acerthorn@yahoo.com> wrote:
>
> You can counter this takedown if you want. But before you do, you should consult with an attorney. I highly doubt you have consulted with one yet, since it's only been the weekend and attorneys offices aren't open then, and you posted this video in the wee hours of the morning.
>
> If you counter my takedown, you are locked into litigation with me. You will be held liable for a ton of money if you counter this takedown. Just because you are "part of" the stream doesn't mean you are a co-author or that you have a copyright interest in it.
>
> On Monday, December 20, 2021, 07:34:07 AM CST, Skibbity Viddity <thedropoutscout@gmail.com> wrote:
>
> Hey just wanted to say I uploaded the stream on my channel and because I was part of the stream you literally cant do anything to me so dont expect to take it down. Oh and youre a coward silencing people and hanging up on me. Also not putting me in the description or title is also a coward move. Seethe you moron
>
> On Wed, Nov 10, 2021 at 8:48 AM acerthorn <acerthorn@yahoo.com> wrote:
>
> [Videos that are Illustrative of Acerthorn's Review Style](#)
>
> 
>
> **Videos that are Illustrative of Acerthorn's Review Style**
>
> On Wednesday, November 10, 2021, 07:40:48 AM CST, Skibbity Viddity <thedropoutscout@gmail.com> wrote:

Hey sorry to have a whole jother email thread but can I get that olaylist again please? For some reason it says the playlist doesn't exist from the link I saved and I accidentally deleted the other thread trying to delete a draft. Not used to using my phone for email, sorry about that

## (No Subject)

From:  Skibbity Viddity (skibbityviddity@gmail.com)

To:     acerthorn@yahoo.com

Date:  Monday, December 20, 2021 at 04:52 PM CST

Hey just wanted to again remind you that youre a coward that stabbed his dad lmao. Expect that in a video

## literal coward striking SofiannP

From:  Skibbity Viddity (thedropoutscout@gmail.com)

To:      acerthorn@yahoo.com

Date:  Monday, December 20, 2021 at 03:03 PM CST

Yeah youre a disgrace for striking SofiannPs livestream. Youre arguing the exact opposite with him so you have 0 clue what youre doing.

## coward

From:    Skibbity Viddity (thedropoutscout@gmail.com)

To:       acerthorn@yahoo.com

Date:    Monday, December 20, 2021 at 01:26 PM CST

Youre a coward and dont forget that. Id rather ruin your career online by burning what you already made so far through exposing you than steal your money through legal battles. Tho im still tempted to fight it Mr David "acerthorn" Stebbins. Tho you stabbing your own father makes me even more tempted to just watch you like an animal in a cage like you really are, because youre a fucking lunatic.

## Re: coward

From:  Skibbity Viddity (thedropoutscout@gmail.com)

To:    acerthorn@yahoo.com

Date:  Monday, December 20, 2021 at 02:19 PM CST

lmao you think youre hot shit yet you only have power over smaller channels to DMCA. What are you gonna stab me in the face like you did to your own dad? Id love to start this and take all the money you have in this, but id rather a lunatic not have my information. We'll see, maybe I will want to see you lose your channel

On Mon, Dec 20, 2021 at 3:15 PM acerthorn <acerthorn@yahoo.com> wrote:

Counter my takedown, then, and see what happens.

On Monday, December 20, 2021, 02:11:39 PM CST, Skibbity Viddity <thedropoutscout@gmail.com> wrote:

What about the stream with SofiannP? you claim that its your copyright when he literally streamed his side and only had your voice as a "guest". You literally break your own rules you sperg

On Mon, Dec 20, 2021 at 2:51 PM acerthorn <acerthorn@yahoo.com> wrote:

By all means, issue that DMCA counter notification. By all means, give me an excuse.

On Monday, December 20, 2021, 01:26:07 PM CST, Skibbity Viddity <thedropoutscout@gmail.com> wrote:

Youre a coward and dont forget that. Id rather ruin your career online by burning what you already made so far through exposing you than steal your money through legal battles. Tho im still tempted to fight it Mr David "acerthorn" Stebbins. Tho you stabbing your own father makes me even more tempted to just watch you like an animal in a cage like you really are, because youre a fucking lunatic.

# Re: coward

From:  Skibbity Viddity (thedropoutscout@gmail.com)

To:     acerthorn@yahoo.com

Date:  Monday, December 20, 2021 at 02:29 PM CST

Again I dont know if I want a dad stabbing lunatic like you to know my information. You file suits at anyone who breathes so im sure the courts will laugh at you seeing your name pop up again

> On Mon, Dec 20, 2021 at 3:26 PM acerthorn <acerthorn@yahoo.com> wrote:
>
> ## If you're so damn confident, then by all means, issue that counter-notification!
>
> On Monday, December 20, 2021, 02:21:54 PM CST, Skibbity Viddity <thedropoutscout@gmail.com> wrote:
>
> https://www.youtube.com/watch?v=C-lpsNnwTaQ
>
> Also getting to see even more of your terrible commentary live. On the stream that youre arguing the exact opposite to SofiannP that youre arguing today. you really sure youre sane enough to start a legal battle that youre flip flopping on?
>
> On Mon, Dec 20, 2021 at 3:15 PM acerthorn <acerthorn@yahoo.com> wrote:
>
>> ## Counter my takedown, then, and see what happens.
>>
>> On Monday, December 20, 2021, 02:11:39 PM CST, Skibbity Viddity <thedropoutscout@gmail.com> wrote:
>>
>> What about the stream with SofiannP? you claim that its your copyright when he literally streamed his side and only had your voice as a "guest". You literally break your own rules you sperg
>>
>> On Mon, Dec 20, 2021 at 2:51 PM acerthorn <acerthorn@yahoo.com> wrote:
>>
>>> ## By all means, issue that DMCA counter notification. By all means, give me an excuse.
>>>
>>> On Monday, December 20, 2021, 01:26:07 PM CST, Skibbity Viddity <thedropoutscout@gmail.com> wrote:
>>>
>>> Youre a coward and dont forget that. Id rather ruin your career online by burning what you already made so far through exposing you than steal your money through legal battles. Tho im still tempted to fight it Mr David "acerthorn" Stebbins. Tho you stabbing your own father makes me even more tempted to just watch you like an animal in a cage like you really are, because youre a fucking lunatic.

Re: literal coward striking SofiannP

From:  Skibbity Viddity (thedropoutscout@gmail.com)

To:    acerthorn@yahoo.com

Date:  Monday, December 20, 2021 at 03:11 PM CST

Youre a lunatic that wants to silence people for no reason. If I give my personal information you might come try and stab me like you stabbed your father. Youre a disgrace and I cant wait to see you crash and burn harder than you already have. You can have this video, ill upload it so people dont have to watch your shit video as well. Youre a disgrace to life and you should prob do something about that. Lunatic father stabber

> On Mon, Dec 20, 2021 at 4:09 PM acerthorn <acerthorn@yahoo.com> wrote:
>
> Stop harassing me. I've already told you to issue the counter-notification if you want to continue this.
>
> On Monday, December 20, 2021, 03:03:07 PM CST, Skibbity Viddity <thedropoutscout@gmail.com> wrote:
>
>
> Yeah youre a disgrace for striking SofiannPs livestream. Youre arguing the exact opposite with him so you have 0 clue what youre doing.

## take down

From:  Skibbity Viddity (thedropoutscout@gmail.com)

To:     acerthorn@gmail.com

Date:  Monday, December 20, 2021 at 03:38 PM CST

youre a loser and hope youll never forget that you stabbed you own dad in the face. Congrats abusing DMCA because your feelings get hurt. manchild

## Re: Playlisy

From: Skibbity Viddity (thedropoutscout@gmail.com)

To: acerthorn@yahoo.com

Date: Monday, December 20, 2021 at 07:34 AM CST

Hey just wanted to say I uploaded the stream on my channel and because I was part of the stream you literally cant do anything to me so dont expect to take it down. Oh and youre a coward silencing people and hanging up on me. Also not putting me in the description or title is also a coward move. Seethe you moron

On Wed, Nov 10, 2021 at 8:48 AM acerthorn <acerthorn@yahoo.com> wrote:

### Videos that are Illustrative of Acerthorn's Review Style



**Videos that are Illustrative of Acerthorn's Review Style**

On Wednesday, November 10, 2021, 07:40:48 AM CST, Skibbity Viddity <thedropoutscout@gmail.com> wrote:

Hey sorry to have a whole jother email thread but can I get that olaylist again please? For some reason it says the playlist doesn't exist from the link I saved and I accidentally deleted the other thread trying to delete a draft. Not used to using my phone for email, sorry about that

## Re: coward

From: Skibbity Viddity (thedropoutscout@gmail.com)

To:    acerthorn@yahoo.com

Date:  Monday, December 20, 2021 at 02:49 PM CST

Congrats, you did the bare minimum but also silencing me when I have every right to my own arguments in that video. Youre an absolute moron thinking you know the copyright system while changing your argument with me from copyright to doxxing. Admit you have no clue what youre doing and just trying to intimidate channels that are against you.

> On Mon, Dec 20, 2021 at 3:45 PM acerthorn <acerthorn@yahoo.com> wrote:
>
> I will at least say this: You mentioned that I didn't give you credit when I reposted the stream. That was an honest mistake on my end (the key word being "honest") and I have since updated the description to correct that.
>
> Other than that, I am done talking to you.
>
> On Monday, December 20, 2021, 02:39:29 PM CST, Skibbity Viddity <thedropoutscout@gmail.com> wrote:
>
>
> Lmao running like a coward. You wont win since Im a co-author in the collab that literally couldnt happen without me and is mostly my voice, and i never doxxed you because you posted your sperggy face and miserable apartment. expect a claim once Im back home you fucking imbecile. Even if I dont put the video back up, youve signed the death warrant on your channel. Youre gonna have to buy your viewers again you pitiful excuse of a human. STAG was right, youre the reason theres labels on bleach. But maybe you should choose to ignore those labels and chug a few bottles
>
> On Mon, Dec 20, 2021 at 3:34 PM acerthorn <acerthorn@yahoo.com> wrote:
>
> I'm done discussing this with you. Either issue the Counter-Notification (with or without a proxy for me to deliver service of process to) or take the L and accept the copyright strike.
>
> On Monday, December 20, 2021, 02:31:53 PM CST, Skibbity Viddity <thedropoutscout@gmail.com> wrote:
>
>
> So what is it? am i doxxing or infringing on copyright? do you even know what the hell youre doing here? obviously not
>
> On Mon, Dec 20, 2021 at 3:23 PM acerthorn <acerthorn@yahoo.com> wrote:
>
> If you try to continue to dox me on Youtube, you will be the one losing YOUR channel.
>
> It doesn't even have to be copyright infringement. Even if it's original work, it's still against Youtube's community guidelines.
>
> On Monday, December 20, 2021, 02:19:39 PM CST, Skibbity Viddity <thedropoutscout@gmail.com> wrote:

lmao you think youre hot shit yet you only have power over smaller channels to DMCA. What are you gonna stab me in the face like you did to your own dad? Id love to start this and take all the money you have in this, but id rather a lunatic not have my information. We'll see, maybe I will want to see you lose your channel

On Mon, Dec 20, 2021 at 3:15 PM acerthorn <acerthorn@yahoo.com> wrote:

### Counter my takedown, then, and see what happens.

On Monday, December 20, 2021, 02:11:39 PM CST, Skibbity Viddity <thedropoutscout@gmail.com> wrote:

What about the stream with SofiannP? you claim that its your copyright when he literally streamed his side and only had your voice as a "guest". You literally break your own rules you sperg

On Mon, Dec 20, 2021 at 2:51 PM acerthorn <acerthorn@yahoo.com> wrote:

### By all means, issue that DMCA counter notification. By all means, give me an excuse.

On Monday, December 20, 2021, 01:26:07 PM CST, Skibbity Viddity <thedropoutscout@gmail.com> wrote:

Youre a coward and dont forget that. Id rather ruin your career online by burning what you already made so far through exposing you than steal your money through legal battles. Tho im still tempted to fight it Mr David "acerthorn" Stebbins. Tho you stabbing your own father makes me even more tempted to just watch you like an animal in a cage like you really are, because youre a fucking lunatic.

## lol youre sad

From: Skibbity Viddity (skibbityviddity@gmail.com)

To:     acerthorn@yahoo.com

Date:  Monday, December 20, 2021 at 03:35 PM CST

lol youre sad abusing the report system because people hurt your feelings. Good job Mr Stebbins, you stabbed your dad and are a laughing stock. Continue to rot in your disgusting apartment and to continue struggling with your mental disabilities. Youre a pathetic douche

PoS

From:  Skibbity Viddity (skibbityviddity@gmail.com)

To:     acerthorn@yahoo.com

Date:  Tuesday, December 21, 2021 at 04:36 AM CST

lol youre a piece of shit hahaha, dont worry im gonna keep uploading my side of the stream and im also gonna be making videos on you. Youve literally made me hate you and want to see your channel burn lmao

## Re: coward

From: Skibbity Viddity (thedropoutscout@gmail.com)

To: acerthorn@yahoo.com

Date: Monday, December 20, 2021 at 02:28 PM CST

hey you sperg. what part is doxxing you on youtube? did I call you by your name? no. I uploaded the collab stream we did together and you decided to publicly post your face and mess of a room. Tell me whats doxxing or even close to doxxing that you said I did.

> On Mon, Dec 20, 2021 at 3:23 PM acerthorn <acerthorn@yahoo.com> wrote:
>
> ## If you try to continue to dox me on Youtube, you will be the one losing YOUR channel.
>
> ## It doesn't even have to be copyright infringement. Even if it's original work, it's still against Youtube's community guidelines.
>
> On Monday, December 20, 2021, 02:19:39 PM CST, Skibbity Viddity <thedropoutscout@gmail.com> wrote:
>
> lmao you think youre hot shit yet you only have power over smaller channels to DMCA. What are you gonna stab me in the face like you did to your own dad? Id love to start this and take all the money you have in this, but id rather a lunatic not have my information. We'll see, maybe I will want to see you lose your channel
>
> > On Mon, Dec 20, 2021 at 3:15 PM acerthorn <acerthorn@yahoo.com> wrote:
> >
> > ## Counter my takedown, then, and see what happens.
> >
> > On Monday, December 20, 2021, 02:11:39 PM CST, Skibbity Viddity <thedropoutscout@gmail.com> wrote:
> >
> > What about the stream with SofiannP? you claim that its your copyright when he literally streamed his side and only had your voice as a "guest". You literally break your own rules you sperg
> >
> > > On Mon, Dec 20, 2021 at 2:51 PM acerthorn <acerthorn@yahoo.com> wrote:
> > >
> > > ## By all means, issue that DMCA counter notification. By all means, give me an excuse.
> > >
> > > On Monday, December 20, 2021, 01:26:07 PM CST, Skibbity Viddity <thedropoutscout@gmail.com> wrote:
> > >
> > > Youre a coward and dont forget that. Id rather ruin your career online by burning what you already made so far through exposing you than steal your money through legal battles. Tho im still tempted to fight it Mr David "acerthorn" Stebbins. Tho you stabbing your own father makes me even more tempted to just watch you like an animal in a cage like you really are, because youre a fucking lunatic.

Re: literal coward striking SofiannP

From:  Skibbity Viddity (thedropoutscout@gmail.com)

To:      acerthorn@yahoo.com

Date:   Monday, December 20, 2021 at 03:32 PM CST

Lmao youre not worth the stress to have the thought that youre asperger ass will show up and stab me. I can easily roll you and take your money but if I do David Stebbins is gonna come find me and murder me over a video game debate. dont worry Ill be reuploading and always on you. congrats you tard, you get to file a false copyright claim again. but dont worry youre not going to get far

> On Mon, Dec 20, 2021 at 4:11 PM Skibbity Viddity <thedropoutscout@gmail.com> wrote:
>
> Youre a lunatic that wants to silence people for no reason. If I give my personal information you might come try and stab me like you stabbed your father. Youre a disgrace and I cant wait to see you crash and burn harder than you already have. You can have this video, ill upload it so people dont have to watch your shit video as well. Youre a disgrace to life and you should prob do something about that. Lunatic father stabber
>
> On Mon, Dec 20, 2021 at 4:09 PM acerthorn <acerthorn@yahoo.com> wrote:
>
>> Stop harassing me. I've already told you to issue the counter-notification if you want to continue this.
>>
>> On Monday, December 20, 2021, 03:03:07 PM CST, Skibbity Viddity <thedropoutscout@gmail.com> wrote:
>>
>>
>> Yeah youre a disgrace for striking SofiannPs livestream. Youre arguing the exact opposite with him so you have 0 clue what youre doing.

## Re: Playlisy

From: Skibbity Viddity (thedropoutscout@gmail.com)

To:     acerthorn@yahoo.com

Date:  Monday, December 20, 2021 at 11:31 AM CST

You literally have no clue what youre talking about. So what if I'm a guest? I have my argument in it and you also have not linked me in your description or title. thus leading me to reupload to show my point and show that I was the one in the stream since you decided to leave me out of it. I even have 13 extra minutes than you. Maybe you should talk to an attorney first, you idiot. Literally without me you had no stream, no entertainment. People didn't watch it for you, and the stream makes you look worse. You're a fool if you think this will be easy and over with even if this specific video doesn't go back up people are already fired up making videos about you and youre youtube career is going to burn

> On Mon, Dec 20, 2021 at 12:22 PM acerthorn <acerthorn@yahoo.com> wrote:
>
> "If you don't think I have any right in "copyright" then what's my voice in there?"
>
> You were a guest on my channel. Nothing more, nothing less.
>
> Also, even if you're a co-author (which you aren't), that still doesn't absolve you of liability.
>
> Seriously, talk to an attorney before you do anything.
>
> On Monday, December 20, 2021, 10:33:08 AM CST, Skibbity Viddity <thedropoutscout@gmail.com> wrote:
>
> A "work of joint authorship" is a work that is produced by the collaboration of two or more authors, and in which the contribution of each author is not distinct from the other (section 10(1), Copyright, Designs and Patents Act 1988) (section 10(1)).
>
> Found this too.
> Who owns the copyright of a collaborative work?
> "The U.S. Copyright Act provides the default rules for who owns what when it comes to joint works, or collaborations between two or more authors. As stated above, co-authors are co-owners of a joint work. This means that each co-author is entitled to an undivided interest in the work as a whole."
>
> Livestreams are a joint work effort and so you don't have the right to the entire copyright. If you don't think I have any right in "copyright" then what's my voice in there? My info and arguments? You definetly weren't the voice puppteering me so I got claims in it. I can easily say you decides to post it without my consent st the end after you got uncivil and ended the call like a childish coward.
>
> More of the stream is my argument, my voice and my points. Without my side there is NO DEBATE OR STREAM. The only thing you have the "copyright" to is your own face, and congrats you already put it out there on a public stream with me primarily speaking and you conceding and listening. It's more of my content than it is yous.
>
> You're not going to win this and you're not going to even be able to try and intimidate me. Go ahead and do it, spend the money I know you don't have to talk to attorneys and start a case. I'm well off and you know that and have no problem taking your money and time away just because you want to make a bad decision on a joint peice of work that's also primarily my own voice. Try me Acer, I will be a thorn in your side if you continue with this bad decision.

On Mon, Dec 20, 2021, 10:17 AM acerthorn <acerthorn@yahoo.com> wrote:

> You can counter this takedown if you want. But before you do, you should consult
> with an attorney. I highly doubt you have consulted with one yet, since it's only been
> the weekend and attorneys offices aren't open then, and you posted this video in the
> wee hours of the morning.
>
> If you counter my takedown, you are locked into litigation with me. You will be held
> liable for a ton of money if you counter this takedown. Just because you are "part of"
> the stream doesn't mean you are a co-author or that you have a copyright interest in
> it.
>
> On Monday, December 20, 2021, 07:34:07 AM CST, Skibbity Viddity <thedropoutscout@gmail.com>
> wrote:
>
>
> Hey just wanted to say I uploaded the stream on my channel and because I was part of the stream you
> literally cant do anything to me so dont expect to take it down. Oh and youre a coward silencing people
> and hanging up on me. Also not putting me in the description or title is also a coward move. Seethe you
> moron
>
> On Wed, Nov 10, 2021 at 8:48 AM acerthorn <acerthorn@yahoo.com> wrote:
>
> Videos that are Illustrative of Acerthorn's Review Style
>
> [YouTube]  **Videos that are Illustrative of Acerthorn's
>             Review Style**
>
>
> On Wednesday, November 10, 2021, 07:40:48 AM CST, Skibbity Viddity
> <thedropoutscout@gmail.com> wrote:
>
>
> Hey sorry to have a whole jother email thread but can I get that olaylist again please? For some
> reason it says the playlist doesn't exist from the link I saved and I accidentally deleted the other
> thread trying to delete a draft. Not used to using my phone for email, sorry about that

# Re: coward

From: Skibbity Viddity (thedropoutscout@gmail.com)

To:      acerthorn@yahoo.com

Date:  Monday, December 20, 2021 at 02:09 PM CST

You idiot you literally couldnt have the stream without me. If I wanted to I can strike your stream for using mostly my own voice. Youre ridiculous face and messy room of course is your own, but you sat listening to me talk down to you like a child the whole debate. So youre using more of my voice and arguments in this debate than anything else other than your cockroach infested room on screen

> On Mon, Dec 20, 2021 at 2:51 PM acerthorn <acerthorn@yahoo.com> wrote:
>
> ## By all means, issue that DMCA counter notification. By all means, give me an excuse.
>
> On Monday, December 20, 2021, 01:26:07 PM CST, Skibbity Viddity <thedropoutscout@gmail.com> wrote:
>
>
> Youre a coward and dont forget that. Id rather ruin your career online by burning what you already made so far through exposing you than steal your money through legal battles. Tho im still tempted to fight it Mr David "acerthorn" Stebbins. Tho you stabbing your own father makes me even more tempted to just watch you like an animal in a cage like you really are, because youre a fucking lunatic.

## Re: coward

From: Skibbity Viddity (thedropoutscout@gmail.com)

To: acerthorn@yahoo.com

Date: Monday, December 20, 2021 at 02:39 PM CST

Lmao running like a coward. You wont win since Im a co-author in the collab that literally couldnt happen without me and is mostly my voice, and i never doxxed you because you posted your sperggy face and miserable apartment. expect a claim once Im back home you fucking imbecile. Even if I dont put the video back up, youve signed the death warrant on your channel. Youre gonna have to buy your viewers again you pitiful excuse of a human. STAG was right, youre the reason theres labels on bleach. But maybe you should choose to ignore those labels and chug a few bottles

> On Mon, Dec 20, 2021 at 3:34 PM acerthorn <acerthorn@yahoo.com> wrote:
>
> I'm done discussing this with you. Either issue the Counter-Notification (with or without a proxy for me to deliver service of process to) or take the L and accept the copyright strike.
>
> On Monday, December 20, 2021, 02:31:53 PM CST, Skibbity Viddity <thedropoutscout@gmail.com> wrote:
>
> So what is it? am i doxxing or infringing on copyright? do you even know what the hell youre doing here? obvously not
>
> On Mon, Dec 20, 2021 at 3:23 PM acerthorn <acerthorn@yahoo.com> wrote:
>
>> If you try to continue to dox me on Youtube, you will be the one losing YOUR channel.
>>
>> It doesn't even have to be copyright infringement. Even if it's original work, it's still against Youtube's community guidelines.
>>
>> On Monday, December 20, 2021, 02:19:39 PM CST, Skibbity Viddity <thedropoutscout@gmail.com> wrote:
>>
>> lmao you think youre hot shit yet you only have power over smaller channels to DMCA. What are you gonna stab me in the face like you did to your own dad? Id love to start this and take all the money you have in this, but id rather a lunatic not have my information. We'll see, maybe I will want to see you lose your channel
>>
>> On Mon, Dec 20, 2021 at 3:15 PM acerthorn <acerthorn@yahoo.com> wrote:
>>
>>> Counter my takedown, then, and see what happens.
>>>
>>> On Monday, December 20, 2021, 02:11:39 PM CST, Skibbity Viddity <thedropoutscout@gmail.com> wrote:
>>>
>>> What about the stream with SofiannP? you claim that its your copyright when he literally streamed his side and only had your voice as a "guest". You literally break your own rules you sperg
>>>
>>> On Mon, Dec 20, 2021 at 2:51 PM acerthorn <acerthorn@yahoo.com> wrote:

By all means, issue that DMCA counter notification. By all means, give me an excuse.

On Monday, December 20, 2021, 01:26:07 PM CST, Skibbity Viddity <thedropoutscout@gmail.com> wrote:


Youre a coward and dont forget that. Id rather ruin your career online by burning what you already made so far through exposing you than steal your money through legal battles. Tho im still tempted to fight it Mr David "acerthorn" Stebbins. Tho you stabbing your own father makes me even more tempted to just watch you like an animal in a cage like you really are, because youre a fucking lunatic.