# Exhibit E







0:01 / 1:31

# RIP Acerthorn 2018-2021

48 views • Mar 2, 2021

👍 2    👎 0    ↱ SHARE    ≡+ SAVE    •••



**InitiativeKookie**
3 subscribers

**SUBSCRIBE**

This is what happens when you're an asshole

Selling Houses For $1





**u/Patient-Pea42** replied to your post in
r/harrypotter ·

 **r/harrypotter**
u/acerthorn · 2h ago

## The Procrastinated Detention - Harry Potter Retrospective #1-15

1 points · 1 comments

u/Patient-Pea42 · 1 votes

https://www.youtube.com/watch?v=mkaEwyuM3Lc

**View Reply**

**/u/reddit**  **We Have Reviewed Your Report:**

expand all   collapse all

[–] from **/u/reddit** [A] sent 4 days ago

Thanks for submitting a report to the Reddit admin team. After investigating, we've found that the account(s) Patient-Pea-9364 violated Reddit's Content Policy and have taken disciplinary action.

If you see any other rule violations or continue to have problems, submit a new report](https://www.reddit.com/report) to let us know and we'll take further action as appropriate.

Also, if you'd like to cut off contact from the account(s) you reported, you can block them in your Safety and Privacy settings.

Thanks again for your report, and for looking out for yourself and your fellow redditors. Your reporting helps make Reddit a better, safer, and more welcoming place for everyone.

For your reference, here are additional details about your report:

**Report Details**

Report reason: Harassment in chat
Submitted on: 03/13/2021 at 07:35 PM UTC
Reported account(s): Patient-Pea-9364

Perma-link   Delete   Mark Unread



≡   ▶ Studio

Search across your channel

CREATE

← Channel content

**Published**    Held for review

☰ Filter

Show Comments    All ▾    Show    20 results ▾    GO

Your video
InitiativeKookie is No More!

✎ Details

📊 Analytics

▦ Editor

💬 **Comments**

🔲 Subtitles

$ Monetization

📌 Pinned by Acerthorn
**Acerthorn** · 9 hours ago
A InitiativeKookie himself said in the description of one of his vidoes about me ... "This is what happens when you're an asshole." No seriously, he actually said it! https://i.postimg.cc/kgGRxysx/x.png

REPLY    1 reply ⌃    👍 1    👎    ♡    ⋮    ⊘    1b ▾

PatientPea9364 · 7 hours ago    1 Subscribers
No one cares about Acerthorn anymore, this is the InitiativeKookie/Patient Pea show now lmao, thats what gets views

REPLY    👍 3    👎    ♡    ⋮    ⊘

PatientPea9364 · 7 hours ago    1 Subscribers
Yes RIP InitiativeKookie, it was a good account while it lasted, good thing Patient Pea is here to continue killing your channel! Yaay! Look at the bright side, I'm giving you content, that vid on me got more views than any of the recent crap you posted lmao

REPLY    0 replies ⌄    👍 5    👎    ♡    ⋮    ⊘    1b ▾

TGP482 · 8 hours ago    206 Subscribers
You're kinda overreacting over this, if he's following you just block him and that's it, no need for any videos lol. You're giving him attention which is what he wants. This guy probably has multiple accounts anyway seeing as how he deleted those ones so fast, I doubt he would've if those were his main accounts

REPLY    1 reply ⌃    👍 11    👎    ♡    ⋮    ⊘    1b ▾

doggydude98 🔴 · 8 hours ago    1.44K Subscribers
Agreed Yh it's kinda silly. Just ignore it and it'll go away

REPLY    👍 4    👎    ♡    ⋮    ⊘

⚙ Settings

🗨 Send feedback



## RIP Acerthorn 2018-2021

11 views • Mar 13, 2021

👍 3   👎 1   SHARE   SAVE   •••

**PatientPea9364**
1 subscriber

SUBSCRIBE

This is what happens when you're an asshole

**We Have Reviewed Your Report:**

from /u/reddit [A] sent 3 days ago

Thanks for submitting a report to the Reddit admin team. After investigating, we've found that the account(s) Patient-Pea2495 violated Reddit's Content Policy and have taken disciplinary action.

If you see any other rule violations or continue to have problems, submit a new report](https://www.reddit.com/report) to let us know and we'll take further action as appropriate.

Also, if you'd like to cut off contact from the account(s) you reported, you can block them in your Safety and Privacy settings.

Thanks again for your report, and for looking out for yourself and your fellow redditors. Your reporting helps make Reddit a better, safer, and more welcoming place for everyone.

For your reference, here are additional details about your report:

**Report Details**

Report reason: Harassment in chat
Submitted on: 03/15/2021 at 12:31 AM UTC
Reported account(s): Patient-Pea2495

Perma-link   Delete   Mark Unread



• InitiativeKookie mentioned you in Acerthorn

**Discord** <notifications@discord.com>
To: acerthorn@yahoo.com

**Want push notifications instead?**

<u>Download</u> Discord on your phone to keep chatting while AFK, or <u>turn off</u> these notifications now.

**Hey acerthorn,**

Discord was poppin off while you were away! Here's some highlights:

**#general** (Acerthorn)

InitiativeKookie
@acerthorn brought you a present!

Shane
uh @acerthorn

Sent by Discord • check our blog • @discord
444 De Haro Street, Suite 200, San Francisco, CA 94107
<u>unsubscribe</u>



**u/Old-Zucchini-7858** replied to your post in
r/redditads ·

 **r/redditads**
u/acerthorn · 12h ago

## How should I set up my ad campaign to achieve these goals?

1 points · 3 comments

---

u/Old-Zucchini-7858 · 1 votes

Even if you get more people to see that video, they won't stick around due to how shitty your videos are, take the pathetic amount of views you get per vid as proof of that

**View Reply**



**u/Old-Zucchini-7858** replied to your post in r/redditads ·

 **r/redditads**
u/acerthorn · 12h ago

## How should I set up my ad campaign to achieve these goals?

1 points · 4 comments

u/Old-Zucchini-7858 · 1 votes

i mean it might just be me killing your channel with low retention views but i dont think that's entirely the case, youd still be getting a decent amount of views if your videos were good even if i wa...

**View Reply**





# Sorry, this video is unavailable

> ⚠ Vimeo has removed or disabled access to the video **Acerthorn goes insane on stream whilst not realising hes live** as a result of a third-party notification by **David Stebbins** that claims this material is infringing on their copyright.
>
> This video was removed on Sunday, April 11, 2021 At 4:19 AM. A public record of this claim is available here.

Search videos, people, and more    [Search]



**We Have Reviewed Your Report:**

from /u/reddit [A] sent 12 hours ago

Thanks for submitting a report to the Reddit admin team. After investigating, we've found that the account(s) CapSpirited7229 violated Reddit's Content Policy and have taken the following actions:

- User CapSpirited7229 was permanently banned

If you see any other rule violations or continue to have problems, submit a new report to let us know and we'll take further action as appropriate.

Also, if you'd like to cut off contact from the account(s) you reported, you can block them in your Safety and Privacy settings.

Thanks again for your report, and for looking out for yourself and your fellow redditors. Your reporting helps make Reddit a better, safer, and more welcoming place for everyone.

For your reference, here are additional details about your report:

**Report Details**

Report reason: Harassment in chat
Submitted on: 04/11/2021 at 03:41 AM UTC
Reported account(s): CapSpirited7229

*This is an automated message; responses will not be received by Reddit admins.*

Perma-link    Delete    Mark Unread





**Chat** 1



REQUESTS

 **InitiativeKookie34**
**Wants to message you**

CHATS

 **Junayed_Ahmed08**
Hello sir,

 **XKMmaki**
Shared a link

 **HelenaPitssi, acerthorn**
@acerthorn joined the chat

 **iyceboxxx**
ok great! your welcome!

 **ca11rbz**
Well, I have a working computer ...

 **Mattia_Trooper05**
Shared a link

 **the-ultimate-octopus**
I said fall guys didn't last long did it

## Chat Request

 **InitiativeKookie34**
Redditor since 1h ago • 0 karma

Accept their request if you'd like to continue the conversation.
We won't notify them if you decline.

Preview of this chat

How's Harrison, Arkansas this time of year?

Seems like a racist town lmao

Is Cox Communications also a good company?

Out of curiosity ;)

Oh shit lmfao

The amount of shit I just found on you

Mr David Stebbins

Trying to sue Arkansas lmfao

You're such a fucking clown

Was this message offensive?

**No**    **Yes**







OVERVIEW     POSTS     COMMENTS     AWARDS RECEIVED (LEGACY)

🔧 New ⌄

💬 **InitiativeKookie353** commented on My computer won't turn on if I just have the monitor plugged into the motherboard. · **r/buildapc** · Posted by u/acerthorn

InitiativeKookie353  0 points · 1 day ago · *edited 1 day ago*

The virus that I put on your PC really fucked it up lmfao, I wasn't expecting it to do that much damage, this is hilarious

https://www.youtube.com/post/UgyxysivS7cWRTSCOgZ4AaABCQ

https://www.youtube.com/post/UgxGUMnxEOIDhNfCnip4AaABCQ

Reply   Give Award   Share   •••

u/InitiativeKookie353

Karma
⚙ 0

Cake day
🎂 June 7, 2021

Follow     Chat

More Options

Trophy Case (1)

New User

**Chat Request**    



# Special-Can7233

Redditor since Jan 19, 70 • 0 karma

Yesterday

Asperger's retard

demented piece of shit

loser sitting around on his fat ass in his filthy house filled with cockroaches

Was this message offensive?

**No**    Yes

livestreaming to no one lmao

get a job you waste of space

both your twitch and youtube channels are dead, its over

i fucked you over too hard

everyone knows how garbage you are    

even without me exposing you for who you are

 

Accept to chat with **Special-Can7233**. If you ignore, the chat request will be removed, and we won't let the sender know.

Ignore    Accept



Karim · ●

**Karim** 07/30/2021
nah

**acerthorn** 07/30/2021
You can verify on Google using a landline. Then you can get a google voice number.
How do you not have even so much as a landline phone?! Seriously!

✕    2 blocked messages — Collapse messages

**Karim** 07/30/2021
dont need it
why did you set the phone verification thing in the first place?

**acerthorn** 07/30/2021
Keeps a troll by the psuedonym "InitiativeKookie" from repeatedly joining the server despite being banned multiple times.
Now, if he joins one more time, I'll be able to trace him.

✕    2 blocked messages — Collapse messages

**Karim** 07/30/2021
3:55 PM    people can still join your server, the only thing that does is prevent people from chatting
if they havent verified their account with a phone

**acerthorn** 07/30/2021
But at least he won't be able to raise any hell.

✕    1 blocked message — Collapse message

**Karim** 07/30/2021
you can just ban him if he posts anything bad

**acerthorn** 07/30/2021
I want to trick him into giving me a means of tracing him, so I can sue his sorry ass.

He's been harassing and doxxing me for several months now. I want to sue him to get him to stop. But I need to find his real name and address to do that.
For what it's worth, I've currently got a detective on the case. If that PI can give me his real name and address, I'll lower the discord server security then.

✕    1 blocked message — Collapse message

**Karim** 07/30/2021
if he's doxxing you, he can still send the info in the DM's of members

**acerthorn** 07/30/2021
Well, I'm hoping to at least trick him into giving me a means of tracing him.

August 2, 2021

✕    1 blocked message — Collapse message

**Karim** 08/02/2021
> @acerthorn Now, if he joins one more time, I'll be able to trace him.
You demented fucking moron lmfao, guess who you've been talking too this whole time? Good luck trying to trick me into giving you a way for you to track me now you demented piece of shit. Guess what, I'm still gonna be doxxing you and exposing you to everyone and there's fuck all you can do about it, ban as many accounts as you want because you're not getting rid of me. Hell even if you sue me I ain't going away lmao

You cannot send messages to a user you have blocked.                    Unblock

**Chat Request**





# InitiativeKookie245

Redditor since Jan 19, 70 • 0 karma

Yesterday

trying to trick me into giving you my number lmao

you're next level moron

also i wouldn't recommend suing google, discord and facebook cause their lawyer will fuck you in the ass

Was this message offensive?

**No**    Yes

you don't even have a lawyer and are doing this for free lmao

it's gonna be like your other countless failed cases

 instead you should stick to being a loser who lives in a dirty apartment livestreaming to no viewers and uploading vids to a failed, dead channel on youtube

Accept to chat with **InitiativeKookie245**. If you ignore, the chat request will be removed, and we won't let the sender know.

Mark as spam                                    Ignore        Accept









# InitiativeKookie

This is the beginning of your direct message history with **@InitiativeKookie**.

No servers in common    •    Add Friend    Block

 **acerthorn**  Yesterday at 10:05 PM
Hello. Thank you for joining the server. Please post a "hello" message in the Discord server, so I know you aren't a previously banned person who is rejoining.

 **Claus Hugo Strandberg**  Yesterday at 10:05 PM
lmao you fucking dumbass, I can just use this website to get past your bullshit phone verification hahahahahahahahaha take another L bitch. At this point you should just delete your shitty ass server

https://sms24.me/en/


SMS24.me

**Receive SMS Online Temporary Phone Numbers**

No Registration. Receive SMS online FREE using our disposable/temporary numbers from USA, Canada, UK, Russia, Ukraine, Israel and other countries. Receive anonymous verification code from around the world.

 Message @InitiativeKookie        



0:00 / 4:19

Streamer known as Acerthorn goes insane on live stream

9 views • Aug 18, 2021

+Download ▾    👍 1    👎 0    ↪ SHARE    ⊕ SAVE    •••

 Sügmi Nuitz

DOWNLOAD AS: ▾    SUBSCRIBE

The streamer and youtuber known as acerthorn went insane in an accidental live stream and here is proof of this mentally insane person, share this video so we can get him the help he needs

0 Comments        ≡ SORT BY

 Add a public comment...

Among Us Devs Speak Out Against Epic Games And...
YongYea ✓
181K views • 1 day ago
New

Hurricane Ida Amplifies Louisiana's COVID Crisis
The Young Turks ✓
19K views • 7 hours ago
New

Why Switzerland is the Safest Place if WW3 Ever Begins
RealLifeLore
6.4M views • 4 years ago

Why Are So Many Young People Becoming Socialists?
Second Thought ✓
240K views • 4 months ago

5 Things We Want in Elder Scrolls 6
FudgeMuppet ✓
62K views • 1 day ago
New

Game Theory: Minecraft, Do NOT Kill The Ender Dragon!
The Game Theorists ✓
2.9M views • 1 week ago

Indie Dev Emika Games Quits Making Games After Steam's...
YongYea ✓
165K views • 2 days ago
New

The CIA is a Terrorist Organization
Second Thought ✓
385K views • 9 months ago

Keeping Red Relevant - Mighty Morphin Zyurangers (Episode...

# Messages

**Send A Private Message**    **Letterbox**    **Sent**

All    Unread    Messages    Comment Replies    Post Replies    Username Mentions

**/u/reddit**  **We Have Reviewed Your Report:**

expand all   collapse all

[–] from **/u/reddit** **[A]** sent 2 hours ago

Thanks for submitting a report to the Reddit admin team. After investigating, we've found that the account(s) InitiativeKookie36 violated Reddit's Content Policy and have taken disciplinary action.

If you see any other rule violations or continue to have problems, submit a new report to let us know and we'll take further action as appropriate.

Also, if you'd like to cut off contact from the account(s) you reported, you can block them in your Safety and Privacy settings.

Thanks again for your report, and for looking out for yourself and your fellow redditors. Your reporting helps make Reddit a better, safer, and more welcoming place for everyone.

For your reference, here are additional details about your report:

**Report Details**

Report reason: Harassment in chat
Submitted on: 08/20/2021 at 10:49 PM UTC
Reported account(s): InitiativeKookie36

Perma-link   Delete   Mark Unread

Invites


InitiativeKookie352
Wants to message you

Chats

All    DMs    Group

 jaguarpaw_____
okay

 olojedefunmi
How are you?

 HereticSavior
Almost everything there is cheaper. There...

 acerthorn
You: No, I'm not a creator in Instagram. S...

 apostophet-001
I will await your message, I hope it is a po...

 Honest-Implement
My name is Brandon btw. I will be in touch.

 Junayed_Ahmed08
Hello sir,

 acerthorn
You: Shared a link

 HelenaPitssi, acerthorn
@acerthorn joined the chat

 iiyceboxxx
ok great! your welcome!

 ca11rbz
Well, I have a working computer right no...

 Mattia_Trooper05
Shared a link

 the-ultimate-octopus
I said fall guys didn't last long did it

 acerthorn
Arzynn: I got confused

https://www.reddit.com/user/InitiativeKookie352

---



**InitiativeKookie352**
Redditor since Jan 19, 70 • 0 karma

Yesterday

"SomeoneElse" lmao

it was so obvious that it's you from the moment you started talking lmfao

how can anyone be as stupid as you?

what were you trying to achieve with that alt?

better make another one you retard

i also like how you suspended all my alts

as if i cant just make new accounts and use a fake number

and because im not a moron like you, there wont be any way for you to tell whether thats a real member or me lolololol

you could've at least put a profile pic on that account

go bark at your wall now

https://ibb.co/b5FXzMM

"suspended"

smh

 

Accept to chat with **InitiativeKookie352**. If you ignore, the chat request will be removed, and we won't let the sender know.

Mark as spam          Ignore    Accept

# Messages



## Send A Private Message    Letterbox    Sent

All    Unread    **Messages**    Comment Replies    Post Replies    Username Mentions

**/u/reddit**    **We Have Reviewed Your Report:**

expand all    collapse all

[–] from **/u/reddit** **[A]** sent 5 hours ago

Thanks for submitting a report to the Reddit admin team. After investigating, we've found that the account(s) InitiativeKookie352 violated Reddit's Content Policy and have taken disciplinary action.

If you see any other rule violations or continue to have problems, submit a new report to let us know and we'll take further action as appropriate.

Also, if you'd like to cut off contact from the account(s) you reported, you can block them in your Safety and Privacy settings.

Thanks again for your report, and for looking out for yourself and your fellow redditors. Your reporting helps make Reddit a better, safer, and more welcoming place for everyone.

For your reference, here are additional details about your report:

**Report Details**

Report reason: Harassment in chat
Submitted on: 08/22/2021 at 11:35 PM UTC
Reported account(s): InitiativeKookie352

Perma-link    Delete    Mark Unread





# InitiativeKookie363

Redditor since Jan 19, 70 • 0 karma

Yesterday

oh dude you fucking moron lmfaoooo

Was this message offensive?

**No**    Yes

you were about to sue some random guy from Georgia cause you thought he was me

this is hilarious

its like watching a movie rn

thats how far me fucking with you has gone

this is some shit out of an action movie

like Jason Bourne or whatever

bruh you were so certain too



 WAWAWAWAWAWA

Accept to chat with **InitiativeKookie363**. If you ignore, the chat request will be removed, and we won't let the sender know.

Mark as spam                    Ignore        Accept

Chat Request



# anon_watcher_

Redditor since Jan 19, 70 • 0 karma

Yesterday



Imagine thinking I live in Georgia lmao I wouldn't be retarded enough to join your address stealing "contest" and I posted the pic of you asking for that 14 year olds address on a different account good luck finding it lmao

Accept to chat with **anon_watcher_**. If you ignore, the chat request will be removed, and we won't let the sender know.

Mark as spam                                    Ignore        Accept



# InitiativeKookie436

Redditor since Jan 19, 70 • 0 karma

Today

"my Discord server is now only available to patreon supporters, Twitch subscribers, Youtube channel members"

oh boy lmao

thats gonna be one empty ass server

it's not even worth getting the invite link for it lmfaooo

well done you totally got me



Accept to chat with **InitiativeKookie436**. If you ignore, the chat request will be removed, and we won't let the sender know.

Mark as spam                    Ignore        Accept

4206ae02f2500/invited

**Chat Request**



# InitiativeKookie2526

Redditor since Today • 1 karma

Today

https://ibb.co/zsvtnTG

you're such a moronic manchild lmao

what a sad lonely man who no one likes

you need serious mental help

Accept to chat with **InitiativeKookie2526**. If you ignore, the chat request will be removed, and we won't let the sender know.

Ignore   Accept

Chat Request

**davidanthonystebbins**

Redditor since Today • 1 karma

Today

Don't ever think you have authority over people because all you are is a fat lowlife piece of shit who's family abandoned him because of how mentally ill he is, next time you try to act like you have authority over people I'll break your teeth and shove them up your ass you fat cunt

Was this message offensive?
No    Yes

Take this as a warning fat ass mentally ill bitch

Was this message offensive?
No    Yes

https://ibb.co/CPKL2nG

LMFAO YOU FAT BITCH

Was this message offensive?
No    Yes

I'll knock your fat ass out

Was this message offensive?
No    Yes

Accept to chat with **davidanthonystebbins**. If you ignore, the chat request will be removed, and we won't let the sender know.

Ignore    Accept

Chat Request 



# davidanthonystebbinz

Redditor since Today • 1 karma

Today

You won't get this account suspended lol

Do you like my profile description btw?

 And I now know that you do read my messages

Accept to chat with **davidanthonystebbinz**. If you ignore, the chat request will be removed, and we won't let the sender know.

Ignore    Accept



OVERVIEW    POSTS    COMMENTS    AWARDS RECEIVED (LEGACY)

New    Hot    Top

David Anthony stebbins

u/davidanthonystebbinz

Hi I'm a fat person who does nothing in his dirty apartment, the only thing I do is abuse the US courts to try earn myself money, I even sued my parents

Karma          Cake day
⚙ 1            🎂 September 7, 2021

Follow    Chat

More Options

hmm... u/davidanthonystebbinz hasn't posted anything



# InitiativeKookie2525

Redditor since Today • 1 karma

Today

https://ibb.co/LxsPcGc

AHAHAHAAHAHAHAAHAHAH

6:58 PM    YOU RETARDED PIECE OF SHIT LMFAOOOOOO

Was this message offensive?
**No**    Yes

wasted 3 months for nothing

"Fair use is an affirmative defense establishing that the defendant's use did not infringe the copyright."

6:58 PM    im dead

Was this message offensive?
**No**    Yes

that what you get you cocksucker for abusing the court

Was this message offensive?
**No**    Yes

subhuman trash

"Regarding both Defendant's use of Plaintiff's video and earlier online harassment, the complaint does not allege facts to show the conduct was extreme and outrageous. Likewise, Plaintiff does not explain how or to what extent the conduct caused him to suffer severe or extreme emotional distress, apart from his possible financial losses due to Defendant's competing video."

AHAHHAHAHJAHAHAHHAHASIOPFHUqweI0FGNEWSPGIBNEWPGJNeqw

IM DEAAAAAAAAAAAAAAD

    THIS IS HILARIOUS

Accept to chat with **InitiativeKookie2525**. If you ignore, the chat request will be removed, and we won't let the sender know.

Ignore    Accept

 **accounts-noreply@youtube.com**
www.youtube.com

Visit site    · · ·

New comment on "Woot! I'm a Twitch Affiliate!"                    acerthorn/Inbox ☆

 **YouTube** <noreply@youtube.com>  **Unsubscribe**           🖨 Sat, Sep 11 at 3:55 PM ☆
**To:** Acerthorn

 YouTube

Rr Rty commented on your video

  Woot! I'm a Twitch Affiliate!



**Rr Rty**

"I am objectively better than most twitch streamers or youtube channels" "i am a cut above the rest" except for the fact that you barely get any viewers on your streams and only like 50 views per vid, you're not a good as you think you are lol "the numbers dont lie" that's right and the numbers show that your channel is dead

**REPLY**    **MANAGE ALL COMMENTS**



# InitiativeKookie357

Redditor since Today • 1 karma

Today

https://www.youtube.com/watch?v=FZenOvX1XHg&t

"I am objectively better than most twitch streamers or youtube channels" "i am a cut above the rest" except for the fact that you barely get any viewers on your streams and only like 50 views per vid, you're not a good as you think you are lol "the numbers dont lie" that's right and the numbers show that your channel is dead

literally the only people who watch your streams are GreatSix on fake accounts lol

 and maybe 1 or 2 actual viewers

Accept to chat with **InitiativeKookie357**. If you ignore, the chat request will be removed, and we won't let the sender know.

Ignore    Accept

## Invites



**InitiativeKookie336**
**lmfao you deleted the stream**

## Chats

All    DMs    Group

 **olojedefunmi**
Shared a link

 **kaydoggg**
As for Twitch, I don't believe in Follow 4 Follow, any more tha...

 **acerthorn**
Hello. I can send you a pic of myself, but I first have to ask: W...

 **jaguarpaw_____**
okay

 **HereticSavior**
Almost everything there is cheaper. There's like 1 or 2 things ...

 **acerthorn**
You: No, I'm not a creator in Instagram. Somebody uploaded ...

 **apostophet-001**
I will await your message, I hope it is a positive result and yo...

 **Honest-Implement**
My name is Brandon btw. I will be in touch.

 **Junayed_Ahmed08**
Hello sir,

 **acerthorn**
You: Shared a link

 **HelenaPitssi, acerthorn**



# InitiativeKookie336

Redditor since Yesterday • 1 karma

Yesterday

lmfao you deleted the stream

first i forced you to make your discord private

now it's time to force you to turn off comments on your streams xD

cause every time you stream im gonna be making accounts one after the other till you end the stream

LMAO I bet you are running around your room shouting WAWAWAWA because I kept coming back onto your stream you fat butch

cocksucker

 Was this message offensive?
No    **Yes**

Accept to chat with **InitiativeKookie336**. If you ignore, the chat request will be removed, and we won't let the sender know.

 Ignore     Accept



# Chat 1

## Invites

 **InitiativeKookie337**
Shared a link https://ibb.co/0crhDvK

## Chats

All    DMs    Group

 **olojedefunmi**
Shared a link

 **kaydoggg**
As for Twitch, I don't believe in Follow 4 Follow, any more tha...

 **acerthorn**
Hello. I can send you a pic of myself, but I first have to ask: W...

 **jaguarpaw_____**
okay

 **HereticSavior**
Almost everything there is cheaper. There's like 1 or 2 things ...

 **acerthorn**
You: No, I'm not a creator in Instagram. Somebody uploaded ...

 **apostophet-001**
I will await your message, I hope it is a positive result and yo...

 **Honest-Implement**
My name is Brandon btw. I will be in touch.

 **Junayed_Ahmed08**
Hello sir,

 **acerthorn**
You: Shared a link

 **HelenaPitssi, acerthorn**



# InitiativeKookie337

Redditor since Today • 1 karma

Today

https://ibb.co/0crhDvK

so much for having to pay lmaoo

im gonna be spreading around this all over the place

 everyone's gonna see how deranged you are

Accept to chat with **InitiativeKookie337**. If you ignore, the chat request will be removed, and we won't let the sender know.

 Ignore     Accept

# Chat ❶

All    DMs    Group

### Invites

 **InitiativeKookie693**
thanks for you youtube account dickhead

### Chats

 Mobile-Astronomer644
I can't take a picture right now. Outside m...

 Duckbehan502
Hows everything going se lot haters and p...

 Onion-Prince
It's no nostalgia

 acerthorn
Gambinochan: must have been a troll insi...

 AsteriskRX
You are a Reddit admin, right? I mentione...

 Ok-Essay5122
shared a link

 Few-Fee9176
Can you give me a direct message link to t...

 kayleii77
Had over 200 people join

 WhitneyJames
You know, I have a Youtube channel wher...

 TheRiddler315
TheRiddler315: sent a snoomoji

---

Chat Request



# InitiativeKookie693


Members

Today

thanks for your youtube account dickhead

[Tesla&SpaceX] is a much more appealing name

 took a while to get but hey

---

Accept to chat with **InitiativeKookie693**. If you ignore, the chat request will be removed, and we won't let the sender know.

**Mark as spam**

Ignore    Accept

**Post**



**Acerthorn**
@acerthorn

  ···

Just so you know, THIS is the kind of people that my haters have publicly defended the actions of. When people accuse me of unethical behavior, THIS is the kind of stuff people seem to think is acceptable!



3:58 PM · Mar 18, 2022