# Exhibit F

## RE: your recent video

From:  SidAlpha (sidalpha@sidalpha.com)

To:    acerthorn@yahoo.com

Date:  Tuesday, February 15, 2022 at 02:37 PM CST

You really are just an UNBEARABLE asshole, you know. Look at the damn videos, even a blind person would be able to see they are Fair Use. Of course, if you had actually CONSIDERED Fair Use instead of attempting a lameduck justification to be able to ignore Fair Use then you wouldn't be in the position you find yourself in.

And no, I didn't respond to your accusations because it wasn't defamation.

- Sid R.



**SidAlpha**
**Web Site:** https://SidAlpha.com
**Youtube:** https://youtube.com/SidAlpha
**Twitter:** https://twitter.com/SidAlpha
**Facebook:** https://facebook.com/IamSidAlpha

**From:** acerthorn <acerthorn@yahoo.com>
**Sent:** Tuesday, February 15, 2022 12:06 PM
**To:** SidAlpha <sidalpha@sidalpha.com>
**Subject:** Re: your recent video

1. **"that were very clearly fair use"** Says who? Are you saying that you're the one who gets to decide what's fair use and what isn't? Are you a judge for a living? Even if so, how does that make you the judge *in my case*?

Show me some actual PROOF that it's fair use. Like I said yesterday, I respond to actual facts that are backed up by objective, authoritative sources, not just insults and cuss words.

2. It does, though. Because it completely undermines the protections of the DMCA. If a person whose account is terminated pursuant to the DMCA doesn't *stay banned*, then what is the point of even banning them in the first place?

3. Do you even know the difference between a crime and a tort? You honestly have no business lecturing me on the law (especially something as complicated as fair use) when you don't understand even that basic fundamental difference.

Also, you haven't responded to my accusations that you defamed me on multiple occasions in your video and demanding that you issue retractions. Why should I continue to entertain you, when you refuse to give straight answers to my questions?

On Tuesday, February 15, 2022, 01:29:00 PM CST, SidAlpha <sidalpha@sidalpha.com> wrote:

Yahoo Mail - RE: your recent video                                                                                               https://mail.yahoo.com/d/search/keyword=%2522because%2520it%25...

Case 3:23-cv-00321-MMC     Document 71-6     Filed 09/30/25     Page 3 of 4

1: Because xArtemisWolf deserves to have the 2 videos that were very clearly Fair Use restored as well as to get her channel back. The only reason for you to refuse at that point would simply be petty spitefulness, which unfortunately is very much your MO.

2: her creating a new channel does not harm you or anyone else.

3: Bibi Faizi committed a crime by doing what they did.

- Sid R.

 **SidAlpha**

**Web Site:** https://SidAlpha.com

**Youtube:** https://youtube.com/SidAlpha

**Twitter:** https://twitter.com/SidAlpha

**Facebook:** https://facebook.com/IamSidAlpha

---

**From:** acerthorn <acerthorn@yahoo.com>
**Sent:** Tuesday, February 15, 2022 11:26 AM
**To:** SidAlpha <sidalpha@sidalpha.com>
**Subject:** Re: your recent video

Can you answer this for me? Why does xArtimesWolf even NEED me to retract those takedowns when she's just created a new channel? https://www.youtube.com/channel/UCR8WYVS57y0P8fUQCQw8aFA

That was against Youtube TOS, but then agai, so was Bibi Faizi's actions. Both were done in response to my *supposed* "abuse" of the DMCA (and again, even though I now admit there was more to fair use than I previously thought, I still maintain that my DMCAs were not abusive, because I didn't know that *at the time*). So why does xArtemisWolf get a pass for breaking TOS but Bibi Faizi doesn't?

You really are a Grade A hypocrite, you know that?

On Tuesday, February 15, 2022, 10:19:30 AM CST, SidAlpha <sidalpha@sidalpha.com> wrote:

2 of the 3 DMCA's against xArtemisWolf were fair use. Give her channel back to her. You've already admitted you are in the wrong here. Do the right thing.

- Sid R.

 **SidAlpha**

**Web Site:** https://SidAlpha.com

**Youtube:** https://youtube.com/SidAlpha

**Twitter:** https://twitter.com/SidAlpha

**Facebook:** https://facebook.com/IamSidAlpha

image001.jpg
34.8 kB