UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                                                        PLAINTIFF

VS.                                         Case 4:23-cv-00321-DMR

SYDNEY REDFIELD, d.b.a. SIDALPHA                                               DEFENDANTS

### ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL

COMES NOW before the Court the Plaintiff's Administrative Motion to File Under Seal. For good cause shown, the Court GRANTS this motion.

The Court will accept under seal the following document:

| |
|---|
| Transcript of the February 8, 2025 hearing in Case No. CR 2011-324-4 in the Circuit Court of Boone County, Arkansas |

While the defendant has the axiomatic right to review the transcript to prepare his defense in this case, he is HEREBY ORDERED not to share the contents thereof with anyone, for any reason, except to the minimum extent absolutely necessary to litigate this case. Should the defendant retain counsel before the issue of liability for Defamation #10 is resolved, said counsel shall be subject to the same gag order as the Defendant himself.

IT IS SO ORDERED

_____
Signature of Judge

_____/_____/_____
Date (MM/DD/YYYY)