David Stebbins (pro se Plaintiff)   123 W. Ridge Ave., APT D   Harrison, AR 72601
(870) 212-4947   acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                             PLAINTIFF

VS.                                    Case 4:23-cv-00321-DMR

SYDNEY REDFIELD, d.b.a. SIDALPHA                           DEFENDANTS

## MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE ISSUE OF LIABILITY FOR DEFAMATION #10

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion for Partial Summary Judgment on the Issue of Liability for Defamation #1 and #2.

1. While considering this motion, the Court is respectfully reminded that there is still pending a motion to transfer the case to the District of Idaho. See Dkt. 65. The Court should rule on that matter before addressing this motion because it directly addresses the Court's jurisdiction.

2. To remind the Court, Defamation #10 is where the Defendant reported that I had been arrested and charged with a crime of moral turpitude (domestic violence) but failed to report that those charges had been dropped for want of evidence.

3. On February 12, 2022, Defendant, acting under the alias "SidAlpha," posted a video to his YouTube channel dedicated to smearing me.

4. I filed suit against him for ten counts of slander in January of 2023. See Dkt. 1.

5. The Defendant appeared in the case in mid-September 2025. This means that I am now eligible to move for summary judgment.

6. I therefore ask the Court to grant partial summary judgment on the issue of liability for Defamation Count #10. Once this motion is granted, the only thing left to litigate, regarding this count of defamation, will be the damages I have suffered.

7. In support of this motion, please find attached my Memorandum of Points and Authorities in Support thereof.

8. Please also find, attached, the following exhibits:

- **Exhibit A**: Request to Take Judicial Notice.
- **Exhibit B**: Transcript of May 13, 2013 hearing in a related civil matter for malicious prosecution.
- **Exhibit C**: Email sent to me from the Defendant responding to my request that he hear my side of the story before publishing his smear video.
- **Exhibit D**: Email sent to me from the Defendant where he refuses to retract the video.

9.      Wherefore, premises considered, I respectfully pray that the Motion for Partial Summary Judgment be granted, and for any other relief to which I may be entitled.

So requested on this, the 30th day of September, 2025.

*/s/ David Stebbins*
David Stebbins (pro se)
