| | |
|---|---|
| David Stebbins | 123 W. Ridge Ave., APT D, Harrison, AR 72601 |
| (870) 204-6516 | acerthorn@yahoo.com |

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                                 PLAINTIFF

VS.                                      Case 4:23-cv-00321-DMR

SYDNEY REDFIELD, d.b.a. SIDALPHA                                DEFENDANTS

## MOTION FOR LEAVE TO APPEAR REMOTELY OR IN THE ALTERNATIVE TO CANCEL HEARINGS

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion for Leave to Appear Remotely or in the Alternative to Cancel Hearings in the above-styled action.

1. There is a motion to trasnfer case currently pending in this case. See Dkt. 65. The Court must grant that motion before it entertains any motions related to the merits of this case, as it directly implicates this Court's personal jurisdiction, and it has the potential to render moot this motion.

2. Barring that, I respectfully ask that the Court allow me to attend the hearing over the Motions for Partial Summary Judgment via Zoom. The Court knows how indigent I am. Requiring me to attend in person for anything other than jury trial would make court access cost-prohibitive to me. This would violate the Court's duty, under Canon 3A(5) of the Code of Conduct of United States Judges, to dispose of matters "efficiently" and "without unnecessary cost," as well as its duty to "monitor and supervise cases to reduce or eliminate... unnecessary costs." Unless there is an *objectively good reason* why attendance via zoom would be logistically impractical to conducting the hearing, then the Court is honor-bound under this canon to cut costs where it can find them without substantially affecting the rights of the defendant.

3. If the Court refuses to allow a meeting via Zoom, then I at least ask that the Court hold no hearing at all, and decide the motiosn on the papers.

4. Wherefore, premises considered, I respectfully pray that this Motion for Leave to Appear Remotely or in the Alternative to Cancel Hearings be granted, and for any other relief to which I

may be entitled.

    So requested on this, the 2nd day of October, 2025

*/s/ David Stebbins*
David Stebbins (pro se)
