IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>    Plaintiff,<br><br>  v.<br><br>SYDNEY REDFIELD,<br><br>    Defendant. | Case No.  23-cv-00321-MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SUBMIT COURTESY COPIES IN COMPLIANCE WITH COURT'S STANDING ORDERS** |

Beginning on September 15, 2025, plaintiff electronically filed various documents with the Court. (See Docs. 65, 69–75, 78.)  To date, plaintiff has not submitted courtesy copies of said documents.

Pursuant to this Court's Standing Orders, "[c]ourtesy copies of filed documents shall be mailed via first class mail to the Clerk's Office on the same date the documents are filed, unless the filing is in connection with a hearing to be held within 7 days of the filing, in which case courtesy copies shall be delivered to the Clerk's Office no later than noon on the court date following the filing." See Standing Orders for Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.  Additionally, courtesy copies "shall be submitted in single-sided format" and "[a]ny attached exhibits shall be separated by tabbed dividers."  See id.

Accordingly, plaintiff is hereby DIRECTED to submit forthwith the requisite courtesy copies of the above-referenced documents.

**IT IS SO ORDERED.**

Dated: October 3, 2025

_(signature)_
MAXINE M. CHESNEY
United States District Judge