J. Curtis Edmondson (CA SBN # 236105)
Edmondson IP Law
Beaverton Plaza Building
3720 SW 141st Avenue, Suite 212
Beaverton, OR 97005
Phone: 503-336-3749
Fax: 503-482-7418
Email: jcedmondson@edmolaw.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David A. Stebbins,<br>　　　　　　　Plaintiff,<br>　v.<br>Sidney Redfield<br>*doing business as*<br>Sidalpha<br>　　　　　　　Defendant. | Case No. 4:23-cv-00321-MMC<br><br>Declaration of J. Curtis Edmonson in Support of Defendant's Opposition to Plaintiff's Motions for Summary Judgment pursuant to Fed. R. Civ. P. 56(d) |

1.　I, J. Curtis Edmondson, represent Defendant Sidney Redfield in the above-captioned action. I have personal knowledge of the facts stated herein, and if called to do so, I could and would testify competently thereto. I make this Declaration in support of the Defendant's Motion in Opposition to Plaintiff's Motions for Summary Judgment Pursuant to Fed. R. Civ. P. 56(d).

2.　While the Complaint was filed in January of 2023, Defendant was only served in September of this year, on 9/9/2025.

3.　Defendant filed his Answer and Affirmative Defenses on 9/30/2025.

4. That same day, 9/30/2025, Plaintiff filed four Motions for Partial Summary Judgment, a Request for Judicial Notice, and a Motion to File Under Seal. ECF Nos. 69-74.

5. One day later, on 10/1/2025, Plaintiff filed a Motion to Strike Defendant's Affirmative Defenses. ECF No. 75.

6. A review of the docket as of 10/14/2025 shows that the Court has not yet issued a scheduling order or case management conference order.

7. Due to the immediate filing of Plaintiff's 9/30/2025 and 10/1/2025 Motions, ECF Nos. 69-75, Defendant has not yet had a chance to serve its first discovery requests, and therefore, no discovery has yet been conducted in this matter. Further it cannot be conducted until the case management conference.

8. Defendant requires discovery of facts on several issues in this matter in order to properly respond to Plaintiff's Motions, at least including:

    a. Plaintiff's DMCA takedowns;

    b. Plaintiff's consideration of Fair Use;

    c. Testimony about the xArtemisWolf reporting;

    d. The deposition and production of evidence by Plaintiff;

    e. The deposition and production of evidence by SkibbityDibbity;

    f. The production of evidence surrounding Plaintiff's charges and arrest;

9. Without the use of basic discovery, Defendant cannot adequately respond to Plaintiff's Partial Motions for Summary Judgment.

10. Once Defendant receives the discovery described herein, I believe Defendant is likely to establish that his statements were not defamatory.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

DATE: October 14, 2025

/s/ J. Curtis Edmondson

J. Curtis Edmondson
Counsel for Defendant