J. Curtis Edmondson (CA SBN # 236105)
Edmondson IP Law
Beaverton Plaza Building
3720 SW 141st Avenue, Suite 212
Beaverton, OR 97005
Phone: 503-336-3749
Fax: 503-482-7418
Email: jcedmondson@edmolaw.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| David A. Stebbins,<br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>Sidney Redfield<br>*doing business as*<br>Sidalpha<br>　　　　　　　　Defendant. | Case No. 4:23-cv-00321-MMC<br><br>Defendant Sidney Redfield's *Ex-Parte Motion* to move the hearing date, waiver of oral argument, and/or appear by zoom due to trial conflict in Los Angeles Superior Court.<br><br>1) Declaration of J. Curtis Edmondson<br>2) Proposed Order |
|---|---|

　　Please take notice that Defendant Sidney Redfield ("Redfield") will move this Court on an *ex-parte* basis for the following relief due to a conflict with trial start date:

- Move the hearing from November 7, 2025, November 6, 2025, the pretrial criminal calendar on Weds at 2:15pm, or November 14, 2025 (or a date this Court prefers);
- Allow Defendant to submit on the pleadings;
- Appear by Zoom, although in-person is preferred.

1

Counsel for Redfield attempted to get a stipulation from Plaintiff but was unable to do so. (See Edmondson Declaration and Exhibit 1).

## I.  Local Rules for Ex-Parte Motion to Shorten or Enlarge Time

Pursuant to Local Rule 6-3(a), defendant Stebbin's counsel makes the following motion to enlarge time for the scheduled motions:

(1) The enlargement of seven days (Nov 14) and/or shortening of 1-2 days (Nov 5 or 6) is made as counsel for Redfield has a conflict of trial starting in Los Angeles (LASC Case) on November 7, 2025.  It is unlikely that the LASC Case will settle as there has been two settlement conferences with no progress towards settlement.

(2) Counsel for Redfield requested a stipulation from Stebbins. (Email exchange, Ex. 1) and no stipulation could be reached.

(3) The harm is that counsel for Redfield cannot argue these dispositive motions unless remote argument is allowed from Los Angeles.   It is expected that trial will not start until 10:30am after daily law and motion calendar. Counsel for Redfield could attempt to secure co-counsel to argue if the court so requires.

(4) (ii) This dispute involves claims of defamation and discovery has not opened.   Plaintiff Stebbins view is that the court can rule on summary judgment on the pleadings.

(5) No previous requests have been made.

(6) There is no effect on the schedule as there has been no case management conference.

## II.  Trial Conflict is the basis for the Relief Requested.

This Court has set the hearing for six motions brought by Plaintiff Stebbins on November 7, 2025 at 9:00 am.

2

Counsel for Redfield was recently rescheduled for a two day bench trial before the Hon. Shirley Watkins, in Los Angeles Superior Court, Dept "T". *Feigenbaum vs. Logudiice* (LASC 2024) 24VECV00780. The first day of trial begins on November 7, 2025. Counsel for Redfield represents defendant Loguidice. The dispute involves a failed business venture involving software product.

The LASC trial involves a claim in excess of $ 200,000.00. Plaintiff intends to call seven witnesses (plaintiff is also in pro-per). Defendant intends to call three, which includes two experts.

Counsel for Redfield was planning to drive to Los Angeles from Portland with trial material. He could stop off in San Francisco on Nov 5 for a hearing at 2:15pm or Nov 6 for a hearing at 9:00 am. Alternately could drive or fly down on November 14, 2025.

Alternately, Redfield's opposition is fully briefed and concise. In short, Redfield believes that additional facts need to be developed making an early MSJ unwarranted. So Redfield is willing to submit on the pleadings.

Lastly and optionally, if this Court would allow for Zoom/Remote Appearance, then counsel could "zoom in" from the LASC courthouse on November 7, 2025, although in person is preferred.

This relief is requested on an *ex-parte* basis as it could not be brought on regularly noticed motion.

**III.   Conclusion**

Defendant Redfield respectfully requests the relief request as argued in this motion.

Respectfully Submitted,

DATE:   October 21, 2025

/s/ J. Curtis Edmondson
J. Curtis Edmondson
Counsel for defendant

3