# EXHIBIT 1 - EMAIL EXCHANGE RE STIPULATION

**Acerthorn <acerthorn@yahoo.com>**     10/14/2025 9:08 PM

## Re: Move hearing by one week

To J. Curtis Edmondson <jcedmondson@edmolaw.com>

It's not a joint stip yet. I want to make it very clear that I only consent to this continuance if the Court allows me to appear by video.

If there's no oral argument at all, then we obviously don't need a continuance at all.

On Tuesday, October 14, 2025 at 10:44:01 PM CDT, J. Curtis Edmondson <jcedmondson@edmolaw.com> wrote:

Hello David,

I also think you asked for the motion to be taken under advisement without oral argument.   I would be fine with that if you are.   We can just advise the court as part of the joint stip.

- Curt

   On 10/14/2025 8:40 PM PDT Acerthorn <acerthorn@yahoo.com> wrote:

   I will consent to this continuance on the condition that the Court also grants me leave to appear by video.

   On Tuesday, October 14, 2025 at 10:36:17 PM CDT, J. Curtis Edmondson <jcedmondson@edmolaw.com> wrote:

   Hello David,

   My trial got move from 10/20 to 11/7, the day of the argument.  Would you consent to a joint stip to move the hearing by one week to 11/14 or one or two days earlier to 11/5 or 11/6?  I will not oppose your appearance by video.

   - Curt

      ---------- Original Message ----------
      From: Acerthorn <acerthorn@yahoo.com>
      To: jcedmondson@edmolaw.com
      Date: 09/30/2025 1:25 PM PDT
      Subject: Fw: Activity in Case 3:23-cv-00321-MMC Stebbins v. Redfield Summons Returned Executed

      Just so you know, your Answer is due to today, not October 1st like I previously calculated, as evidenced by this filing which states that your response is due by 9/30.

      Since it's about halfway through the day, and because you filed your motion response yesterday at around 10am, I'm letting you know, just in case you were planning on filing your Answer tomorrow. Make sure you file it today, or I will move for default.

----- Forwarded Message -----
**From:** ecf-cand@cand.uscourts.gov
**To:** efiling@cand.uscourts.gov
**Sent:** Wednesday, September 24, 2025 at 02:12:14 PM CDT
**Subject:** Activity in Case 3:23-cv-00321-MMC Stebbins v. Redfield Summons Returned Executed

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

California Northern District

## Notice of Electronic Filing

The following transaction was entered on 9/24/2025 at 12:10 PM and filed on 9/19/2025
| | |
|---|---|
| **Case Name:** | Stebbins v. Redfield |
| **Case Number:** | 3:23-cv-00321-MMC |
| **Filer:** | |
| **Document Number:** | 66 |

**Docket Text:**
**SUMMONS Returned Executed Sydney Redfield served on 9/9/2025, answer due 9/30/2025. (kmm2, COURT STAFF) (Filed on 9/19/2025)**

**3:23-cv-00321-MMC Notice has been electronically mailed to:**

Joseph Curtis Edmondson    jcedmondson@edmolaw.com, docket@edmolaw.com, kirenr@edmolaw.com

David A. Stebbins    acerthorn@yahoo.com

**3:23-cv-00321-MMC Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\23-cv-00321 MMC Returned of Service Executed 9-19-2025.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=9/24/2025] [FileNumber=22821350-0]
[66b35fecb221f9c7a2566691a4f4a6c254612c04499205fbac23ac3e331dcc4908f5
a1303652d150bdb2cda0f2ee408fd997da0943b3979ab7a587693ac1f9f3]]