J. Curtis Edmondson (CA SBN # 236105)
Edmondson IP Law
Beaverton Plaza Building
3720 SW 141st Avenue, Suite 212
Beaverton, OR 97005
Phone: 503-336-3749
Fax: 503-482-7418
Email: jcedmondson@edmolaw.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| David A. Stebbins, | Case No. 4:23-cv-00321-MMC |
|---|---|
| Plaintiff, | |
| v. | 1) Declaration of J. Curtis Edmondson |
| Sidney Redfield *doing business as* Sidalpha | |
| Defendant. | |

I, J. Curtis Edmondson, declare as follows:

1. I am lead counsel on a two day bench trial before the Hon. Shirley Watkins, in Los Angeles Superior Court, Dept "T". *Feigenbaum vs. Logudiice* (LASC 2024) 24VECV00780. The first day of trial begins on November 7, 2025. The LASC trial involves a claim in excess of $ 200,000.00. Plaintiff in the LASC case intends to call seven witnesses (plaintiff is also in pro-per). Defendant in the LASC Case intends to call three, which includes two experts. I have met a conferred with plaintiff in the LASC as to moving the trial date and he has refused.

2. I met and conferred with Plaintiff David Stebbins in this case for a stipulation to move the hearing date. I could not reach a stipulation, Exhibit 1 of that communication is attached.

3. I am can be in this court for an in person hearing on Nov 5 at 2:15pm (criminal docket) or Nov 6 at 9:00 am.  Alternately could drive or fly down on November 14, 2025 from Portland for the 9am hearing.

4. I believe I can appear remotely on Nov 7 at 9:00 am as I do not believe trial will start until 10am , but I am unsure if Judge Watkins will want to have pretrial discussions about the evidence.

5. I am willing to submit on the pleadings.

6. This relief is requested on an ex-parte basis as it could not be brought on regularly noticed motion.

Pursuant to 28 USC 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on October 21, 2025

/s/ J. Curtis Edmondson
J. Curtis Edmondson
Declarant