# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David A. Stebbins,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>Sidney Redfield<br>*doing business as*<br>Sidalpha<br><br>　　　　　　　　　Defendant. | Case No. 4:23-cv-00321-MMC<br><br>[Proposed] Order |

　　After reviewing Defendant Sidney Redfield ("Redfield") motion to change the hearing date for the follow motions (see ECF 77) and oppositions so filed:

- [74] MOTION for Partial Summary Judgment on the Issue of Liability for Defamation #10,
- [73] Request to Take Judicial Notice and for In Camera Review,
- [75] MOTION to Strike Affirmative Defenses (re [68] Answer to Complaint) or in the Alternative for Partial Summary Judgment as to Affirmative Defenses MOTION for Partial Summary Judgment as to Affirmative Defenses,

1

- [70] MOTION for Partial Summary Judgment on the Issue of Liability for Defamation #3,
- [71] MOTION for Partial Summary Judgment on the Issue of Liability for Defamation #7, #8, and #9,
- [69] MOTION for Partial Summary Judgment on the Issue of Liability for Defamation #1 and #2.

Is granted at the date for the hearing is reset to:

| | |
|---|---|
| November 5, 2025 at 2:15pm | In Person |
| November 6, 2025 at 9:00am | In Person |
| November 14, 2025 at 9:00am | In Person |
| November 7, 2025 at 9:00am | Remotely |

Submitted on the pleadings.

SO ORDERED

DATE:   October ___, 2025

_____
UNITED STATES
DISTRICT COURT

2