David Stebbins	123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 204-6516	acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                                                       PLAINTIFF

VS.	Case 4:23-cv-00321-DMR

SYDNEY REDFIELD, d.b.a. SIDALPHA                                               DEFENDANTS

### PARTIAL OPPOSITION TO MOTION TO RESCHEDULE HEARING

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Partial Opposition to Dkt. 88, Motion to Set Hearing in the above-styled action.

1. I do not mind the hearing being scheduled for another date. However, I ask that, whatever the date be (not just November 7), that I be allowed to attend remotely.

2. This Court's standing orders do not require that all hearings must be in-person, so I see no good reason why this Court cannot accommodate this simple request.

So requested on this, the 21st day of October, 2025.

*/s/ David Stebbins*
David Stebbins (pro se)