IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>        Plaintiff,<br><br>  v.<br><br>SYDNEY REDFIELD,<br><br>        Defendant. | Case No. 23-cv-00321-MMC<br><br>**ORDER VACATING HEARING ON PLAINTIFF'S PENDING MOTIONS; DENYING AS MOOT MOTIONS TO APPEAR REMOTELY AND TO MOVE HEARING DATE** |

      Before the Court are plaintiff's "Motion for Partial Summary Judgment on the Issue of Liability for Defamation #1 and #2," "Motion for Partial Summary Judgment on the Issue of Liability for Defamation #3," "Motion for Partial Summary Judgment on the Issue of Liability for Defamation #7, #8, and #9," "Administrative Motion to File Under Seal," "Request to Take Judicial Notice and for In Camera Review," filed September 30, 2025, and "Motion to Strike Affirmative Defenses," filed October 1, 2025. Defendant has filed opposition, to which plaintiff has replied. Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matters appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for November 7, 2025.[1]

      **IT IS SO ORDERED.**

Dated: October 23, 2025

                                                MAXINE M. CHESNEY
                                                United States District Judge

---

[1] The Court's practice is to conduct contested matters in person. As the Court deems the above-listed matters appropriate for determination on the papers, plaintiff's "Motion for Leave to Appear Remotely or in the Alternative Cancel Hearings," filed October 2, 2025, and defendant's "Ex Parte Motion to Move the Hearing Date, Waiver of Oral Argument, and/or Appear by Zoom," filed October 21, 2025, are hereby DENIED as moot.