J. Curtis Edmondson (CA SBN # 236105)
Edmondson IP Law
Beaverton Plaza Building
3720 SW 141st Avenue, Suite 212
Beaverton, OR 97005
Phone: 503-336-3749
Fax: 503-482-7418
Email: jcedmondson@edmolaw.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| David A. Stebbins,<br>　　　　　　Plaintiff,<br>　v.<br>Sidney Redfield<br>*doing business as*<br>Sidalpha<br>　　　　　　Defendant. | Case No. 4:23-cv-00321-MMC<br><br>Defendant Sidney Redfield's objection to Supplementary Material<br><br>L.R. 7-3 (d)(2) |
|---|---|

　　　Defendant Sidney Redfield ("Redfield") objects to David A. Stebbins filing at Docket 91 for failing to conform to L.R. 7-3(d)(2). To the extent the hyper-link is a 'judicial opinion' (which it is not), plaintiff's in-depth analysis is not allowed for under the local rules.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

DATE:　January 27, 2026　　　　　/s/ J. Curtis Edmondson
　　　　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　　　　J. Curtis Edmondson
　　　　　　　　　　　　　　　　　　Counsel for defendant

1