David Stebbins     123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 204-6516     acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                          PLAINTIFF

VS.                  Case 4:23-cv-00321-DMR

SYDNEY REDFIELD, d.b.a. SIDALPHA                  DEFENDANTS

## NOTICE OF SUBMITTED MATTERS

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Notice of Submitted Matters in the above-styled action.

1. There are currently four pending motions for partial summary judgment on the issue of liability for seven counts of defamation, a motion for leave to file under seal, a motion to take judicial notice and for in camera review, as well as a motion to strike all but two of the Defendant's affirmative defenses. See Dkt. 69-74.

2. Those motions have been pending on the Court's docket for over four months.

3. The Court has canceled the oral argument for these motions (see Dkt. 90), implying that it already knows how it wants to rule on these motions. So it is odd that it hasn't ruled on them in four months.

4. Because the Defendant has declined to produce any evidence to counter the motions, the only thing the Court should spend any non-nominal amount of time on is whether or not the defendant's right to discovery is absolute (it's not) and, if not, whether the Defendants have met their requirements under FRCP 55(d) (they haven't).

5. At a minimum, the Court could exercise its authority under FRCP 56(e)(1) and order the Defense to give an objectively good reason why it did not agree to hear my side of the story when I begged him repeatedly (over both private email and also publicly on Twitter) to do so. As I pointed out in my replies, his hypocrisy in this case, of all cases, should be enough to deny him relief.

6. So if the Court gives him a second chance pursuant to FRCP 56(e)(1) to justify that refusal, and he still can't justify it (he won't), then this Court should take a similar attitude

towards Sydney Redfield that NY Judge Timothy Kirwan took towards Olivia "DoorDash Girl" Henderson when he responded to her motion to bar cameras from the courtroom by saying "So *now* you don't want cameras to be involved?"[1] The Court should likewise hold here: "Oh, so *now* hearing both sides is important?! *Now* the Defendant is interested in the Plaintiff's evidence?! *Now* it's important that we fact-check and cross-verify everything *before* we publish our cases?! What a hypocrite the Defendant is," and deny the 55(d) relief accordingly.

7.      Lest we forget that, until these motions are ruled on, the parties cannot move forward with a 26(f) conference and then discovery. Therefore, it is in the interests of justice that this matter move forward quickly.

So notified on this, the 28th day of January, 2026.

*/s/ David Stebbins*
David Stebbins (pro se)

---

1 See www.mothership.sg/2025/12/doordash-driver-charged-unlawful-surveillance-court-judge-comment. For full details on the case of Olivia Henderson, check out this playlist: https://www.youtube.com/playlist?list=PLbQVtXJ42xmgetTLldxnG0BMyZB-XJ85V