| | |
|---|---|
| David Stebbins | 123 W. Ridge Ave., APT D, Harrison, AR 72601 |
| (870) 204-6516 | acerthorn@yahoo.com |

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                                                  PLAINTIFF

VS.                                    Case 4:23-cv-00321-DMR

SYDNEY REDFIELD, d.b.a. SIDALPHA                                          DEFENDANTS

### REPLY TO DKT. 92, OPPOSITION TO DKT. 91, STATEMENT OF RECENT DECISION

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following the following Reply to the Defendant's Objection to my Statement of Recent Decision.

1. The fact that the defendant is not joining in my request for a Rule 56(e)(1) order to show a good reason why he did not hear my side of the story when I offered it to him, but is instead objecting to the statement in its entirety, is further proof that he knows that, if the Court orders him to do so, he will not be able to provide a good reason. He knows he will be forced to admit, at that point, that the contents of Dkt. 74-4, ¶ 15 are indeed the exact reasons why he didn't do it.

2. And furthermore, he would also be forced to admit that he is, indeed, a complete hypocrite by asking for discovery now, when he previously had that chance and willingly gave it up, and so the logic I express in Dkt. 82, ¶¶ 33-37 should weigh in my favor.

3. Therefore, the Court should issue the Rule 56(e)(1) order like I suggested.

So submitted on this, the 28th day of January, 2026.

*/s/ David Stebbins*
David Stebbins (pro se)
