J. Curtis Edmondson (CA SBN # 236105)
Edmondson IP Law
Beaverton Plaza Building
3720 SW 141st Avenue, Suite 212
Beaverton, OR 97005
Phone: 503-336-3749
Fax: 503-482-7418
Email: jcedmondson@edmolaw.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| David A. Stebbins, | Plaintiff, | Case No. 4:23-cv-00321-MMC |
| v.<br>Sidney Redfield<br>*doing business as*<br>Sidalpha | Defendant. | Defendant Sidney Redfield's objection to Supplementary Material<br><br>L.R. 7-3 (d)(2) |

Defendant Sidney Redfield ("Redfield") objects to David A. Stebbins filing at Docket 91 for failing to conform to L.R. 7-3(d)(2). To the extent the hyper-link is a 'judicial opinion' (which it is not), plaintiff's in-depth analysis is not allowed for under the local rules.

Respectfully Submitted,

DATE:   January 27, 2026

/s/ J. Curtis Edmondson
J. Curtis Edmondson
Counsel for defendant

1