David Stebbins          123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 204-6516          acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                          PLAINTIFF

VS.                          Case 4:23-cv-00321-MMC

SYDNEY REDFIELD, d.b.a. SIDALPHA                          DEFENDANTS

### MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion for Leave to File Motion for Reconsideration in the above-styled action.

1.      In the Court's April 2, 2026 order, it denied as moot the motion to take judicial notice. However, the reasons the Court gave for denying the motions for partial summary judgment do not apply to the Request to Take Judicial Notice. Meanwhile, we cannot uncover the contents of the file that I'm seeking judicial notice of, because the file has been sealed. Therefore, because judges and prosecuting attorneys are the only ones who can still see the file, judicial notice is the exclusive vehicle for proving the file's contents.

2.      Because the contents of the file cannot be proven in conventional discovery, there is an independent reason, separate from the motion for partial summary judgment, for the Court to take judicial notice of that file's contents in the final weeks.

3.      The contents are important because they prove, not only that I wasn't convicted, but also that there is a very high likelihood that the non-conviction was due to the prosecutor realizing how weak the evidence was against me. The latter cannot be proven by any other means that I am aware of, and it is critical to me defeating the defendants' defense of "substantial truth."

4.      As it stands, some people could realistically assume that I committed the crime and only escaped conviction by the seat of my pants. Only by proving that the evidence was laughably weak can I overcome that. And for that, I need to prove the file's contents, and judicial notice is the only way to do that.

5.      Of course, the only reason people believe even that much is because the Defendant made the conscious, willful, and malicious choice to spread his lies about me in the first instance.

Case 4:23-cv-00321-MMC                    -1-                    Motion for Reconsideration

Because they believed his lies, they will do everything they can to continue to believe the worst parts of those rumors, even after I prove that I wasn't convicted. I know, because I've seen it. In the Defendant's own publicly-available Discord server, he has a channel dedicated exclusively to me, called the "Acerthorn Research Institute." From there, you can see with your own two eyes that, as soon as I filed Dkt. 74 back on September 30, everyone immediately bent over backwards to try and rationalize their belief that I was guilty with the unsealed evidence that I already provided. They likely would not have done that if SidAlpha had told the truth about me from the outset.

6.      For all of these reasons and more, I respectfully ask the Court to reconsider its denial of my motion to take judicial notice and for in camera review.

So requested on this, the 4th day of April, 2026.

*/s/ David Stebbins*
David Stebbins (pro se)