UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                        PLAINTIFF

VS.                              Case 4:23-cv-00321-DMR

SYDNEY REDFIELD, d.b.a. SIDALPHA                           DEFENDANTS

### ORDER GRANTING MOTION FOR LEAVE TO FILE EXTRA-LENGTH MEMORANDUM IN MOTION FOR SUMMARY JUDGMENT

COMES NOW before the Court Plaintiff David Stebbins's Motion for Leave to File Extra-Length Memorandum in Motion for Partial Summary Judgment. For good cause shown, the Court GRANTS this motion. At the conclusion of discovery, when the parties file their respective Motions for Summary Judgment, they may submit memoranda up to 250 pages in length. The nomovants' opposing memoranda may likewise be up to 250 pages in length, and the replies in continued support of their motions may be up to 150 pages in length.

IT IS SO ORDERED.

_____
Signature of Judge


_____/_____/_____
Date (MM/DD/YYYY)