IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID A. STEBBINS,

Plaintiff,

v.

SYDNEY REDFIELD,

Defendant.

Case No. 23-cv-00321-MMC

**ORDER DENYING PLAINTIFF'S MOTIONS FOR LEAVE**

Before the Court are the following two motions filed by plaintiff David A. Stebbins: (1) "Motion for Leave to File Motion for Reconsideration," filed April 4, 2026, and (2) "Motion for Leave to File Extra-Length Memorandum for Motion for Summary Judgment," filed April 5, 2026. In particular, plaintiff, by the former, seeks reconsideration of the Court's "denial of [his] motion to take judicial notice and for in camera review" (see Doc. No. 98 at 2; see also Doc. No. 96 ("April 2 Order") (striking motions for partial summary judgment as procedurally improper; denying request for judicial notice as moot)), and, by the latter, seeks to exceed by 225 pages the 25 page limit set forth in the Civil Local Rules of this District "when [he] re-file[s] [his] Motion for Summary Judgment," for a total of 250 pages (see Doc. No. 99 at 1).

In the April 2 Order, the Court found plaintiff's motions for partial summary judgment, in addition to being procedurally improper, were premature, as no discovery has been done, and, in light thereof, scheduled an initial Case Management Conference for May 1, 2026, at which, among other matters, the scheduling of any motions either party may wish to bring will be discussed.

Accordingly, the above two motions are hereby DENIED, and, in the interim between today's date and the above-referenced conference, no motions are to be filed without specific leave of court.

**IT IS SO ORDERED.**

Dated: April 10, 2026

MAXINE M. CHESNEY
United States District Judge

United States District Court
Northern District of California

2