DAVID STEBBINS
123 W. Ridge Ave., Apt D
Harrison, AR 72601
Phone: (870) 204-6516
Email: acerthorn@yahoo.com
*Plaintiff Pro se*


J. CURTIS EDMONDSON (CA SBN # 236105)
Edmondson IP Law
Beaverton Plaza Building
3720 SW 141st Avenue, Suite 212
Beaverton, OR 97005
Phone: 503-336-3749
Fax: 503-482-7418
Email: jcedmondson@edmolaw.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Stebbins,<br><br>Plaintiff,<br>v.<br><br>Sydney Redfield,<br><br>Defendant. | Case No. 3:23-cv-00321-MMC<br><br>Assigned to Judge Maxine Chesney<br><br>**JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER** |

The parties to the above-entitled action submit this JOINT CASE MANAGEMENT STATEMENT and PROPOSED ORDER pursuant to the Standing Order for All Judges of the Northern District of California and Civil Local Rule 16-9. Plaintiff DAVID STEBBINS aka ACERTHORN ("Acerthorn," or "Plaintiff") and Defendant SYDNEY REDFIELD aka "SIDALPHA" ("SidAlpha" or "Defendant"), had a conference of the parties (collectively the "Parties") via a Zoom meeting on April 6, 2025.

## 1.    Jurisdiction & Service

Plaintiff asserts that it has original jurisdiction over this action pursuant to 28 U.S.C. §§ 1332(a) and 1332(c) because the amount in controversy exceeds $75,000, and because Plaintiff and Defendant are all citizens of different states.

Defendant has appeared.

## 2.    Facts

*Plaintiff's Position*: Plaintiff is a YouTuber and Twitch streamer that goes by "Acerthorn" online. Plaintiff claims that Defendant, a YouTuber that goes by "SidAlpha" online, posted an alleged smear video about Plaintiff on February 12, 2022, that has caused others to harass, dox and cyberattack him. Plaintiff's Complaint alleges 10 counts of Defamation including, but not limited to, falsely accusing Plaintiff of DMCA misrepresentation, lying about the Plaintiff's tolerance for disagreement among the commenters of his YouTube videos, lying about Plaintiff's behavior in response to being harassed, doxxed, cyberstalked, and cyberbullied by the Defendant and his informants, as well as falsely implying that the Plaintiff committed a violent felony in the 2011 when, in fact, those charges were dropped for want of evidence, a fact which Defendant did not disclose.

*Defendant's Position*: Defendant asserts affirmative defenses that SidAlpha's comments in the video from February 2022, consisted of the truth, that the statements in the video consist of Defendant's opinions, that they fall within a

qualified or fair reporting privilege and/or were protected by the First Amendment, that Plaintiff's damages are *de minimus,* that Plaintiff failed to mitigate his alleged damages, that a correction or retraction was issued, and that Plaintiff has unclean hands.

**3.    Legal Issues**

*Plaintiff's Position***:**  Plaintiff has alleged claims of defamation (slander) against Defendant in his Complaint.

*Defendant's Position***:**  Defendant has filed an Answer denying Plaintiff's claims and asserted Affirmative Defenses of truth, opinion, privileges, first amendment, consent, *de minimus* damages, mitigation of damages, retraction, and unclean hands.

**4.    Motions**

There are no pending motions before the Court currently.  Defendant believes that Plaintiff's claims can be determined by a Motion for Summary Judgment.  The proposed deadline for the parties to file dispositive motions is set forth in the proposed schedule herein.

**5.    Amendment of Pleadings**

The parties do not plan to move to add other parties or to transfer venue. However, the Plaintiff reserves the right to appeal the Court's order denying motion to transfer venue.

**6.    Evidence Preservation**

The Parties agree to adopt the CAND model ESI and protective order.

**7.    Disclosures**

The Parties intend to fully and timely comply with the initial disclosures of Fed. R. Civ. P. 26 no later than May 15, 2026.

**8.   Discovery**

The parties intend to serve written discovery utilizing Requests for Admissions, Requests for Production of Documents, Requests to Permit Inspection, and Interrogatories to discover facts, witnesses and documents as to the elements for Defamation and Defendant's affirmative defenses, including false statement, communication to third party, damage to reputation and/or the application of special damages.  Additionally, the parties anticipate taking depositions.

**9.   Class Actions**

N/A

**10.   Related Cases**

N/A

**11.    Relief**

**Plaintiff's Position:**  Plaintiff seeks damages for defamation, including damages, injunctive relief, and costs incurred.

**Defendants' Position:** Defendant denies that Plaintiff should recover any relief requested in its Complaint.  Defendant has no counterclaims or crossclaims that seek relief.

**12.   Settlement and ADR**

The Defendant is amenable to mediation with a neutral selected from the Court Mediation Panel or participating in a settlement conference before a Magistrate Judge.

The Plaintiff is only amenable to same if (A) the injunctive relief requested in ¶¶ 155-158 of his Complaint, and/or damages to compensate him for a literal lifetime of same, are accepted as non-negotiable demands and (B) both (i) the Defendant can produce binding case law or other binding legal authority unequivocally holding that the terms of the settlement are just as nondischargeable

in bankruptcy under 11 USC § 523(a)(6) as the underlying torts being settled are, and (ii) the Defendant admits in the settlement that the slander he committed against me was willful and malicious to the point where the resulting injuries would have been nondischargeable in bankruptcy under said statute.

13. **Other References**

N/A

14. **Narrowing of Issues**

The Parties are currently unaware of issues that can be narrowed, suggestions to expedite the presentation of evidence at trial or any proposals regarding severance, bifurcation, or other ordering of proof.

15. **Expedited Trial Procedure**

The parties have not agreed to any expedited procedures.

16. **Scheduling**

Defendant proposes the following deadlines:

| Event | Proposed Deadline |
|---|---|
| Deadline to Exchange Initial Disclosures | May 15, 2026 |
| Deadline to Amend the Pleadings | July 3, 2026 |
| Close of Fact discovery | September 16, 2026 |
| Opening Expert Reports | October 16, 2026 |
| Rebuttal Expert Reports | November 16, 2026 |
| Close of Expert Discovery | 12/16/26 |
| Deadline to File Dispositive Motions | January 16, 2027 |
| Opposition to Dispositive Motions | February 16, 2027 |
| Reply in Support of Dispositive Motions | March 2, 2027 |
| Hearing on Dispositive Motions | April 9.2027 |
| Pretrial Conference | May 11, 2027 |
| Jury Trial | May 17, 2027 |

Plaintiff proposes the following deadlines:

| Event | Proposed Deadline |
|---|---|
| Deadline to Exchange Initial Disclosures | May 15, 2026 |
| Deadline to Amend the Pleadings | July 3, 2026 |
| Close of Discovery (including expert reports) | December 16, 2026 |
| Deadline to File Dispositive Motions | January 16, 2027 |
| Opposition to Dispositive Motions | February 16, 2027 |
| Reply in Support of Dispositive Motions | March 2, 2027 |
| Hearing on Dispositive Motions | April 9.2027 |
| Pretrial Conference | To be determined after hearing on dispositive motions |
| Jury Trial | To be determined after hearing on dispositive motions |

17. **Trial**

A jury trial has been requested by the Defendant.

18. **Disclosure of Non-Party Interested Entities or Persons**

The parties certify that there are no persons, firms, partnerships, corporations (including parent corporations) or other entities known by the Parties to have either: (i) a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of this proceeding.

19. **Professional Conduct**

The attorneys of record for Defendant and Plaintiff *pro se* have reviewed the Guidelines for Professional Conduct for the Northern District of California.

**20.    Other**

N/A

Respectfully Submitted,

Dated:  May ___, 2025

_____

DAVID STEBBINS
123 W. Ridge Ave., Apt D
Harrison, AR 72601
Phone: (870) 204-6516
Email: acerthorn@yahoo.com
*Plaintiff Pro se*

Respectfully Submitted,

Dated:  May ___, 2025            */s/ J. Curtis Edmondson*

_____

J. Curtis Edmondson (PHV)
jcedmondson@edmolaw.com
Edmondson IP Law
Attorney for Defendant
3720 SW 141st Ave., Suite 212
Beaverton OR 97005
Ph: (503) 336-3749