# Exhibit A

## Remote depositions?

From:   Acerthorn (acerthorn@yahoo.com)

To:      jcedmondson@edmolaw.com

Date:   Saturday, April 25, 2026 at 06:56 PM CDT

Dear Mr. Edmondson,

Will you stipulate that the parties will take all depositions (including those of the parties) remotely with audiovisual recording, pursuant to FRCP 30(b)(4)?


Sincerely,
Acerthorn