UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                    PLAINTIFF

VS.                              Case 4:23-cv-00321-MMC

SYDNEY REDFIELD, d.b.a. SIDALPHA                          DEFENDANTS


COMES NOW before the Court, pro se Plaintiff David Stebbins' "Motion for Leave to Conduct Depositions Remotely and to Appoint Deposition Officer." For good cause shown, the Court GRANTS this motion.

Each person being deposed may (but need not) opt to appear remotely.

The party taking the deposition shall be responsible for creating the means through which the deponent may appear.

The Court hereby appoints _____ as an officer author-
<br>Name

ized to take depositions in this case, regardless of where the deponent is located. This officer shall be paid a fee of $25 per hour for their service in administering these depositions, to be paid for by the party taking the deposition. The parties may conduct this officer to schedule

depositions by email them at the email address _____@_____.com.

IT IS SO ORDERED.


_____
Signature of Judge


_____/_____/_____
Date (MM/DD/YYYY)