David Stebbins          123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 204-6516          acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                          PLAINTIFF

VS.                          Case 4:23-cv-00321-MMC

SYDNEY REDFIELD, d.b.a. SIDALPHA                         DEFENDANTS

## RE-NOTICE OF MOTION FOR LEAVE TO CONDUCT DEPOSITIONS REMOTELY

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Re-Noticing of the Motion for Leave to Conduct Depositions Remotely and to Appoint a Deposition Officer.

1. The motion hearing was correctly calendared for June 12, 2026. However, I inadvertently scheduled it to take place at 12:30AM. It should have been booked for 10:30AM.

So re-noticed on this, the 1st day of May, 2026.

*/s/ David Stebbins*
David Stebbins (pro se)