David Stebbins          123 W. Ridge Ave., APT D, Harrison, AR 72601
(870) 204-6516          acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                              PLAINTIFF

VS.                          Case 4:23-cv-00321-MMC

SYDNEY REDFIELD, d.b.a. SIDALPHA                            DEFENDANTS

**CERTIFICATE OF SERVICE**

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Certificate of Service of Discovery in the above-styled matter.

On May 1, 2026, I submitted four sets of discovery requests to the defendant, including...

- A set of Requests for Admissions,

- A set of Interrogatories,

- A set of Requests for Production of Documents, and

- A set of Requests to Permit Inspection

The Defendant's responses are due on May 31, 2026.

So requested on this, the 2nd day of May, 2026.

*/s/ David Stebbins*
David Stebbins (pro se)

Case 4:23-cv-00321-MMC                    -1-                    Certificate of Service