**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**<u>CIVIL MINUTES</u>**

| **Date:** May 1, 2026 | **Time:** 11:27 – 12:18 | **Judge:** MAXINE M. CHESNEY |
|---|---|---|
| **Case No.:** 23-cv-00321-MMC | **Case Name:** David A. Stebbins v. Sydney Redfield | |

**Attorney for Plaintiff:** David A. Stebbins
**Attorney for Defendant:** J. Curtis Edmondson

**Deputy Clerk:** Tracy Geiger          **Court Reporter:** Zoom Recording

**PROCEEDINGS**
**Initial Case Management Conference – hearing held via Zoom.**

**REFERRALS:**

**(X )  Case referred to ADR for Mediation.**

**PRETRIAL SCHEDULE:**

**Deadline to Amend: August 10, 2026**

**Discovery Cutoff: January 1, 2027**

**Expert Disclosure: January 29, 2027**

**Expert Rebuttal: February 19, 2027**

**Expert Discovery cutoff: March 5, 2027**

**Further Status Conference Statement: March 12, 2027**

**Further Status Conference: March 19, 2027, at 10:30 a.m.**

**Dispositive Motions to be filed by: March 26, 2027**

**Final Pretrial Conference: June 15, 2027 at 10:00 a.m.**

**Trial: June 28, 2027, at 9:00 a.m., for Five (5) days, by (X) Jury( ) Court**

**Order to be prepared by:**
( )     Plaintiff                    ( )     Defendant              (X)     Court

**Notes:**