**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| David A. Stebbins        Plaintiff,<br><br>    v.<br>Sidney Redfield<br><br>         Defendant. | [PROPOSED] ORDER DENYING Plaintiff David A. Stebbin's discovery motion for relief under FRC 28(a)(2) (Dckts 103, 104)<br><br>Case No. 4:23-cv-00321-MMC<br>Trial Judge: Hon. Maxine M. Chesney<br>Discovery Magistrate:<br><br>Hearing Date: June 12, 2026,<br>Hearing Time:10:30 am |

This Court having reviewed plaintiff's motion for relief under F.R.C.P. 28(a)(2), and reading the arguments of all parties, hereby denies this motion as no good cause is shown.

SO ORDERED:

DATE:   June ____, 2026

_____

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

1