David Stebbins        123 W. Ridge Ave., APT D, Harrison, AR 72601

(870) 204-6516        acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                    PLAINTIFF

VS.                          Case 4:23-cv-00321-MMC

SYDNEY REDFIELD, d.b.a. SIDALPHA                    DEFENDANTS

**RE-NOTICE OF DKT. 116, MOTION TO CLARIFY**

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Re-Noticing of Motion to Clarify in the above-styled action.

When I filed the Motion to Clarify, I inadvertently set the hearing date for June 5, 2026. It should have instead been set to June 12, 2026.

So notified on this, the 8th day of May, 2026.

*/s/ David Stebbins*
David Stebbins (pro se)

Case 4:23-cv-00321-MMC                    -1-