David Stebbins          123 W. Ridge Ave., APT D, Harrison, AR 72601

(870) 204-6516          acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                             PLAINTIFF

VS.                    Case 4:23-cv-00321-MMC

SYDNEY REDFIELD, d.b.a. SIDALPHA                            DEFENDANTS

### MOTION FOR ISSUANCE OF SUBPOENAS DUCES TECUM

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion for Issuance of Subpoenas Duces Tecum in the above-styled action.

There are many relevant witnesses in this case, and they likely come from all over the world. These witnesses have posted anonymously on YouTube, Discord, and other social media sites, and because of said anonymity, I do not know their names or addresses.

These witnesses were all mentioned by the Defendant in his smear video, particularly when the Defendant was accusin me of taking down their videos in violation of Lenz v. Universal Music Corp., 815 F. 3d 1145 (9th Cir. 2015). Examples of these witnesses include, but are not limited to, the following:

1. Creetosis

2. InitiativeKookie

3. Skibbidy Viddity (who I had erroneously called "Skibbidy Dibbity" in the Complaint)

4. xArtemisWolf

5. Rogue, the Internet Man

6. Upper Echelon

7. SomeOrdinaryGamers

xArtemisWolf is a relevant witness regarding Defamation #3 (where he reported that I had her channel terminated after sending her three copyright strikes, but omitted that she had created another channel less than 24 hours later). Meanwhile, "Upper Echelon" and SomeOrdinaryGamers are relevant witnesses to Defamation #6, where the Defendant said that my propensity for litigation is literally infinite, because they can testify that that is, in fact, a

reasonable inference from the Defendant's smear video, as evidenced by the fact that they themselves took that very inference. This is valuable evidence towards proving "defamation by implication[1]."

Of those individuals, SkbbidyViddity is the only one whose legal name and address I have been able to identify. See Case 1:24-cv-01173 (Stebbins v. Doe) in the US District Court for the District of Deleware, Dkt. 11. The other six witnesses' identities remain alusive to me.

I also tried to subpoena xArtemisWolf's legal name and address, but Google affirmed to me that they no longer have that information. See **Exhibit A**. So another subpoena to the same company would do no good.

That means there are five witnesses listed above whose legal names and addresses are unknown at the time, but still potentially learnable.

The Defense counsel informed me that neither he nor his client are aware of any of the aforementioned witnesses' names or addresses. See **Exhibit B**. He never responded (not within the hour I gave him, nor for the entire rest of the day) after I told him that a failure to respond would be construed as a refusal to provide the requested information by the time the discovery responses were due.

If the Defendant responds to these discovery requests and does in fact provide the requested information, I will withdraw (in whole or in part, depending on what is necessary) this motion. The discovery responses will be due by the time this motion is set for a hearing, so we've got plenty of time to know for sure if it will come to that.

Therefore, I respectfully ask that the Court issue subpoenas duces tecum, compelling Alphabet Inc. (YouTube's and Google's parent company) to provide the legal names and addresses of these witnesses. Most of these witnesses are members of the YouTube Partner Program. To my knowledge, InitiativeKookie is the only one who has the potential to not be a

---

1  See Issa v. Applegate, 31 Cal. App. 5th 689, 703 (2019) ("In determining whether a statement is libelous we look to what is explicitly stated as well as what insinuation and implication can be reasonably drawn from the communication. If the defendant juxtaposes a series of facts so as to imply a defamatory connection between them, or otherwise creates a defamatory implication, he may be held responsible for the defamatory implication, even though the particular facts are correct. The pertinent question is whether a reasonable fact finder could conclude that the statements as a whole, or any of its parts, directly made or sufficiently implied a false assertion of defamatory fact that tended to injure plaintiff's reputation") (cleaned up).

Partner, and so their legal names, addresses, and telephone numbers are necessarily on file with YouTube so they can get paid, so Alphabet Inc. will certainly be able to produce them.

Proposed copies of the five subpoenas are hereby attached as **Exhibits C** through **G**.

The respondent to all five subpoenas – Alphabet Inc. – can be served with them at the following registered agent:

Corporation Service Company
2710 Gateway Oaks Drive,
Suite 150N
Sacramento, CA 95833

I have been granted leave to proceed in forma pauperis in this case (see Dkt. 10), and therefore am entitled to have the service of the subpoena be conducted by the the US Marshall at no cost to me; see Fed.R.Civ.P. 4(c)(3).

Wherefore, premises considered, I respectfully pray that these Subpoenas Duces Tecum be issued quickly.

So requested on this, the 11th day of May, 2026.

*/s/ David Stebbins*
David Stebbins (pro se)