# Exhibit A

## Re: In Re: David Stebbins (Internal Reference No. 129795366)

From:   google-legal-support@google.com

To:       acerthorn@yahoo.com

Date:   Monday, April 20, 2026 at 04:49 PM CDT

Hello

After a diligent search and reasonable inquiry, we are unable to locate any responsive records associated with the provided channel identified as **https://www.youtube.com/channel/UCR8WYVS57y0P8fUQCQw8aFA**, therefore, we do not have documents responsive to your request. It is possible that at some point the channel existed in our systems, however, Google does not retain records indefinitely.

Regards,

Google Legal Investigations