# Exhibit B

## Re: Identities of witnesses

From:  Acerthorn (acerthorn@yahoo.com)

To:     jcedmondson@edmolaw.com

Date:  Sunday, May 10, 2026 at 11:42 AM CDT

Ok, I'm going to take your equivocal and ambiguous replies to mean that (A) you intend to object and claim that you don't know the names and addresses of those witnesses, and (B) you do not stipulate to me moving for issuance of supboneas duces tecum.

Unless you reply with unequivocal responses in the next hour, I will proceed with filing the motion for the subpeonas.

Sincerely,
Acerthorn

*He never replied back, not just within the hour, but for the entire rest of the day as well.*

On Sunday, May 10, 2026 at 11:34:56 AM CDT, J. Curtis Edmondson <jcedmondson@edmolaw.com> wrote:

Acerthorn,

I will respond per the rules.

- Curt

On 05/10/2026 9:27 AM PDT Acerthorn <acerthorn@yahoo.com> wrote:

So you're planning on responding to the substance of the request for production and not objecting?

Sincerely,
Acerthorn

On Sunday, May 10, 2026 at 11:06:30 AM CDT, J. Curtis Edmondson <jcedmondson@edmolaw.com> wrote:

Acerthorn,

You served me discovery, and I will respond. I will serve you discovery and I hope you will respond. Then we take depositions.

At some point, in the near future, we will have a trial in San Francisco. It is a great place to have a trial. A nice courthouse and there is not one bad judge in the building.

- Curt Edmondson

On 05/10/2026 1:10 AM PDT Acerthorn <acerthorn@yahoo.com> wrote:

Case 3:23-cv-00321-MMC     Document 118-2     Filed 05/10/26     Page 3 of 3

Dear Mr. Edmondson,

As you are aware, one of the first Requests for Production of Documents that I served on you on May 1st requested that you produce records showing the legal names and addresses of various witnesses who go by such aliases as Creetosis, InitiativeKookie, and xArtemisWolf.

Please tell me the following:

1. Do you intend to comply in full with this request for production? If not, do you plan to object to the request, or do you plan to claim that you don't have the data in question?

2. If you do not plan to comply in full with the request, will you stipulate to issuing subpoenas duces tecum to YouTube LLC to compel that company to identify their names, addresses, and telephone numbers?

Sincerely,
Acerthorn