UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                           PLAINTIFF

VS.                                      Case 4:23-cv-00321-MMC

SYDNEY REDFIELD, d.b.a. SIDALPHA                            DEFENDANTS

### PROPOSED ORDER GRANTING MOTION

### FOR ISSUANCE OF SUBPOENAS DUCES TECUM

COMES NOW before the Court, the Plaintiff's Motion for Issuance of Subpoenas Duces Tecum in order to identify the legal names, addresses, and contact information for five witnesses who are relevant to this case.

For good cause show, the Court GRANTS this motion. The clerk shall forthwith issue the five subpoenas provided by the Plaintiff.

The US Marshall for the Northern District of California is also hereby ordered to serve the subpoenas on Alphabet Inc. without prepayment of fees.

IT IS SO ORDERED

_____
Signature of Judge


_____/_____/_____
Date (MM/DD/YYYY)

Case 4:23-cv-00321-MMC                        -1-