IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID A. STEBBINS,

          Plaintiff,

      v.

SYDNEY REDFIELD,

          Defendant.

Case No.  23-cv-00321-MMC

**ORDER RE: PLAINTIFF'S MOTION TO CLARIFY**

The Court is in receipt of plaintiff's "Motion to Clarify," filed May 8, 2026.  Having read and considered the motion, the Court rules as follows.

1. Plaintiff's request for "Clarification # 1: What exactly was inaccurate about my Supplement?" is hereby DENIED as the answer is apparent from a review of the referenced recording.

2. Plaintiff's request for "Clarification # 2: Will there be any ill will from the Court towards me because of this?" is hereby GRANTED and the answer is "No."

**IT IS SO ORDERED.**

Dated: May 11, 2026

MAXINE M. CHESNEY
United States District Judge

United States District Court
Northern District of California