IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID A. STEBBINS,

          Plaintiff,

    v.

SYDNEY REDFIELD,

          Defendant.

Case No.  23-cv-00321-MMC

**ORDER WITHDRAWING REFERENCE TO ADR DEPARTMENT FOR MEDIATION**

The Court having been advised by the ADR Department that it is unable to find an appropriate mediator for the above-titled case, the Court's referral to the ADR Department for Mediation (see Doc. No. 107 ("Pretrial Preparation Order")), is hereby WITHDRAWN.

**IT IS SO ORDERED.**

Dated: May 11, 2026

MAXINE M. CHESNEY
United States District Judge