# Exhibit A

Fw: Activity in Case 3:23-cv-00321-MMC Stebbins v. Redfield Opposition/Response to Motion

From:  Acerthorn (acerthorn@yahoo.com)

To:      mmccrd@cand.uscourts.gov; jcedmondson@edmolaw.com

Date:  Friday, May 8, 2026 at 04:33 AM CDT

Dear Judge Chesney's Chambers,

I am writing to respectfully remind you that, while the Defense has filed his Opposition to this motion 8 days early (May 7 when it was due May 15), I still have until May 22 to file my Reply.

So please don't rule on it until then.

The matter is scheduled for hearing on June 12 anyway, so I've got plenty of time to prepare my reply to his response.

Sincerely,
Acerthorn

----- Forwarded Message -----
**From:** "ecf-cand@cand.uscourts.gov" <ecf-cand@cand.uscourts.gov>
**To:** "efiling@cand.uscourts.gov" <efiling@cand.uscourts.gov>
**Sent:** Thursday, May 7, 2026 at 09:34:19 AM CDT
**Subject:** Activity in Case 3:23-cv-00321-MMC Stebbins v. Redfield Opposition/Response to Motion

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**California Northern District**

## Notice of Electronic Filing

The following transaction was entered by Edmondson, Joseph on 5/7/2026 at 7:33 AM and filed on 5/7/2026
**Case Name:**          Stebbins v. Redfield
**Case Number:**       3:23-cv-00321-MMC
**Filer:**                    Sydney Redfield
**Document Number:** 115

**Docket Text:**
**OPPOSITION/RESPONSE (re [103] MOTION leave to conduct depositions remotely and for appointment of deposition officer ) filed bySydney Redfield. (Attachments: #**

Case 3:23-cv-00321-MMC     Document 124-1     Filed 05/13/26     Page 3 of 3

**(1) Declaration of J. Curtis Edmondson, # (2) Proposed Order)(Edmondson, Joseph) (Filed on 5/7/2026)**

**3:23-cv-00321-MMC Notice has been electronically mailed to:**

David A. Stebbins     acerthorn@yahoo.com

Joseph Curtis Edmondson     jcedmondson@edmolaw.com, docket@edmolaw.com, kirenr@edmolaw.com

**3:23-cv-00321-MMC Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\SID 1.002 - OPP TO MO R28 - to file - FINAL.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=5/7/2026] [FileNumber=23534464-0]
[2fbaee4bad3de0b9b501c4598f26f1003452dfcece1e8764717c9463efec5edeffdae
c3ec56800816ea9346e650ccb547c324274ac9f1e5f019814042f07844d]]
**Document description:**Declaration of J. Curtis Edmondson
**Original filename:**C:\fakepath\SID 1.002 - OPP TO MO R28 - JCE DECLARATION - TO FILE.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=5/7/2026] [FileNumber=23534464-1]
[7454a2aff3275bb993fd9154f487d81ebd5efa4d9b21203b577625ce2322c116e2490
a57694fb27a2c1c37622d0f77ec34cf626865a74dc61e444707ca3f9b72]]
**Document description:**Proposed Order
**Original filename:**C:\fakepath\SID 1.002 - OPP TO MO R28 - PROPOSED ORDER.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=5/7/2026] [FileNumber=23534464-2]
[8100eae57633d6af874cc60e53f08233ff88e8bebe1b02a0e3d6d38a52f9d836bdac1
4bcb7357e6cfe1a268c314bd28f48c4c9f459e0044a71344da3c7adfac3]]