David Stebbins          123 W. Ridge Ave., APT D, Harrison, AR 72601

(870) 204-6516          acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                            PLAINTIFF

VS.                          Case 4:23-cv-00321-MMC

SYDNEY REDFIELD, d.b.a. SIDALPHA                          DEFENDANTS

### SUPPLEMENT TO DKT. 118, MOTION FOR ISSUANCE

### OF SUPBOENA DUCES TECUM

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Supplement to Dkt. 118, Motion for Issuance of Subpoena Duces Tecum ("the Motion") in the above-styled action.

Since filing the Motion, the Defendant has since submitted its 26(a) initial disclosures. Attached to this Supplement is **Exhibit A**, which consists of two pages from these disclosures. As you can see from these two pages – and specifically the sections that are underlined in red – the Defendant admits that Creetosis, xArtemisWolf, InitiativeKookie, SkibbidyViddity, and Rogue Internet Man are all relevant witnesses, yet their names, addresses, phone numbers, and email addresses are all unknown to the Defendant.

Therefore, the Defendant has, implicitly, admitted to the merits of Page 1, Lines 10-21 of the Motion.

This, combined with the fact that his opportunity to file an Response to the Motion was May 26, 2026 and no Response has been filed, means that he concedes that the Motion has merit and that the subpoenas I request should indeed be issued.

Even for the two witnesses I listed in the Motion that the Defendant does not include in his 26(a) Initial disclosures – Upper Echelon and SomeOrdinaryGamers – the Defendant still implicitly concedes to the merits of them due to the doctrine of qui tacet consentitur videtur because he never opposed them.

So supplemented on this, the 28th day of May, 2026.

                                              /s/ David Stebbins
                                              David Stebbins (pro se)