# Exhibit A

A.    FRCP 26(a)(1)(A)(i)–Individuals Likely to have Discoverable

**Information**: Redfield identifies the following individuals as likely having discoverable information that they may use to support his claims:

Plaintiff's witnesses:

1.    David A. Stebbins.

Defendant's witnesses:

2.    Sidney Redfield, c/o Law Offices of J. Curtis Edmondson, 3720 SW 141st Avenue, Suite 212, Beaverton, OR 97005.

Third Party witnesses:

3.    Alias: Creetosiso, legal name, address, phone number, and E-mail address unknown.  Has knowledge about: DMCA takedowns filed against him/her by Stebbins and past/current lawsuits filed against him/her by Stebbins.

4.    Alias: Echo Wilder, legal name, address, phone number, and E-mail address unknown.  Has knowledge about: DMCA takedowns filed against him/her by Stebbins and past/current lawsuits filed against him/her by Stebbins.

5.    Alias: SofiannP, legal name, address, phone number, and E-mail address unknown.  Has knowledge about: DMCA takedowns filed against him/her by Stebbins and past/current lawsuits filed against him/her by Stebbins.

6.    Alias: xArtemisWolf, legal name, address, phone number, and E-mail address unknown. Has knowledge about: DMCA takedowns filed against him/her by Stebbins and past/current lawsuits filed against him/her by Stebbins, plus channel termination due to Stebbins' DMCA takedowns of videos on their channel.

7.    Alias: Incognito Pelican, legal name, address, phone number, and E-mail address unknown. Has knowledge about: DMCA takedowns filed against him/her by Stebbins and past/current lawsuits filed against him/her by Stebbins,

2

8.    Alias: InitiativeKookie, legal name, address, phone number, and E-mail address unknown. Has knowledge about: Past/current lawsuits filed against him/her by Stebbins.

9.    Alias: TGP482, legal name, address, phone number, and E-mail address unknown. Has knowledge about: Past/current lawsuits filed against him/her by Stebbins.

10.    Alias: Milliardo V, legal name, address, phone number, and E-mail address unknown. Has knowledge about: Unwarranted/erroneous and potentially retaliatory Privacy Complaints filed against his/her channel by Stebbins.

11.    Alias: The Marsii, legal name, address, phone number, and E-mail address unknown. Has knowledge about: Stebbins threatened The Marsii with DMCA takedowns where no Copyrighted content owned by Stebbins was used within the Marsii's video(s).

12.    Alias: SkibbidyDibbity, legal name, address, phone number, and E-mail address unknown.  Has knowledge about: DMCA takedowns filed against him/her by Stebbins and past/current lawsuits filed against him/her by Stebbins.

13.    Alias: Enclave Emily, legal name, address, phone number, and E-mail address unknown.  Has knowledge about: DMCA takedowns filed against her by Stebbins and past/current lawsuits filed against her by Stebbins.

14.    Alias: Rogue Internet Man, legal name, address, phone number, and E-mail address unknown.  Has knowledge about: Past/current lawsuits filed against him/her by Stebbins.

Expert witnesses:

15.    Damages Expert–Dr. Eric Fruits–c/o Defendant's Counsel.

Other individuals who may possess information that Defendant uses to support his claims and defenses including, but are not limited to, the following:

(a)    Individuals identified by Plaintiff in this action; and

3