IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SYDNEY REDFIELD,<br><br>　　　　Defendant. | Case No.  23-cv-00321-MMC<br><br>**ORDER OVERRULING PLAINTIFF'S OBJECTIONS**<br><br>Re: Dkt. Nos. 124, 126 |

Before the Court is plaintiff's "Objection," filed May 28, 2026, "to Dkt. 123, Order Denying Motion for Leave to Conduct Depositions Remotely," whereby plaintiff challenges a discovery order issued May 12, 2026, by Magistrate Judge Ajay Krishnan. The Objection, as plaintiff acknowledges, was not timely filed.  See Fed. R. Civ. P. 72(a) (providing "[a] party may serve and file objections to [magistrate judge's] order within 14 days after being served with a copy").  Although plaintiff states his delay was due to his misunderstanding that the challenged order was issued by a Magistrate Judge rather than the undersigned District Judge, resulting in plaintiff's erroneously filing a "Motion for Leave to File Motion for Reconsideration" (see Doc. No. 124)[1] instead of an objection, the Federal Rules make clear that a "party may not assign as error a defect in the order not timely objected to."

Accordingly, plaintiff's Objection is hereby OVERRULED.

Even if the Court were to consider the Objection on its merits, however, the Court's ruling would remain unchanged as plaintiff has failed to show the challenged

---

[1] Given the above-referenced misunderstanding, the "Motion for Leave to File Motion for Reconsideration" is deemed withdrawn.

order is either "clearly erroneous" or "contrary to law."  See Fed. R. Civ. P. 72(a).

**IT IS SO ORDERED.**

Dated: May 29, 2026

_____
MAXINE M. CHESNEY
United States District Judge

United States District Court
Northern District of California