David Stebbins          123 W. Ridge Ave., APT D, Harrison, AR 72601

(870) 204-6516          acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                    PLAINTIFF

VS.                          Case 4:23-cv-00321-MMC

SYDNEY REDFIELD, d.b.a. SIDALPHA                          DEFENDANTS

**MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION IN REGARDS TO DKT. 128 (ORDER ON OBJECTION)**

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion for Leave to File Motion for Reconsideration in the above-styled action.

I never withdrew my Motion for Leave to File Motion for Reconsideration. The Court out and out lied when it claimed that.

I therefore ask that the Court address the merits of my timely-filed Motion for Leave to File Motion for Reconsideration, and actually explain in detail why the original order will remain, not just that I "haven't shown" why the order should be reversed, but precisely *why* I haven't shown it. See 25-2007 in the US Court of Appeals for the 3rd Circuit (Stebbins v. Google), Docket Entry #29, vacating a district court's order when the district court gave no explanation whatsoever behind its ruling.

My intent, which I announced in Dkt. 127, to file an interlocutory appeal if the matter is not resolved favorably to me, or if the matter is not resolved in a timely manner, still remains.

So requested on this, the 29th day of May, 2026.

*/s/ David Stebbins*
David Stebbins (pro se)