# Exhibit A

Case 3:23-cv-00321-MMC    Document 130-1    Filed 05/31/26    Page 2 of 4

# Fwd: Re: Extension on Discovery Responses - Case 3:23-cv-00321-MMC Stebbins v. Redfield Motion for Miscellaneous Relief

From:  J. Curtis Edmondson (jcedmondson@edmolaw.com)

To:      acerthorn@yahoo.com

Cc:      sallyr@edmolaw.com

Date:   Friday, May 29, 2026 at 02:57 PM CDT

Acerthorn,

3pm tomorrow sounds good.    What number may I call you at?

- Curt

---------- Original Message ----------
From: Acerthorn <acerthorn@yahoo.com>
To: sallyr@edmolaw.com
Date: 05/28/2026 11:50 PM PDT
Subject: Re: Extension on Discovery Responses - Case 3:23-cv-00321-MMC Stebbins v. Redfield Motion for Miscellaneous Relief

We can confer tomorrow, preferably in the late afternoon. Can I call you at 3pm pacific time?

Yahoo Mail: Search, Organize, Conquer

On Thu, May 28, 2026 at 11:29 PM, Sally Robinson <sallyr@edmolaw.com> wrote:

Hello,

Curt is on the road traveling, but asked me to respond to your e-mail. We'd like to confer with you tomorrow. Do you have time to meet and confer on this discovery issue tomorrow? If not, we will need to find a Protective Order which will take some time to be heard.

Sally Robinson, Legal Assistant
Patents, Copyrights, Trademarks, Trade Secrets, and Unfair Competition
3720 SW 141st Avenue, Suite 212, Beaverton OR 97005
ph: (503) 336-3749 | fax: (503) 482-7418
jcedmondson@edmolaw.com | www.edmolaw.com
Licensed in Washington, Oregon, California, DC, and before the USPTO

On 05/28/2026 8:12 PM PDT J. Curtis Edmondson <jcedmondson@edmolaw.com> wrote:

Acerthorn,

Not lying. Doing pretrial work on Messiah which is fairly significant. Please reconsider the three week extension.

Curt
On 05/28/2026 6:28 PM PDT Acerthorn <acerthorn@yahoo.com> wrote:

I checked the PACER for CACD and you're lying. There are only four currently-open cases in CACD where you're a counselor of record. One of them

doesn't currently have a trial date at all, one of them (Sherid v. Steiner) doesn't have a trial date at all, another one has a pretrial conference in 2027. The closest trial date you have in CACD has its final pretrail conference on 06/29/26 (a whole month from now) and jury trial set for 7/14/26.

So no, you do not have an "upcoming trial" that is backlogging you, at least not in CACD. So no, I do not agree to your extension.

Sincerely,
Acerthorn

On Thursday, May 28, 2026 at 03:45:26 PM CDT, J. Curtis Edmondson <jcedmondson@edmolaw.com> wrote:

Hello Acerthorn,

I am backlogged a bit due to an upcoming trial in CACD.   Can you  provide me with a 3 week extension to the discovery responses?

B. Regards,

J. Curtis Edmondson,  Counsel
Law Offices of J. Curtis Edmondson
Patents, Copyrights, Trademarks, Trade Secrets, and Unfair Competition
ph: (503) 336-3749 | fax: (503) 482-7418
jcedmondson@edmolaw.com | www.edmolaw.com
Licensed in Washington, Oregon, California, DC, and before the USPTO