# EXHIBIT B

The recording of the phone call can be found at the following URL:

https://www.youtube.com/watch?v=OaWnSyNy4pA

At timestamp 0:08, I notify him that I am recording for my legal protection. So even if he was in California (an all-party consent state) when he made the call, it's still legal for me to have recorded it.