# Exhibit C

\* Defense Counsel's personal cell phone number redacted.

---

Please respond to my latest email and confirm that this is what we agreed to. And please respond to the follow-up email where I clarified what Agreement #2 actually means.



Sat 5:22 PM



You got my response

(503) ▇▇▇ · Sat 6:20 PM

And I agreed only to remote depo with 3wk extension for sid

(503) ▇▇▇ · Sat 6:21 PM

I told you that my offer was for all witnesses (unless they object) were to be remote. If you don't agree to that, I don't agree to the extension.



Sat 7:58 PM

Look, all I ask is (1) I take Redfield's deposition remotely, (2) you take my deposition remotely, (3) you permit me to depose the other witnesses remotely if I'm able to do so, and (4) any time you depose a witness, you allow me to attend remotely.

The parties can stipulate to this under Fed.R.Civ.P. 30(b)(4), and you stipulating to those four things  is all I ask in exchange for the extension of time.

Can you agree to those modest and reasonable terms?

Sat 9:56 PM



That is fine.  Not sure what the costs language was for

(503) ▇▇▇ · Sat 10:25 PM