# Exhibit E



Google Docs archive: https://docs.google.com/document/d/1LwfGxkMbjvECUeWLAnXa6dzTwX-f_jpcTXIkPMKDV8s