UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DAVID A. STEBBINS,<br><br>Plaintiff,<br><br>v.<br><br>SYDNEY REDFIELD,<br><br>Defendant. | Case No. 23-cv-00321-MMC  (ASK)<br><br>**ORDER RE: DISCOVERY DISPUTES**<br>Re: Dkt. Nos. 118, 130 |

Before the Court are two of Plaintiff David Stebbins's discovery dispute letters. Dkts. 118, 130. The first letter requests that "the Court issue subpoenas duces tecum" to Alphabet Inc. to obtain the identifying information of five witnesses. Dkt. 118. The second letter is a renewed motion for the appointment of a deposition officer. Dkt. 130.

Mr. Stebbins's request that the Court order non-party Alphabet Inc. to produce the identifying information of certain account holders, is **DENIED** without prejudice. Mr. Stebbins "is entitled to seek documentary evidence from third parties via the issuance of a subpoena duces tecum under Federal Rule of Civil Procedure 45, which would be served by the United States Marshal given that [Mr. Stebbins] is proceeding in forma pauperis." *Austin v. Winett*, No. 104-cv-05104, 2008 WL 5213414, at *1 (E.D. Cal. Dec. 12, 2008). However,

> the [C]ourt's authorization of a subpoena duces tecum requested by an in forma pauperis plaintiff is subject to limitations. . . . Limitations include the relevance of the information sought as well as the burden and expense to the non-party in providing the requested information. A motion for issuance of a subpoena duces tecum should be supported by clear identification of the documents sought and a showing that the records are obtainable only through the identified third party.

*Kendall v. Galindo*, No. 23-CV-02709-HSG, 2023 WL 9181483, at *1 (N.D. Cal. Dec. 27, 2023) (cleaned up).

Mr. Stebbins submitted five subpoena forms requesting "the legal name, address, all

United States District Court
Northern District of California

known phone number(s), and all known email address(es)" associated with the account names "mentioned by the Defendant in his smear video[.]" Dkt. 118 at 1; *see* Dkts. 118-3, 118-4, 118-5, 118-6, and 118-7. However, Mr. Stebbins does not attempt to explain "the relevance of the information sought" as to the accounts "Creetosis," "InitiativeKookie," and "Rogue, the Internet Man[,]" and fails to provide sworn factual support for his threadbare relevance claims regarding "xArtemisWolf," "Upper Echelon," and "SomeOrdinaryGamers." Dkt. 118 at 1-2; *see* Fed. R. Civ. P. 26, 45. Mr. Stebbins has also failed to show that the records he seeks "are obtainable only through" Alphabet Inc. *Kendall*, 2023 WL 9181483, at *1. Accordingly, Mr. Stebbins's motion for issuance of subpoenas duces tecum is **DENIED** without prejudice. Mr. Stebbins may renew his request in a motion that sufficiently details the relevance of each account to the instant action and certifies facts demonstrating that the identifying information associated with those accounts can only be obtained through Alphabet Inc. The Court also notes, in anticipation of a renewed request, that unveiling anonymous speakers on the internet and obtaining their contact information may implicate First Amendment and privacy concerns. Mr. Stebbins may do well to address those issues and to propose safeguards (if appropriate) in his renewed request so as to avoid a subsequent denial.

Mr. Stebbins's renewed request for appointment of a deposition officer is **DENIED**. Mr. Stebbins "may conduct depositions, but he must make the necessary arrangements and pay for all the costs associated with them." *Shaheed v. Mitchell*, No. 17-CV-01885-VC (PR), 2018 WL 11258371, at *2 (N.D. Cal. Aug. 9, 2018). "Even if a plaintiff has been granted in forma pauperis status, he must make the necessary arrangements and pay the costs associated with the deposition process." *Id*.

//

//

//

//

//

//

The Court refers Mr. Stebbins to the section "Representing Yourself" on the Court's website, located at https://cand.uscourts.gov/pro-se-litigants/, as well as the Court's Legal Help Centers for unrepresented parties. Parties may schedule an appointment by calling 415-782-8982 or emailing fedpro@sfbar.org.

**IT IS SO ORDERED.**

Dated: June 3, 2026

_____
AJAY KRISHNAN
United States Magistrate Judge

United States District Court
Northern District of California

3