# Exhibit F

# Re: In Relation to Your Legal Process (Internal Ref. No. 128327186)

From:   google-legal-support@google.com

To:      acerthorn@yahoo.com

Date:   Wednesday, March 11, 2026 at 01:44 PM CDT

Hi David,

Google intends to produce available non-content, responsive documents after April 1, 2026 unless Google receives notice of a motion to quash or other formal objection.

Regards,
Google Legal Investigations Support