David Stebbins                123 W. Ridge Ave., APT D, Harrison, AR 72601

(870) 204-6516          acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                      PLAINTIFF

VS.                        Case 4:23-cv-00321-MMC

SYDNEY REDFIELD, d.b.a. SIDALPHA                      DEFENDANTS

### MOTION TO COMPEL DISCOVERY, FOR PROTECTIVE ORDER, AND FOR DETERMINATION OF SUFFICIENCY UNDER FRCP 36(a)(6)

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion to Compel Discovery, for protective order, and for determination of sufficiency under FRCP 36(a)(6) in the above-styled action.

The Defendant has responded to my initial waive of discovery requests. However, his responses are grossly insufficient as a matter of law.

I attempted to meet and confer with defense counsel, but he was frustratingly uncooperative and utterly refused to confer in good faith. This attempt satisfies my requirement under Local Rule 37-1(a) to attempt in good faith to resolve the discovery dispute without court action.

Please find attached the following exhibits:

- **Exhibit A**: Defendant's Responses to my Requests for Admissions

- **Exhibit B**: Defendant's Responses to my Requests for Production

- **Exhibit C**: Defendant's Responses to my Interrogatories

- **Exhibit D**: Defendant's Responses to my Requests to Permit Inspection

- **Exhibit E**: My attempts over email to explain the discovery responses' shortcomings tot he defense counsel.

- **Exhibit F**: A copy of the first ever email I sent to the Defendant, with the portion where I asked him to hear my side of the story highlighted.

Exhibits A-D all collectively satisfy the requirements of Local Rule 37-2, which requires that a motion to compel discovery "set forth each request in full, followed immediately by the

objections and/or responses thereto." If I were to provide that in the body of the Memorandum, it would be impossible to keep the memorandum under 25 pages.

Speaking of which, please also find attached a Memorandum of Points and Authorities in Support of this Motion.

Wherefore, premises considered, I respectfully pray that this Motion to Compel Discovery, for Protective Order, and for Determination of Sufficiency under FRCP 36(a)(6) be granted, costs incurred be awarded, that the defense counsel be properly sanctioned, and for any other relief to which I may be entitled.

So requested on this, the 25th day of June, 2026.

*/s/ David Stebbins*
David Stebbins (pro se)

Case 4:23-cv-00321-MMC                        -2-                        Motion to Compel Discovery