# Exhibit C

J. Curtis Edmondson (SBN 236105)
Law Offices of J. Curtis Edmondson
Beaverton Plaza Building
3720 SW 141st Avenue, Suite 212
Beaverton, OR 97005
Phone: (503) 336-3749
Email: jcedmondson@edmolaw.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID STEBBINS,<br><br>               Plaintiff,<br><br>v.<br><br>SYDNEY REDFIELD dba SIDALPHA,<br><br>               Defendants. | Case No. 4:23-cv-00321-MWC<br><br>**DEFENDANT SIDNEY REDFIELD dba SIDALPHA's RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION** |

PROPOUNDING PARTY:    Plaintiff, DAVID STEBBINS

RESPONDING PARTY:    Defendant, SIDNEY REDFIELD DBA

                              SIDALPHA

SET NO.:                 ONE

Defendant SIDNEY REDFIELD DBA SIDALPHA ("SIDALPHA" or "Defendant") hereby responds to Plaintiff DAVID STEBBINS' ("STEBBINS" or "Plaintiff") Requests for Production pursuant to FRCP 34, as follows:

## GENERAL OBJECTIONS

1.    Defendant objects to these Requests to the extent they seek documents, which is already in the custody of Plaintiff, or is in the possession of other parties, or the public domain that Plaintiff has equal access to. To the extent that Plaintiff is

- 1 -

seeking such documents which are more readily available from other sources or already in the possession of Plaintiff, Defendant objects to these discovery requests as unduly burdensome.

2    Defendant further objects to the Requests to the extent they seek to impose duties and obligations beyond those authorized by, or imposed by, Federal Rules of Civil Procedure Rules 26 and 34. To the extent the Requests seek to impose obligations greater than those imposed by such Rules, they are overly broad and unduly burdensome.

3.    Defendant objects to the term "the smear video in question" defined as "the smear video" in many of Plaintiff's Requests for Production.  Also, objection to the terms "evidence," and "proves."  These terms are not properly defined and thus speculative.

Notwithstanding these General Objections, Defendant further responds to the individual requests below:

## RESPONSES TO REQUESTS FOR PRODUCTIONS

**REQUEST NO. 1**:   Provide affidavits of all witnesses you intend to call on your behalf, stating with specificity what they will testify about when called.

OBJECTIONS:  Seeks attorney work-product and/or attorney-client privileged documents not subject to disclosure; premature in scope if seeking documents that witnesses may reference at trial; vague and ambiguous as to "affidavits."

RESPONSE:  Without waiving any objections: No such "affidavits" have been obtained by Defendant to date.

**REQUEST NO. 2:** Provide all evidence which shows that the Defendant's refusal to hear my side of the story before making the smear video was a reasonable and

prudent decision.

OBJECTIONS:  Vague and ambiguous as to "Defendant's refusal," "my side of the story" and "a reasonable and prudent decision."  Irrelevant to the issues in the case, and not likely to lead to the discovery of admissible evidence.

RESPONSE: Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 3**:  Provide all written communications (including over email, text message Discord, Twitter, or any other communications platform) between the defendant and all of the people associated with the following aliases: ●Creetosis, ●SoffianP, ●SkibbidyDibbity, ●xArtemisWolf, ●InitiativeKookie, ●Enclave Emily, ●Echo Wilder, ●Viroza (formerly known as "Just Emi"), ●Rogue, the Internet Man, ●All other persons whose correspondence with the Defendant contributed, however nominally, to the content of the smear video.

OBJECTIONS:  Compound in form and consists of several interrogatories in one; vague and ambiguous as to "the smear video."

RESPONSE:  Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 4**:  All evidence in your possession which proves that I issued my DMCA Takedowns and engaged the panoply of activities described in the smear video solely in an attempt to silence criticism of me.

OBJECTIONS:  Vague and ambiguous as to the meaning of "my DMCA Takedowns"  and "panoply of activities"; also compound in form.

RESPONSE:  Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 5**:  All evidence in your possession which proves that I do not

SIDNEY REDFIELD'S RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION

consider fair use to the standards required by law under *Lenz v. Universal Music Corp.*, 801 F. 3d 1126 (9th Cir. 2015) before issuing DMCA Takedowns, taking into account the arguments I made in ¶¶ 16-20 and ¶¶ 21-49 of the Complaint in this case.

OBJECTIONS:  Vague and ambiguous as to "I do not consider fair use to the standards required by law…" "DMCA Takedowns" and "the arguments I made…" Also incorporates by reference other documents that are not attached to the Request.

RESPONSE:  Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 6:**  All evidence in your possession which proves that Skibbidy Dibbity met all the legal requirements to be considered a co-author of the December 20, 2021 livestream debate, taking into account the case laws of *Community for Creative Non-Violence v. Reid*, 490 US 730,737 (1989) ("As a general rule, the author is ... the person who translates an idea into a fixed, tangible expression entitled to copyright protection") as well as *Garcia v. Google, Inc.,* 786 F. 3d733, 744 (9th Cir. 2015) (citing *Community for Creative Non-Violence v. Reid*) ("Garcia's copyright claim faces yet another statutory barrier: She never fixed her acting performance in a tangible medium, as required by [copyright law] ... For better or for worse, Youssef and his crew 'fixed' Garcia's performance in the tangible medium ... However one might characterize Garcia's performance, she played no role in fixation").

OBJECTIONS:  Compound in form; vague and ambiguous as to "met all the legal requirements," and "the December 20, 2021 livestream debate."  Calls for an expert and/or legal opinion.

RESPONSE:  Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 7:**  All evidence which proves that the "mitigating factor" mentioned in ¶¶ 60-61 of the Complaint and which I dubbed the "mitigating factor" in Dkt. 70 is, in fact, "entirely irrelevant" for purposes of establishing liability for defamation and/or calculating my reputational harm.

OBJECTIONS:  Vague and ambiguous as to "the 'mitigating factor'" and "my reputational harm;" and incorporates by reference another document that is not attached to this request.  Seeks an expert or legal opinion.

RESPONSE:  Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 8:**  All evidence in your possession which proves that the "re-aggravating factor" mentioned in Dkt. 70-4, ¶ 15 is objectively correct, keeping in mind the limitations imposed upon you by Federal Rule of Evidence 802.

OBJECTIONS:  Vague and ambiguous as to the terms "the 're-aggravating factor'" and "objectively correct." Incorporates by reference another document that is not attached to this request. Calls for an expert and/or legal opinion.

RESPONSE:  Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 9**:  All evidence in your possession which proves that I did, in fact, offer to pay to "dox" InitiativeKookie, instead of merely intending using his personal information in order to lawfully hold him accountable in court, bearing in mind the arguments contained in ¶¶ 65-77 of the Complaint.

OBJECTIONS:  Vague and ambiguous as the meaning of "dox"; and incorporates by reference another document that is not attached to this request. Seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.

RESPONSE:  Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 10**:   All evidence which proves that I attempted to bully the Defendant.

OBJECTIONS:  Vague and ambiguous as to "prove," and "attempted to bully."  Seeks an expert and/or legal opinion.

RESPONSE:  Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 11**:  All evidence which proves that the interpretation provided in ¶ 91 is not a reasonable implication from the Defendant's smear video.

OBJECTIONS:  Vague and ambiguous as to "not a reasonable implication." Also, incorporates by reference a separate document that is not attached to the request; calls for an expert and/or legal opinion; and seeks attorney work-product and/or attorney-client privileged documents.

RESPONSE: Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 12:**  All evidence which proves that the statements of fact about me described in ¶ 91 of the Complaint is an opinion rather than a fact.

OBJECTIONS:  Vague and ambiguous as to "proves" and "the statements of fact about me." Incorporates by reference another document that is not attached to the Request. Calls for an expert and/or legal opinion; and seeks attorney work-product and/or attorney-client privileged documents.

RESPONSE: Without waiving any objections, see attached Batestamped documents.

- 6 -

**REQUEST NO. 13:**  All evidence which proves that the statements of fact about me described in ¶ 91of the Complaint is substantially true.

OBJECTIONS:  Vague and ambiguous as to "proves," "the statements of fact about me," and "substantially true." Calls for an expert and/or legal opinion.

RESPONSE: Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 14:**  All evidence which proves that the reasonable implications identified in ¶ 91 of the Complaint could not also be reasonably deemed defamatory.

OBJECTIONS:  Vague and ambiguous as to "proves," "the reasonable implications," and "reasonably deemed defamatory" which are undefined. Seeks an expert and/or legal opinion.

RESPONSE: Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 15**:  All evidence which proves that the Defendant neither intended nor endorsed the inference mentioned in Request for Production #11.

OBJECTIONS:  Unintelligible as phrased, vague and ambiguous as to "proves," "the inference mentioned," and is disjunctive in form. Calls for an expert and/or legal opinion.

RESPONSE: Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 16:**  All evidence which proves that the Defendant's two statements about me mentioned in Dkt 71-7 (describing me as "being aggressive despite his always demanding civility from others" as well as describing me as "a person that hurls insults threats and curses at the drop of a hat and then demands

civility from others") are, in fact, true.

OBJECTIONS:  Unintelligible as phrased. Vague and ambiguous as to "proves," "Defendant's two statements about me" Compound in form.

RESPONSE:  Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 17:**  All evidence which proves that the harassment and bullying described in ¶¶ 110-112 of the Complaint and documented in Dkt. 71-4 and Dkt. 71-5 never occurred.

OBJECTIONS:  Unintelligible as phrased, vague and ambiguous as to "proves," compound in form; and incorporates by reference other documents not attached to the Request.

RESPONSE: Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 18:**  All evidence which proves that the harassment and bullying described in ¶¶ 110-112 of the Complaint and documented in Dkt. 71-4 and Dkt. 71-5, even if true, do not rise to the level of "reactive abuse" described in ¶¶ 105-108 of the Complaint.

OBJECTIONS:  Vague and ambiguous as to "proves," "harassment and bullying," and "reactive abuse." Calls for expert and/or legal opinion, and incorporates by reference other documents which are not attached to the Request.

RESPONSE:  Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 19:**  All evidence which proves that, even if the contents of Dkt. 71-4 and Dkt. 71-5 are accepted as true, the statements made about me by the Defendant as described in ¶ 109 of the Complaint are still substantially true despite

the omission of these facts as alleged in ¶ 110 of same.

OBJECTIONS:  Vague and ambiguous as to "proves," "the statements made about me," and "still substantially true despite the omission of these facts." Unintelligible as phrased. Calls for attorney work-product and/or attorney-client privileged documents and/or an expert witness opinion, and incorporates by reference other documents which are not attached to the Request.

RESPONSE:  Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 20:**  All evidence which proves that I was convicted of the crime for which I was indicted back in 2011.

OBJECTIONS: Vague and ambiguous as to "proves," "convicted," and "the crime for which I was indicted."

RESPONSE:  Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 21**:  All evidence which proves that I did, in fact, commit the crime for which I was indicted back in 2011.

OBJECTIONS:   Vague and ambiguous as to "proves," "the crime for which I was indicted." Seeks documents equally available to Plaintiff.

RESPONSE:  Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 22**:  Provide all evidence which supports your defense of truth.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents.

RESPONSE:  Without waiving any objections, see attached Batestamped documents.

- 9 -
SIDNEY REDFIELD'S RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION

**REQUEST NO. 23**:  Admit all evidence which supports your defense that the smear video merely expressed the Defendant's opinion and provided no objective statements of fact.

OBJECTIONS:  Vague and ambiguous as to "the smear video," and "no objective statements of fact."  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 24**:  All evidence which supports your defense of qualified privilege.

OBJECTIONS:  Vague and ambiguous as to "qualified privilege." Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents.

RESPONSE:  Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 25**:  All evidence which supports your defense of fair reporting privilege, bearing in mind that the fair reporting privilege requires a reporter to accurately report favorable verdicts.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents.

RESPONSE:  Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 26**:  All evidence which supports your claim that I am a public figure.

- 10 -

SIDNEY REDFIELD'S RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 27**:  All evidence which supports your defense that the smear video is protected by the First Amendment.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 28**:  All evidence which supports your defense that I consented to the smear video being made and published.

OBJECTIONS: Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. Seeks documents equally available to Plalintiff.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 29**:  All evidence which supports your defense that I suffered no cognizable damages as a result of the smear video.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. Seeks documents equally available to Plaintiff.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

- 11 -

**REQUEST NO. 30**:  All evidence which supports your defense that I failed to take reasonable steps to mitigate damages.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. Seeks documents equally available to Plaintiff.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 31**:  All evidence which supports your defense that I failed to timely request a retraction.

OBJECTIONS: Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 32**:  All evidence which supports your defense that I acted with unclean hands.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. Seeks documents equally available to plaintiff.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 33**:  All evidence upon which you based your denials made in ¶ 2 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents.  Seeks documents equally available to Plaintiff.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 34**:  All evidence upon which you based your denials made in ¶ 3 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. Seeks documents equally available to Plaintiff.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 35**:  All evidence upon which you based your denials made in ¶ 4 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 36**:  All evidence upon which you based your denials made in ¶ 5 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 37**:  All evidence upon which you based your denials made in ¶ 6

- 13 -

SIDNEY REDFIELD'S RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION

of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 38**:  All evidence upon which you based your denials made in ¶ 7 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 39**:  All evidence upon which you based your denials made in ¶ 8 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 40**:  All evidence upon which you based your denials made in ¶ 9 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 41**: All evidence upon which you based your denials made in ¶ 10 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 42**: All evidence upon which you based your denials made in ¶ 11 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 43**: All evidence upon which you based your denials made in ¶ 12 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through

314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 44**:  All evidence upon which you based your denials made in ¶ 13 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 45**:  All evidence upon which you based your denials made in ¶ 14 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 46**:  All evidence upon which you based your denials made in ¶ 15 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 47**:  All evidence upon which you based your denials made in ¶ 16 of your Answer to Complaint.

OBJECTIONS: Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 48**:  All evidence upon which you based your denials made in ¶ 17 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 49**:  All evidence upon which you based your denials made in ¶ 18 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped

- 17 -

documents.

**REQUEST NO. 50**:  All evidence upon which you based your denials made in ¶ 19 of your Answer to Complaint.

OBJECTIONS: Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 51**: All evidence upon which you based your denials made in ¶ 20 of your Answer to Complaint.

OBJECTIONS: Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 52**:  All evidence upon which you based your denials made in ¶ 21 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

SIDNEY REDFIELD'S RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION

**REQUEST NO. 53**:  All evidence upon which you based your denials made in ¶ 22 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 54**:  All evidence upon which you based your denials made in ¶ 23 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 55**:  All evidence upon which you based your denials made in ¶ 24 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

SIDNEY REDFIELD'S RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION

**REQUEST NO. 56**: All evidence upon which you based your denials made in ¶ 25 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 57**: All evidence upon which you based your denials made in ¶ 26 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 58**: All evidence upon which you based your denials made in ¶ 27 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 59**: All evidence upon which you based your denials made in ¶ 28

- 20 -

of your Answer to Complaint.

OBJECTIONS: Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE: Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 60**: All evidence upon which you based your denials made in ¶ 29 of your Answer to Complaint.

OBJECTIONS: Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE: Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 61**: All evidence upon which you based your denials made in ¶ 30 of your Answer to Complaint.

OBJECTIONS: Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE: Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 62**: All evidence upon which you based your denials made in ¶ 31 of your Answer to Complaint.

- 21 -

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 63**:  All evidence upon which you based your denials made in ¶ 32 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 64**:  All evidence upon which you based your denials made in ¶ 33 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 65**:  All evidence upon which you based your denials made in ¶ 34 of your Answer to Complaint.

OBJECTIONS: Calls for expert witness opinion and attorney-client and/or

- 22 -

attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 66**:  All evidence upon which you based your denials made in ¶ 35 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 67**:  All evidence upon which you based your denials made in ¶ 36 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 68**:  All evidence upon which you based your denials made in ¶ 37 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through

- 23 -

314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 69**:  All evidence upon which you based your denials made in ¶ 38 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 70**:  All  evidence upon which you based your denials made in ¶ 39 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 71**:  All evidence upon which you based your denials made in ¶ 40 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through

314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 72**: All evidence upon which you based your denials made in ¶ 41 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 73**: All evidence upon which you based your denials made in ¶ 42 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 74**: All evidence upon which you based your denials made in ¶ 43 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in

controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 75**:  All evidence upon which you based your denials made in ¶ 44 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 76**:  All evidence upon which you based your denials made in ¶ 45 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 77**:  All  evidence upon which you based your denials made in ¶ 46 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 78**:  All evidence upon which you based your denials made in ¶ 47 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 79**:  All evidence upon which you based your denials made in ¶ 48 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 80**:  All evidence upon which you based your denials made in ¶ 49 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped

- 27 -

documents.

**REQUEST NO. 81**:  All evidence upon which you based your denials made in ¶ 50 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 82**:  All  evidence upon which you based your denials made in ¶ 51 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 83**:  All evidence upon which you based your denials made in ¶ 52 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 84**: All evidence upon which you based your denials made in ¶ 53 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 85**:  All evidence upon which you based your denials made in ¶ 54 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 86**:  All evidence upon which you based your denials made in ¶ 55 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

- 29 -
SIDNEY REDFIELD'S RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION

**REQUEST NO. 87**:  All evidence upon which you based your denials made in ¶ 56 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 88**:  All evidence upon which you based your denials made in ¶ 57 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 89**:  All evidence upon which you based your denials made in ¶ 58 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 90**:  All evidence upon which you based your denials made in ¶ 59

of your Answer to Complaint.

OBJECTIONS: Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 91**: All evidence upon which you based your denials made in ¶ 60 of your Answer to Complaint.

OBJECTIONS: Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 92**: All evidence upon which you based your denials made in ¶ 61 of your Answer to Complaint.

OBJECTIONS: Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 93**: All evidence upon which you based your denials made in ¶ 62 of your Answer to Complaint.

- 31 -
SIDNEY REDFIELD'S RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 94**:  All evidence upon which you based your denials made in ¶ 63 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 95**:  All evidence upon which you based your denials made in ¶ 64 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 96**:  All evidence upon which you based your denials made in ¶ 65 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or

attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 97**:  All evidence upon which you based your denials made in ¶ 66 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 98**:  All evidence upon which you based your denials made in ¶ 67 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 99**:  All evidence upon which you based your denials made in ¶ 68 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through

- 33 -

314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 100**:  All evidence upon which you based your denials made in ¶ 69 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 101**:  All evidence upon which you based your denials made in ¶ 70 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 102**:  All evidence upon which you based your denials made in ¶ 71 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in

controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 103**:  All evidence upon which you based your denials made in ¶ 72 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 104**:  All evidence upon which you based your denials made in ¶ 73 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 105**:  All evidence upon which you based your denials made in ¶ 74 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

- 35 -

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 106**:  All evidence upon which you based your denials made in ¶ 75 of your Answer to Complaint.

OBJECTIONS:   Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 107**:  All evidence upon which you based your denials made in ¶ 76 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 108**:  All evidence upon which you based your denials made in ¶ 77 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped

- 36 -

documents.

**REQUEST NO. 109**: All evidence upon which you based your denials made in ¶ 78 of your Answer to Complaint.

OBJECTIONS: Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 110**: All  evidence upon which you based your denials made in ¶ 79 of your Answer to Complaint.

OBJECTIONS: Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 111**: All evidence upon which you based your denials made in ¶ 80 of your Answer to Complaint.

OBJECTIONS: Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

SIDNEY REDFIELD'S RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION

**REQUEST NO. 112**:  All evidence upon which you based your denials made in ¶ 81 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 113**:  All evidence upon which you based your denials made in ¶ 82 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 114**: All evidence upon which you based your denials made in ¶ 83 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

SIDNEY REDFIELD'S RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION

**REQUEST NO. 115**:  All  evidence upon which you based your denials made in ¶ 84 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 116**:  All evidence upon which you based your denials made in ¶ 85 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 117**:  All evidence upon which you based your denials made in ¶ 86 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 118**:  All  evidence upon which you based your denials made in ¶

- 39 -

87 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 119**:  All evidence upon which you based your denials made in ¶ 88 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 120**:  All evidence upon which you based your denials made in ¶ 89 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 121**:  All  evidence upon which you based your denials made in ¶ 90 of your Answer to Complaint.

- 40 -

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 122**:  All evidence upon which you based your denials made in ¶ 91 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 123**:  All evidence upon which you based your denials made in ¶ 92 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 124**:  All  evidence upon which you based your denials made in ¶ 93 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or

- 41 -

attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 125**:  All evidence upon which you based your denials made in ¶ 94 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 126**:  All evidence upon which you based your denials made in ¶ 95 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 127**:  All  evidence upon which you based your denials made in ¶ 96 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through

314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents.

**REQUEST NO. 128**:  All evidence upon which you based your denials made in ¶ 97 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 129**:  All evidence upon which you based your denials made in ¶ 98 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 130**:  All  evidence upon which you based your denials made in ¶ 99 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in

- 43 -

controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 131**:  All evidence upon which you based your denials made in ¶ 100 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 132**:  All evidence upon which you based your denials made in ¶ 101 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 133**:  All  evidence upon which you based your denials made in ¶ 102 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 134**:  All evidence upon which you based your denials made in ¶ 103 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 135**:  All evidence upon which you based your denials made in ¶ 104 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 136**:  All  evidence upon which you based your denials made in ¶ 105 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped

- 45 -

documents. Discovery is ongoing and continuing.

**REQUEST NO. 137**:  All  evidence upon which you based your denials made in ¶ 106 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 138**:  All evidence upon which you based your denials made in ¶ 107 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 139**:  All evidence upon which you based your denials made in ¶ 108 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped

documents. Discovery is ongoing and continuing.

**REQUEST NO. 140**:  All  evidence upon which you based your denials made in ¶ 109 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 141**:  All  evidence upon which you based your denials made in ¶ 110 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 142**:  All evidence upon which you based your denials made in ¶ 111 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

- 47 -

**REQUEST NO. 143**:  All evidence upon which you based your denials made in ¶ 112 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 144**:  All  evidence upon which you based your denials made in ¶ 113 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 145**:  All evidence upon which you based your denials made in ¶ 114 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

SIDNEY REDFIELD'S RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION

**REQUEST NO. 146**:  All  evidence upon which you based your denials made in ¶ 115 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 147**:  All  evidence upon which you based your denials made in ¶ 116 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 148**:  All evidence upon which you based your denials made in ¶ 117 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 149**:  All evidence upon which you based your denials made in ¶

- 49 -

118 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 150**:  All  evidence upon which you based your denials made in ¶ 119 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 151**:  All evidence upon which you based your denials made in ¶ 120 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 152**:  All  evidence upon which you based your denials made in ¶ 121 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 153**:  All  evidence upon which you based your denials made in ¶ 122 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 154**:  All evidence upon which you based your denials made in ¶ 123 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 155**:  All evidence upon which you based your denials made in ¶ 124 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or

- 51 -

attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 156**:  All  evidence upon which you based your denials made in ¶ 125 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 157**:  All evidence upon which you based your denials made in ¶ 126 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 158**:  All  evidence upon which you based your denials made in ¶ 127 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through

- 52 -

SIDNEY REDFIELD'S RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION

314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 159**:  All  evidence upon which you based your denials made in ¶ 128 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 160**:  All evidence upon which you based your denials made in ¶ 129 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 161**:  All evidence upon which you based your denials made in ¶ 130 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in

controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 162**:  All  evidence upon which you based your denials made in ¶ 131 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 163**:  All evidence upon which you based your denials made in ¶ 132 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 164**:  All  evidence upon which you based your denials made in ¶ 133 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 165**:  All  evidence upon which you based your denials made in ¶ 134 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 166**:  All evidence upon which you based your denials made in ¶ 135 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 167**:  All evidence upon which you based your denials made in ¶ 136 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped

- 55 -

documents. Discovery is ongoing and continuing.

**REQUEST NO. 168**:  All  evidence upon which you based your denials made in ¶ 137 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 169**:  All evidence upon which you based your denials made in ¶ 138 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 170**:  All  evidence upon which you based your denials made in ¶ 139 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 171**:  All  evidence upon which you based your denials made in ¶ 140 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 172**:  All  evidence upon which you based your denials made in ¶ 141 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 173**:  All evidence upon which you based your denials made in ¶ 142 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 174**:  All evidence upon which you based your denials made in ¶ 143 of your Answer to Complaint.

- 57 -

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 175**:  All  evidence upon which you based your denials made in ¶ 144 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 176**:  All evidence upon which you based your denials made in ¶ 145 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 177**:  All  evidence upon which you based your denials made in ¶ 146 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or

SIDNEY REDFIELD'S RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION

attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 178**:  All  evidence upon which you based your denials made in ¶ 147 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 179**:  All evidence upon which you based your denials made in ¶ 148 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 180**:  All evidence upon which you based your denials made in ¶ 149 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through

314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 181**:  All  evidence upon which you based your denials made in ¶ 150 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 182**:  All evidence upon which you based your denials made in ¶ 151 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 183**:  All  evidence upon which you based your denials made in ¶ 152 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in

SIDNEY REDFIELD'S RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION

controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 184**:  All  evidence upon which you based your denials made in ¶ 153 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 185**:  All evidence upon which you based your denials made in ¶ 154 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 186**:  All evidence upon which you based your denials made in ¶ 155 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 187**:  All  evidence upon which you based your denials made in ¶ 156 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 188**:  All evidence upon which you based your denials made in ¶ 157 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 189**:  All  evidence upon which you based your denials made in ¶ 158 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped

documents. Discovery is ongoing and continuing.

**REQUEST NO. 190**:  All  evidence upon which you based your denials made in ¶ 159 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 191**:  All evidence upon which you based your denials made in ¶ 160 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 192**:  All evidence upon which you based your denials made in ¶ 161 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

SIDNEY REDFIELD'S RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION

**REQUEST NO. 193**:  All  evidence upon which you based your denials made in ¶ 162 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 194**:  All evidence upon which you based your denials made in ¶ 163 of your Answer to Complaint.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 195**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #1 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 196**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #2 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 197**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #3 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 198**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #4 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26. This and subsequent requests through 314 are not proportional to the needs of the case, considering the

amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE: Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 199**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #5 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 200**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #6 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 201**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #7 is untrue, or at least, that you have a good reason for denying it.

- 66 -
SIDNEY REDFIELD'S RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 202**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #8 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 203**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #9 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 204**:  In the event that it is denied, in whole or in part, provide all

evidence which proves that Requested Admission #10 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS: Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE: Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 205**: In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #11 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS: Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE: Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 206**: In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #12 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS: Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE: Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 207**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #13 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 208**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #14 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 209**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #15 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

- 69 -

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 210**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #16 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 211**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #17 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 212**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #18 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through

SIDNEY REDFIELD'S RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION

314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 213**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #19 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 214**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #20 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 215**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #21 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 216**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #22 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 217**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #23 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 218**:  In the event that it is denied, in whole or in part, provide all

evidence which proves that Requested Admission #24 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS: Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE: Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 219**: In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #25 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS: Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE: Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 220**: In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #26 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS: Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE: Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

SIDNEY REDFIELD'S RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION

**REQUEST NO. 221**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #27 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 222**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #28 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 223**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #29 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

- 74 -

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 224**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #30 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 225**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #31 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 226**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #32 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through

314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 227**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #33 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 228**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #34 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 229**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #35 is untrue, or at least, that you have a good reason for denying it.

- 76 -

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 230**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #36 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 231**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #37 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 232**:  In the event that it is denied, in whole or in part, provide all

evidence which proves that Requested Admission #38 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:  Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 233**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #39 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:  Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 234**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #40 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:  Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

SIDNEY REDFIELD'S RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION

**REQUEST NO. 235**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #41 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 236**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #42 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 237**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #43 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 238**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #44 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 239**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #45 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, after a reasonable search, Defendant will make responsive documents, if any, available for inspection at defense counsel's office in Beaverton, Oregon at a mutually convenient time and date. Discovery is ongoing and continuing.

**REQUEST NO. 240**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #46 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 241**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #47 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 242**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #48 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 243**:  In the event that it is denied, in whole or in part, provide all

evidence which proves that Requested Admission #49 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS: Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE: Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 244**: In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #50 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS: Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE: Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 245**: In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #51 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS: Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE: Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 246**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #52 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 247**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #53 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 248**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #54 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 249**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #55 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 250**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #56 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 251**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #57 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through

- 84 -

314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 252**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #58 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 253**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #59 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 254**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #60 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 255**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #61 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 256**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #62 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 257**:  In the event that it is denied, in whole or in part, provide all

evidence which proves that Requested Admission #63 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 258**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #64 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 259**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #65 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

SIDNEY REDFIELD'S RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION

**REQUEST NO. 260**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #66 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 261**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #67 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 262**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #68 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 263**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #96 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 264**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #70 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 265**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #71 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through

314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 266**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #72 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 267**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #73 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 268**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #74 is untrue, or at least, that you have a good reason for denying it.

SIDNEY REDFIELD'S RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 269**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #75 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 270**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #76 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 271**:  In the event that it is denied, in whole or in part, provide all

- 91 -

evidence which proves that Requested Admission #77 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS: Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE: Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 272**: In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #78 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS: Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE: Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 273**: In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #79 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS: Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE: Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

SIDNEY REDFIELD'S RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION

**REQUEST NO. 274**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #80 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 275**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #81 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 276**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #82 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 277**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #83 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 278**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #84 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 279**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #85 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through

314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 280**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #86 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 281**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #87 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, after a reasonable search, Defendant will make responsive documents, if any, available for inspection at defense counsel's office in Beaverton, Oregon at a mutually convenient time and date. Discovery is ongoing and continuing.

**REQUEST NO. 282**:  In the event that it is denied, in whole or in part, provide all

SIDNEY REDFIELD'S RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION

evidence which proves that Requested Admission #88 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 283**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #89 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 284**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #90 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 285**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #91 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 286**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #92 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 287**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #93 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 288**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #94 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 289**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #95 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 290**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #96 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through

- 98 -

314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 291**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #97 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 292**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #98 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 293**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #99 is untrue, or at least, that you have a good reason for denying it.

SIDNEY REDFIELD'S RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 294**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #100 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 295**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #101 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 296**:  In the event that it is denied, in whole or in part, provide all

- 100 -
SIDNEY REDFIELD'S RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION

evidence which proves that Requested Admission #102 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 297**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #103 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 298**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #104 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 299**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #105 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 300**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #106 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 301**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #107 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

SIDNEY REDFIELD'S RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 302**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #108 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 303**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #109 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 304**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #110 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through

314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 305**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #111 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 306**:  In the event that it is denied, in whole or in part, provide all evidence which proves that Requested Admission #112 is untrue, or at least, that you have a good reason for denying it.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 307**:  All evidence which proves that the relief you suggest in your response to Interrogatory #6 would, in fact, succeed in making me whole for the reputational harm I have suffered.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 308**:  All evidence which proves that the injunctive relief requested in ¶ 155 & ¶ 157 of the Complaint is impossible to provide.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 309**:  In the event that it is found that it is, in fact, impossible to provide the injunctive relief requested in ¶ 155 and/or ¶ 157 of the Complaint, produce all evidence which proves that said impossibility is not the direct result of the Defendant's own conduct (e.g. publishing the smear video in the first instance) to the extent contemplated in *United States v. Asay*, 614 F. 2d 655 (9th Cir. 1980) ("Inability to comply with an order is ordinarily a complete defense to a charge of contempt. An exception exists when the person charged is responsible for the inability to comply").

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 310**:  All evidence which shows that I did not get pneumonia shortly after the publishing of the smear video.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 311**:  All evidence which shows that my pneumonia was not caused by the stress from being harassed because of the smear video.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 312**:  All evidence which shows that any acts of defamation the Defendant committed against me were not done with actual malice.

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped

documents. Discovery is ongoing and continuing.

**REQUEST NO. 313**:  All evidence which shows that the Defendant did not publish the smear video with the intention to inflict the injuries mentioned in Requested Admissions #91-#100, to the extent contemplated by *In re Su*, 290 F. 3d 1140, 1142 (9th Cir. 2002).

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

**REQUEST NO. 314**:  All evidence which shows that the Defendant did not believe that injuries  mentioned in Requested Admissions #91-#100 (and especially the injuries mentioned in Requested Admissions #97-#100) were substantially certain to occur as a result of his smear video, to the extent contemplated by *In re Su*, 290 F. 3d 1140, 1142 (9th Cir. 2002).

OBJECTIONS:  Calls for expert witness opinion and attorney-client and/or attorney work-product privileged documents. This and subsequent requests through 314 are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:   Without waiving any objections, see attached Batestamped documents. Discovery is ongoing and continuing.

Dated:  June 21, 2026

*/s/ J. Curtis Edmondson*

_____

J. Curtis Edmondson
Attorney for Defendant

SIDNEY REDFIELD'S RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION

## PROOF OF SERVICE

I, J. Curtis Edmondson, hereby certify that I am over the age of 18 and not a party to this action. My business address is LAW OFFICES OF J. CURTIS EDMONDSON, 3720 SW 141st Avenue, Suite 212, Beaverton OR  97005.

On June 21, 2026, I served the following document: **DEFENDANT SIDNEY REDFIELD dba SIDALPHA's RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION**

to the following persons:

David Stebbins
123 W. Ridge Ave., APT D
Harrison, AR 7260
acerthorn@yahoo.com

Service was completed in the following matter:


  X      **By E-mail or Electronic Transmission**: Via E-mail or Electronic Transmission, by transmitting a true copy of the document(s) to the persons at the corresponding electronic address as indicated above on the above-mentioned date. I am readily familiar with this firm's electronic mail system and did not receive any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.


*/s/ J. Curtis Edmondson*
J. Curtis Edmondson
Attorney for Defendant

SIDNEY REDFIELD'S RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION