# Exhibit D

J. Curtis Edmondson (SBN 236105)
Law Offices of J. Curtis Edmondson
Beaverton Plaza Building
3720 SW 141st Avenue, Suite 212
Beaverton, OR 97005
Phone: (503) 336-3749
Email: jcedmondson@edmolaw.com
Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID STEBBINS, <br><br> Plaintiff, <br><br> v. <br><br> SYDNEY REDFIELD dba SIDALPHA, <br><br> Defendants. | Case No. 4:23-cv-00321-MWC <br><br> **DEFENDANT SIDNEY REDFIELD dba SIDALPHA's RESPONSE TO PLAINTIFF'S REQUEST TO PERMIT INSPECTION** |

PROPOUNDING PARTY:    Plaintiff, DAVID STEBBINS

RESPONDING PARTY:    Defendant, SIDNEY REDFIELD DBA

SIDALPHA

SET NO.:    ONE

Defendant SIDNEY REDFIELD DBA SIDALPHA ("SIDALPHA" or "Defendant") hereby responds to Plaintiff DAVID STEBBINS' ("STEBBINS" or "Plaintiff") First Request to Permit Inspection pursuant to FRCP 34, as follows:

**GENERAL OBJECTIONS**

1.    Defendant objects to these Requests to the extent they seek documents, which is already in the custody of Plaintiff, or is in the possession of other parties, or the public domain that Plaintiff has equal access to.  To the extent that Plaintiff is

- 1 -
DEFENDANT SIDNEY REDFIELD'S RESPONSES TO PLAINTIFF'S REQUEST TO PERMIT INSPECTION

seeking such documents which are more readily available from other sources or already in the possession of Plaintiff, Defendant objects to these discovery requests as unduly burdensome.

2        Defendant further objects to the Requests to the extent they seek to impose duties and obligations beyond those authorized by, or imposed by, Federal Rules of Civil Procedure Rules 26 and 34. To the extent the Requests seek to impose obligations greater than those imposed by such Rules, they are overly broad and unduly burdensome.

Notwithstanding these General Objections, Defendant further responds to the individual requests below:

## RESPONSES TO REQUESTS TO PERMIT INSPECTION

**REQUEST NO. 1**:   For the duration of discovery in this action, send an invitation to the gmail account of acerthorn@gmail.com to provide view-only access to the analytics section of the Defendant's "SidAlpha" YouTube channel

OBJECTIONS:  Seeks attorney work-product and/or attorney-client privileged documents not subject to disclosure; vague and ambiguous as to "SidAlpha YouTube channel."  Seek confidential and private information not relevant nor reasonably likely to lead to the discovery of evidence in this case. Oppressive and burdensome in scope.  This and the 314 requests for production are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:  Without waiving any objections, after a reasonable search, Defendant will make responsive documents, if any, available for inspection at defense counsel's office in Beaverton, Oregon at a mutually convenient time and date.

**REQUEST NO. 2:**   For the duration of discovery in this action, provide the Plaintiff with access to the Defendant's X account (formerly known as Twitter), including his DM inbox and sent box of same.

OBJECTIONS:  Vague and ambiguous as to "DM inbox."  Seeks confidential and private information not relevant nor reasonably likely to lead to the discovery of evidence in this case.  Compound in form. This and the 314 requests for production are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE: Without waiving any objections, after a reasonable search, Defendant will make responsive documents, if any, available for inspection at defense counsel's office in Beaverton, Oregon at a mutually convenient time and date.

**REQUEST NO. 3**:  For the duration of discovery in this action, provide the Plaintiff with full access to the entirety of the Defendant's discord account, including his DM section, the ability to see everything in his Discord server located at discord.com/channels/243273897049456640 (even things that are normally only visible to moderators or administrators), as well as any other discord servers he is a part of, and everything he is able to see in them.

OBJECTIONS:  Compound in form and consists of several interrogatories in one; seeks confidential and private information not relevant nor reasonably likely to lead to the discovery of evidence in this case.  This and the 314 requests for production are not proportional to the needs of the case, considering the amount in controversy and the parties' relative access to relevant information under FRCP 26.

RESPONSE:  Without waiving any objections, after a reasonable search, Defendant will make responsive documents, if any, available for inspection at defense counsel's office in Beaverton, Oregon at a mutually convenient time and

SIDNEY REDFIELD'S RESPONSES TO PLAINTIFF'S REQUEST TO PERMIT INSPECTION

date.

Dated:  June 21, 2026

*/s/ J. Curtis Edmondson*

J. Curtis Edmondson
Attorney for Defendant

- 4 -

**PROOF OF SERVICE**

I, J. Curtis Edmondson, hereby certify that I am over the age of 18 and not a party to this action. My business address is LAW OFFICES OF J. CURTIS EDMONDSON, 3720 SW 141st Avenue, Suite 212, Beaverton OR  97005.

On June 21, 2026, I served the following document: **DEFENDANT SIDNEY REDFIELD dba SIDALPHA's RESPONSES TO PLAINTIFF'S FIRST REQUEST TO PERMIT INSPECTION**

to the following persons:

David Stebbins
123 W. Ridge Ave., APT D
Harrison, AR 7260
acerthorn@yahoo.com

Service was completed in the following matter:

    X      **By E-mail or Electronic Transmission**: Via E-mail or Electronic Transmission, by transmitting a true copy of the document(s) to the persons at the corresponding electronic address as indicated above on the above-mentioned date. I am readily familiar with this firm's electronic mail system and did not receive any electronic message or other indication that the transmission was unsuccessful.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.


                              */s/ J. Curtis Edmondson*
                              J. Curtis Edmondson
                              Attorney for Defendant

SIDNEY REDFIELD'S RESPONSES TO PLAINTIFF'S REQUEST TO PERMIT INSPECTION