# Exhibit F

## Re: Hello

From: SidAlpha (sidalpha@sidalpha.com)

To: acerthorn@yahoo.com

Date: Sunday, January 16, 2022 at 04:40 PM CST

No.

Get Outlook for Android

---

**From:** acerthorn <acerthorn@yahoo.com>
**Sent:** Sunday, January 16, 2022 4:46:54 AM
**To:** SidAlpha <sidalpha@sidalpha.com>
**Subject:** Hello

Dear Mr. Sid Alpha,

I doubt this will do very much good, since you seem to already have your mind made up about me. But I feel compelled to at least try.

People have been sending you highly cherry-picked information about me, and you have been regurgitating it on your Twitter account, almost verbatim. You should have reached out to me and asked for my side of the story first before you just assumed that what you were getting was the full picture.

Please cease and desist.

Your's truly ...

