UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID A. STEBBINS,

Plaintiff,

v.

SYDNEY REDFIELD,

Defendant.

Case No. 23-cv-00321-MMC   (ASK)

**ORDER RE: DISCOVERY MOTIONS**

Re: Dkt. Nos. 132, 133

Before the Court are two discovery motions filed by Plaintiff Stebbins. Dkts. 132, 133. Because these discovery motions were not filed in accordance with the undersigned's Civil Standing Order, both motions are **DENIED** without prejudice. *See Goddard v. Apple Inc*, No. 25-CV-06187-JSC, 2026 WL 927914, at *2 (N.D. Cal. Apr. 6, 2026) (denying without prejudice a plaintiff's motion for failing to comply with the court's standing order); *see also* Civil Standing Order for Magistrate Judge Ajay S. Krishnan (rev. April 28, 2026), https://cand.uscourts.gov/sites/default/files/standing-orders/ASK-Standing-Order-for-Civil-Cases_4.28.26.pdf. In the event a joint letter cannot be filed—which should be a rare event—the parties should explain with detailed facts why a joint letter was not possible, including the specific timing and nature of efforts to meet and confer.

On a related note, with regard to the inability to reach agreement on the merits, a blanket statement that opposing counsel was "frustratingly uncooperative and utterly refused to confer in good faith" is conclusory and unhelpful. Dkt. 133 at 1. Additionally, as drafted, it amounts to an

United States District Court
Northern District of California

improper *ad hominem* attack, which the parties should refrain from.

**IT IS SO ORDERED.**

Dated: June 25, 2026

_____
AJAY KRISHNAN
United States Magistrate Judge