# Exhibit A

## RE: Case 3:23-cv-00321-MMC Stebbins v. Redfield Discovery Letter Brief

From: ASK CRD (askcrd@cand.uscourts.gov)

To:    acerthorn@yahoo.com; jcedmondson@edmolaw.com

Date:  Tuesday, June 30, 2026 at 01:54 PM CDT

Good morning,

The Court does not provide time estimates.

Kind regards,



**Kim Means**
Courtroom Deputy to the
Honorable Ajay S. Krishnan
United States District Court
Northern District of California
https://cand.uscourts.gov
Kim_Means@cand.uscourts.gov
Office: 510-637-1296

**From:** Acerthorn <acerthorn@yahoo.com>
**Sent:** Tuesday, June 30, 2026 11:40 AM
**To:** ASK CRD <askcrd@cand.uscourts.gov>
**Subject:** Re: Case 3:23-cv-00321-MMC Stebbins v. Redfield Discovery Letter Brief

 **CAUTION - EXTERNAL:**

So... it'll come next year... is that about right?

Sincerely,

Acerthorn

On Tuesday, June 30, 2026 at 01:21:53 PM CDT, ASK CRD <askcrd@cand.uscourts.gov> wrote:

Case 3:23-cv-00321-MMC     Document 137-1     Filed 07/01/26     Page 3 of 5

Good morning,

The Court does not provide time estimates.

Kind regards,



**Kim Means**
Courtroom Deputy to the
Honorable Ajay S. Krishnan
United States District Court
Northern District of California
https://cand.uscourts.gov
Kim_Means@cand.uscourts.gov
Office: 510-637-1296

---

**From:** Acerthorn <acerthorn@yahoo.com>
**Sent:** Tuesday, June 30, 2026 10:56 AM
**To:** J. Curtis Edmondson <jcedmondson@edmolaw.com>; ASK CRD <askcrd@cand.uscourts.gov>
**Subject:** Re: Case 3:23-cv-00321-MMC Stebbins v. Redfield Discovery Letter Brief

 **CAUTION - EXTERNAL:**


Dear Chambers,

Will you please reply to this?

Sincerely,
Acerthorn


On Tuesday, June 30, 2026 at 05:40:49 AM CDT, Acerthorn <acerthorn@yahoo.com> wrote:


Do you have any estimate as to when Judge Krishnan will have an update for me?

Sincerely,
Acerthorn


On Monday, June 29, 2026 at 10:39:35 AM CDT, ASK CRD <askcrd@cand.uscourts.gov> wrote:


Good morning,

Please see

1.   Judge Krishnan's Civil Standing Order, Paragraph 5 re Discovery:
"Upon review of the statement(s), the Court will advise the parties regarding the need for more briefing, a hearing, or a video or telephonic conference."

    2) Civil Local Rule 7-1(b):     **"**In the Judge's discretion, or upon request by counsel and with the Judge's approval, a motion may be determined without oral

argument or by telephone conference call."

Kind regards,



**Kim Means**
Courtroom Deputy to the
Honorable Ajay S. Krishnan
United States District Court
Northern District of California
https://cand.uscourts.gov
Kim_Means@cand.uscourts.gov
Office: 510-637-1296

---

**From:** Acerthorn <acerthorn@yahoo.com>
**Sent:** Friday, June 26, 2026 11:32 PM
**To:** ASK CRD <askcrd@cand.uscourts.gov>; J. Curtis Edmondson <jcedmondson@edmolaw.com>
**Subject:** Re: Case 3:23-cv-00321-MMC Stebbins v. Redfield Discovery Letter Brief

**CAUTION - EXTERNAL:**

So let me get this straight? Because "David Stebbins" is the Plaintiff, that means there's a 100% chance that you're not going to set a hearing and just instantly declare that the defendants' responses are all full, complete, and sufficient, just because you say so. Is that about right?

Sincerely,
Acerthorn

On Friday, June 26, 2026 at 01:24:33 PM CDT, ASK CRD <askcrd@cand.uscourts.gov> wrote:

Good morning,

Received.   The Court will review the letter brief and determine whether a hearing is needed.   Hearings are not set for discovery letter briefs unless the Court believes there is a need for one.

Kind regards,



**Kim Means**
Courtroom Deputy to the
Honorable Ajay S. Krishnan
United States District Court
Northern District of California
https://cand.uscourts.gov
Kim_Means@cand.uscourts.gov
Office: 510-637-1296

---

**From:** Acerthorn <acerthorn@yahoo.com>
**Sent:** Friday, June 26, 2026 8:00 AM

**To:** ASK CRD <askcrd@cand.uscourts.gov>; J. Curtis Edmondson <jcedmondson@edmolaw.com>
**Subject:** Case 3:23-cv-00321-MMC Stebbins v. Redfield Discovery Letter Brief

 **CAUTION - EXTERNAL:**


Dear Judge Krishnan's Chambers,

Please find attached the joint discovery letter filed by both parties in the above-styled action.

Will you please schedule an oral hearing over zoom, preferably sometime early next week?

Sincerely,
Acerthorn

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.