# Exhibit B

## Re: Will you stipulate to this?

From:　Acerthorn (acerthorn@yahoo.com)

To:　　jcedmondson@edmolaw.com

Date:　Wednesday, July 1, 2026 at 02:34 PM CDT

---

If you do not reply by the close of business day (5PM), I will assume you oppose this motion and file the motion accordingly.

Sincerely,
Acerthorn

> On Wednesday, July 1, 2026 at 01:36:55 PM CDT, Acerthorn <acerthorn@yahoo.com> wrote:
>
> Are you going to reply to this?
>
> Sincerely,
> Acerthorn
>
> On Wednesday, July 1, 2026 at 12:22:53 PM CDT, Acerthorn <acerthorn@yahoo.com> wrote:
>
> Dear Mr. Edmondson,
>
> Please find attached a draft Motion for Stay pending resolution of the current discovery dispute. Would you be willing to stipulate to this motion?
>
> Sincerely,
> Acerthorn