# Exhibit A

Case 3:23-cv-00321-MMC    Document 138-1    Filed 07/06/26    Page 2 of 4

Re: Activity in Case 3:23-cv-00321-MMC Stebbins v. Redfield Motion to Stay

From: Acerthorn (acerthorn@yahoo.com)

To: mmccrd@cand.uscourts.gov; askcrd@cand.uscourts.gov; jcedmondson@edmolaw.com

Date: Friday, July 3, 2026 at 08:05 PM CDT

Dear Chambers,

I just noticed that you were actually closed today, even though it technically wasn't the Fourth of July just yet. So that explains why you did not reply to my suggestion for an expedited briefing schedule today. So I apologize for and withdraw my 1:44PM PDT email where I asked you to respond to my suggestion, as you had a reason for not replying just yet.

However, I still would very much appreciate a prompt response to my suggestion of an expedited briefing scheduling when you return on Monday.

Sincerely,
Acerthorn

On Friday, July 3, 2026 at 03:44:20 PM CDT, Acerthorn <acerthorn@yahoo.com> wrote:

Could you please respond to this suggestion?

Sincerely,
Acerthorn

On Friday, July 3, 2026 at 10:01:31 AM CDT, Acerthorn <acerthorn@yahoo.com> wrote:

Then, can you, at a minimum, order an expedited response from the defense so this can be resolves asap?

Sincerely,
Acerthorn

On Thursday, July 2, 2026 at 06:22:30 PM CDT, MMC CRD <mmccrd@cand.uscourts.gov> wrote:

As with any motion – the opposing side is entitled to file a response.



**Tracy A. Geiger**

Court Clerk to the Honorable Maxine M. Chesney

United States District Court

Northern District of California

https://cand.uscourts.gov

Office: 415-522-2041

---

**From:** Acerthorn <acerthorn@yahoo.com>
**Sent:** Thursday, July 2, 2026 2:49 PM
**To:** MMC CRD <MMCCRD@cand.uscourts.gov>; ASK CRD <askcrd@cand.uscourts.gov>; J. Curtis
Edmondson <jcedmondson@edmolaw.com>
**Subject:** Re: Activity in Case 3:23-cv-00321-MMC Stebbins v. Redfield Motion to Stay

 **CAUTION - EXTERNAL:**


Dear Judge Chesney's Chambers,

Do you have any intention of replying to this?

Sincerely,
Acerthorn


On Wednesday, July 1, 2026 at 07:57:07 PM CDT, Acerthorn <acerthorn@yahoo.com> wrote:


Dear Chambers,

This is an urgent matter that requires your immediate attention in order to avoid irreparable
injury. Please review the matter as soon as possible.

Sincerely,
Acerthorn


----- Forwarded Message -----
**From:** ECF-CAND@cand.uscourts.gov <ecf-cand@cand.uscourts.gov>
**To:** "efiling@cand.uscourts.gov" <efiling@cand.uscourts.gov>
**Sent:** Wednesday, July 1, 2026 at 07:54:22 PM CDT
**Subject:** Activity in Case 3:23-cv-00321-MMC Stebbins v. Redfield Motion to Stay


**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to
this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive
one free electronic copy of all documents filed electronically, if receipt is required by law
or directed by the filer. PACER access fees apply to all other users. To avoid later**

charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**California Northern District**

## Notice of Electronic Filing

The following transaction was entered on 7/1/2026 at 5:53 PM and filed on 7/1/2026

**Case Name:**          Stebbins v. Redfield
**Case Number:**        3:23-cv-00321-MMC
**Filer:**              David A. Stebbins
**Document Number:** 137

**Docket Text:**
**Emergency MOTION to Stay re [135] Joint Discovery Letter Brief*and request for oral hearing*, [107] Pretrial Order, *Motion for Stay of Scheduling Order Pending Resolution of Discovery Dispute* filed by David A. Stebbins. Motion Hearing set for 7/31/2026 10:00 AM in San Francisco, - Videoconference Only before Judge Maxine M. Chesney. Responses due by 7/15/2026. Replies due by 7/22/2026. (Attachments: # (1) Exhibit A, # (2) Exhibit B)(Stebbins, David) (Filed on 7/1/2026)**

**3:23-cv-00321-MMC Notice has been electronically mailed to:**

David A. Stebbins      acerthorn@yahoo.com

Joseph Curtis Edmondson      jcedmondson@edmolaw.com, docket@edmolaw.com, kirenr@edmolaw.com

**3:23-cv-00321-MMC Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\Motion for Stay.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=7/1/2026] [FileNumber=23732471-0]
[415ed732fbd246fa45cc5d44757e9edc1df3365f3493f2631c1fd6efc821893efd9c8
1f25ad1b78952423a3755a2313065f7cd0900ec672807aeff7dc678b20f]]
**Document description:**Exhibit A
**Original filename:**C:\fakepath\Exhibit A.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=7/1/2026] [FileNumber=23732471-1]
[3bc37402f4a41757a852e68fb3a021cb8a6f72e4bbdc2587f4601b407f720ddcb534d
2bd508a838b4ba2542a99875e4a0093dccb07251286e9b0aeee46c5efaf]]
**Document description:**Exhibit B
**Original filename:**C:\fakepath\Exhibit B.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=7/1/2026] [FileNumber=23732471-2]
[9221c4838196e18d0bbb5bd469ed75d41684a8dba36aea62f0d6ed420dc0a1ac47a97
d7fe21e5254cfcde052bb8b4d603adcb3c7aed35a57e159380e2735c1b9]]

 **CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.