# Exhibit B

## Re: Stipulation to Stay of Proceedings

From: Acerthorn (acerthorn@yahoo.com)

To: jcedmondson@edmolaw.com

Date: Sunday, July 5, 2026 at 10:41 AM CDT

I concede that you might have been doing "4th of July" stuff yesterday, so that's why you didn't get back to me. However, if you do not reply to me by the end of the day, I will proceed with filing the supplemental brief.

Sincerely,
Acerthorn

On Saturday, July 4, 2026 at 05:11:55 PM CDT, Acerthorn <acerthorn@yahoo.com> wrote:

If you do not respond to this question by the end of the day, I will file a supplement to the pending motions, attaching this email conversation as an exhibit, and use that as evidence that you were, indeed, acting in a bad faith attempt to drag out the meet & confer by a knowingly unnecessary amount in order to chip away at my patience.

The fact that you object to having to justify your preferred format because "there are pending motions," but still felt justified in re-raising the offer to confer as long as I follow your preferred format despite those same motions also being pending, demonstrates that you know deep down that you can't actually justify that format, which in turn means that you're insisting on it for a mendacious reason.

So if you do not reply by the end of the day, I will notify the Court of your implicit admission of mendacity.

Sincerely,
Acerthorn

On Saturday, July 4, 2026 at 03:01:54 PM CDT, Acerthorn <acerthorn@yahoo.com> wrote:

So you're refusing to answer the questions?

In that case, why did you offer me one last time, at 10:18AM on July 2, to explain the issues I have with your responses?

Sincerely,
Acerthorn

On Friday, July 3, 2026 at 08:36:27 PM CDT, J. Curtis Edmondson <jcedmondson@edmolaw.com> wrote:

Hello David,

There is a joint motion, on your discovery issue, before the magistrate. Also a motion, before the district judge, modifying the scheduling order.

B. Regards,

J. Curtis Edmondson, Counsel
Law Offices of J. Curtis Edmondson
Patents, Copyrights, Trademarks, Trade Secrets, and Unfair Competition
ph: (503) 336-3749 | fax: (503) 482-7418
jcedmondson@edmolaw.com | www.edmolaw.com
Licensed in Washington, Oregon, California, DC, and before the USPTO

## Edmondson IP Law

On 07/03/2026 6:09 PM PDT Acerthorn <acerthorn@yahoo.com> wrote:

Can you maybe explain this to me: Why exactly do you insist that I explain my issues with you one discovery request at a time? Why won't you accept when I explain an issue once and explain how it applies to entire chunks of discovery requests in one fell swoop, knocking out multiple birds with one stone?

Maybe if I understood why you insist on doing it this way, I might be more willing to follow your format.

Sincerely,
Acerthorn

On Thursday, July 2, 2026 at 08:18:28 AM CDT, J. Curtis Edmondson <jcedmondson@edmolaw.com> wrote:

David (Acerthorn),

I am unable to stipulate to a stay as we have adequately responded to your discovery requests. I offered to walk through each question that you had an issue with. We covered two RFA's before you ended the meet and confer. You chose not to participate in the process.

Please send me any further issues in this format (below) by email and I will respond.

RPD 1 - Issue
RPD 2 - Issue
..
RFA 14 - Issue

etc.


B. Regards,

J. Curtis Edmondson, Counsel
Law Offices of J. Curtis Edmondson

Case 3:23-cv-00321-MMC    Document 138-2    Filed 07/06/26    Page 4 of 4

Patents, Copyrights, Trademarks, Trade Secrets, and Unfair Competition
ph: (503) 336-3749 | fax: (503) 482-7418
jcedmondson@edmolaw.com | www.edmolaw.com
Licensed in Washington, Oregon, California, DC, and before the USPTO

**Ｅ Edmondson IP Law**

On 07/01/2026 10:22 AM PDT Acerthorn <acerthorn@yahoo.com> wrote:

Dear Mr. Edmondson,

Please find attached a draft Motion for Stay pending resolution of the current discovery dispute. Would you be willing to stipulate to this motion?

Sincerely,
Acerthorn