David Stebbins          123 W. Ridge Ave., APT D, Harrison, AR 72601

(870) 204-6516          acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                        PLAINTIFF

VS.                    Case 4:23-cv-00321-MMC

SYDNEY REDFIELD, d.b.a. SIDALPHA                        DEFENDANTS

### OBJECTION TO DKT. 139, ORDER OF MAGISTRATE JUDGE

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Objection to Magistrate Judge's Order Dkt. 139 regarding discovery and subpoenas.

**Subpoenas of witnesses**

First of all, his order does not even address, in the first instance, the portion of the joint letter where I asked him to issue subpoenas. He addresses the Defendant's bad faith attempt to re-raise the issue of appointment of deposition officers, which I didn't even include myself (see Dkt. 136), but he ignores entirely my request for subpoenas.

For over a month now, I've been playing the magistrate judge's game of cat and mouse. First, he denied my initial motion for subpoenas (Dkt. 118) without prejudice for reasons that appeared on their surface to be legitimate (see Dkt. 131), but then, when I re-filed the motion and addressed the shortcomings he pointed out, he denied it without prejudice *again* (Dkt. 134), this time because I didn't do it as a "joint letter" to the magistrate judge.

Of course, he could have pointed that out in his original order, but he didn't. So it seems like he's just making it up as he goes along.

But then, when I included that in my joint discovery letter (see Dkt. 135, Page 3, Lines 12-14), he denies that "without prejudice" too, and this time, no reason at all is given for why he still refuses to issue the subpoenas! The reason he gave for refusing to grant me relief on the discovery disputes does not make any sense when applied to the subpoenas.

If I come file something else to try and get the subpoenas, is the magistrate judge just going to come up with some other arbitrary excuse to refuse to issue the subpoenas "without prejudice?" And another? And another? This has gone on long enough. If the Magistrate Judge

hasn't stated a reason by now why my requests for subpoenas are procedurally deficient, he shouldn't be allowed to make any more.

The Magistrate Judge has abused his discretion insofar as his order fails to address the portion fo the joint letter that requests subpoenas. Therefore, the District Court should force him to address it.

**Discovery Dispute**

The Magistrate Judge also abused his discretion and acted entirely arbitrary when he held that I am required to meet and confer with the Defendant on each and every discovery dispute one at a time, no matter how tedious or repetitive that might be. He cites to no legal authority stating that parties are not allowed to meet and confer on multiple discovery responses at once, no matter how efficient and economical that might be. The Magistrage Judge is just making up the rules as he goes along.

Therefore, the District Court should vacate the Magistrate Judge's order and issue a ruling, herself, on Dkt. 133 ("Motion to Compel Discovery") as well as Dkt. 132 ("Second Motion for Issuance of Subpoena Duces Tecum"). I've played the magistrate judge's game of cat and mouse long enough. He shouldn't be allowed to just make up the rules as he goes along like this.

So requested on this, the 6th day of July, 2026.

*/s/ David Stebbins*
David Stebbins (pro se)