David Stebbins                123 W. Ridge Ave., APT D, Harrison, AR 72601

(870) 204-6516          acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                    PLAINTIFF

VS.                          Case 4:23-cv-00321-MMC

SYDNEY REDFIELD, d.b.a. SIDALPHA                          DEFENDANTS

**EMERGENCY SECOND MOTION FOR STAY**

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Emergency Second Motion for Stay of Proceedings pending resolution of this discovery dispute.

As of the issuing of Dkt. 139, the first Emergency Motion for Stay is now moot. However, I am still no less in need of relief.

For purposes of this motion, the contents of the first Emergency Motion for Stay (Dkt. 137) are hereby incorporated by reference.

I now instead ask the Court to order the same relief that I requested in Dkt. 137, but the stay should last from June 26, 2026 until such time as the dispute regarding the first set of discovery requests is definitively resolved, no matter how many times the magistrate judge denies "without prejudice" my requests for relief. Until such time as (1) he issues a definitive ruling on the merits of both the discovery dispute and the request for subpoenas, (2) I have an opportunity to object to that order, and (3) that objection is either not filed or is definitively resolved by the District Judge, the scheduling order (Dkt. 107) should be stayed and should be re-adjusted after the stay is lifted in a manner like that I described in the first Emergency Motion for Stay.

Alternatively, the stay can be lifted by motion if we manage to resolve all discovery disputes without court action, but only if I'm the one filing the Motion to Lift Stay.

So requested on this, the 6th day of July, 2026.

                                                            /s/ David Stebbins
                                                            David Stebbins (pro se)