David Stebbins          123 W. Ridge Ave., APT D, Harrison, AR 72601

(870) 204-6516          acerthorn@yahoo.com

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                        PLAINTIFF

VS.                          Case 4:23-cv-00321-MMC

SYDNEY REDFIELD, d.b.a. SIDALPHA                        DEFENDANTS

**<u>EMERGENCY MOTION FOR LEAVE TO FILE UNILATERAL JOINT DISCOVERY DISPUTE OR IN THE ALTERNATIVE TO COMPEL DEFENSE TO MEET & CONFER</u>**

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Emergency Motion for Leave to File Unilateral Joint Discovery Dispute or in the Alternative to Compel Defense Counsel to Meet & Confer in the above-styled matter.

I went ahead and copied and pasted my issues with the discovery responses to each response they were applicable to, and I send those to the Defense Counsel, asking him to meet and confer. See **Exhibit A**.

The Defense Counselor said he wouldn't even *look* at the issues for at least another week! See **Exhibit B**.

His reason was … he was on the road. But that doesn't make any sense. You don't have to be in your office just to read some papers, especially when 99% of these issues are the same four issues copied and pasted over a hundred times each. And besides, he can still meet and confer with me over the phone, even if he has to do it on a Saturday or Sunday.

I therefore ask the Court to do one of the following: Either...

1. Grant me leave to unilaterally file a discovery dispute notice for the Magistrate Judge to resolve, and this time, he should be required to resolve it on the merits; or

2. Order the Defendant to meet and confer with me on July 9, 2026.

Because this matter is cutting into my time where I'm allowed to conduct non-expert discovery, I respectfully ask that this matter be given emergency treatment.

So requested on this, the 6th day of July, 2026.

*/s/ David Stebbins*
David Stebbins (pro se)