# Exhibit A

## My issues with EACH of your discovery responses

From:  Acerthorn (acerthorn@yahoo.com)

To:     jcedmondson@edmolaw.com

Date:  Monday, July 6, 2026 at 03:54 PM CDT

Dear Mr. Edmondson,

Here are my issues with EACH of your discovery responses, one at a time, as the Court for some reasons insists that I do: https://docs.google.com/document/d/10kCk8kWrbWUJebHUhtlxxEF83br63UTZYnejDws0M2s/edit?usp=sharing

Please tell me if I can call you tomorrow (July 7, 2026) from 8AM-12PM & 1PM-5PM pacific time to discuss these matters.

Sincerely,
Acerthorn