# Exhibit B

## Re: My issues with EACH of your discovery responses

From:  J. Curtis Edmondson (jcedmondson@edmolaw.com)

To:      acerthorn@yahoo.com

Cc:      sallyr@edmolaw.com

Date:  Monday, July 6, 2026 at 04:58 PM CDT

David,

I am on the road for the rest of the week in DC and NYC and it will take time to address each your concerns, so I will look at this link a week from today, and then lets talk a week from Friday  (717).  I will set up a zoom call and allocate the whole day for it on 7/17.

Sid is not my only client. And the court ordered what I proposed a couple of weeks back - when I offered the whole day for the meet and confer.

I will get amended responses to the two RFA's to you right away per the Court order.

In Best Regards,

J. Curtis Edmondson,  Counsel
Law Offices of J. Curtis Edmondson
Patents, Copyrights, Trademarks, Trade Secrets, and Unfair Competition
ph: (503) 336-3749 | fax: (503) 482-7418
jcedmondson@edmolaw.com | www.edmolaw.com
Licensed in Washington, Oregon, California, DC, and before the USPTO

Edmondson IP Law

> On 07/06/2026 2:47 PM PDT Acerthorn <acerthorn@yahoo.com> wrote:
>
>
> That is not acceptable! Making me wait two weeks before I can even so much as meet and confer with you is NOT "good faith."
>
> Now, if we can't do it tomorrow, then can we at least do it Thursday, July 9th?
>
> Sincerely,
> Acerthorn
>
>
> On Monday, July 6, 2026 at 04:21:22 PM CDT, J. Curtis Edmondson <jcedmondson@edmolaw.com> wrote:
>
>
> David,
>
> The two RFA's we can amend rather quickly.
>
> I am on the road for the rest of the week in DC and NYC and it will take time to address each your concerns, so I will look at this link a week from today, and then lets talk two weeks from today (7/20).  I will set up a zoom call and allocate the whole day for it on 7/20.

Case 3:23-cv-00321-MMC    Document 142-2    Filed 07/06/26    Page 3 of 3

Will you withdraw the motion before the district court judge?

- Curt

On 07/06/2026 1:54 PM PDT Acerthorn <acerthorn@yahoo.com> wrote:

Dear Mr. Edmondson,

Here are my issues with EACH of your discovery responses, one at a time, as the Court for some reasons insists that I do: https://docs.google.com/document/d/10kCk8kWrbWUJebHUhtlxxEF83br63UTZYnejDws0M2s/edit?usp=sharing

Please tell me if I can call you tomorrow (July 7, 2026) from 8AM-12PM & 1PM-5PM pacific time to discuss these matters.

Sincerely,
Acerthorn