IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID A. STEBBINS,

    Plaintiff,

    v.

SYDNEY REDFIELD,

    Defendant.

Case No.  23-cv-00321-MMC

**ORDER DENYING PLAINTIFF'S SECOND MOTION FOR STAY**

Before the Court is plaintiff's "Emergency[1] Second Motion for Stay," filed July 6, 2026, whereby plaintiff seeks an order staying all proceedings in the above-titled action until Magistrate Judge Ajay Krishnan "issues a definitive ruling on the merits of both the [pending] discovery dispute and the request for subpoenas" and plaintiff has "an opportunity to object to that order." (See Doc. No. 141).[2]

Pursuant to the Court's Pretrial Preparation Order, the non-expert discovery cutoff is not until January 1, 2027, and the expert discovery cutoff is not until March 5, 2027.

_____

[1] The instant motion is one of two motions filed by plaintiff within the past week, two of which are directed at the undersigned and one directed at Judge Krishnan, both motions titled "Emergency," which characterization plaintiff concedes was used because, according to plaintiff, the Court "will just take months and months to rule." (See Doc. No. 137).  Such use is not appropriate, and, although the Court did rule on the instant motion shortly after its filing, it did so in order to make clear to both parties that, as to all discovery not in dispute, they need to proceed without delay and in accordance with the discovery schedule currently in place.

[2] Along with the above-referenced motion, plaintiff filed, on July 6, 2026, his Emergency Motion for Leave to File Unilateral Joint Discovery Dispute or In the Alternative to Compel Defense to Meet & Confer (Doc. No. 142), neither "accompanied by a proposed order," which, pursuant to the Civil Local Rules of this District, was required.  See Civil L.R. 7-2.

(See Doc. No. 107.)  Under such circumstances, plaintiff's request that the Court stay all proceedings and that "[o]nce the stay is lifted, a new Discovery & Trial Schedule, replacing Dkt. 107" be issued (see Doc. No. 137),[3] is not warranted at this time.

Accordingly, plaintiff's Emergency Second Motion for Stay is hereby DENIED.

**IT IS SO ORDERED.**

Dated: July 7, 2026

_____
MAXINE M. CHESNEY
United States District Judge

United States District Court
Northern District of California

---

[3] In the instant motion, plaintiff "ask[s] the Court to order the same relief that [he] requested in Dkt. 137."  (See Doc. No. 141.)  Given the multiplicity of motions filed by plaintiff and the number of issues raised therein, plaintiff's practice of incorporating documents by reference makes the Court's ruling on any given motion unnecessarily burdensome.  Accordingly, as to future motions plaintiff is hereby DIRECTED to include in such motion the particular relief sought as well as all arguments and other support therefor.