UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                    PLAINTIFF

VS.                              Case 4:23-cv-00321-MMC

SYDNEY REDFIELD, d.b.a. SIDALPHA                          DEFENDANTS

**PROPOSED ORDER GRNATING MOTION FOR LEAVE TO FILE UNILATERAL DISCOVERY DISPUTE OR IN THE ALTERNATIVE TO COMPEL DEFENSE COUNSEL TO MEET AND CONFER**

COMES NOW before the Court the Plaintiff's Motion for Leave to File Unilateral Discovery Dispute or in the Alternative to Compel Defense Counsel to Meet and Confer.

For good cause shown, the Court finds that the Defense Counsel's prognosis of a whole before he even reads the Plaintiff's issues to be untenable. Therefore, the Court hereby orders the Defense Counsel to meet and confer with the Plaintiff no later than Thursday, July 9, 2026.

If he fails to comply, the Plaintiff may file a unilateral renewed Discovery Letter, and Magistrate Judge Kishnan is hereby directed to address the matter on the merits if it comes to that.

IT IS SO ORDERED

_____
Signature of Judge


_____/_____/_____
Date (MM/DD/YYYY)