UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                    PLAINTIFF

VS.                      Case 4:23-cv-00321-MMC

SYDNEY REDFIELD, d.b.a. SIDALPHA                   DEFENDANTS

**PROPOSED ORDER GRANTING**

COMES NOW before the Court the Plaintiff's Request to Take Judicial Notice, Motion in Limine, and Motion for Protective Order in the above-styled action. For good cause shown, the Court GRANTS this request.

The Court hereby takes judicial notice that the case of Stebbins v. Stebbins, 2017 Ark. App. 428 from the Arkansas Court of Appeals merely states that a jury found that Plaintiff David A. Stebbins (the same plaintiff as in this case) had failed to prove that David D. Stebbins had battered him. It does not state that a jury found that he (David A. Stebbins) had indeed battered David D. Stebbins, or that he battered anyone at any time.

Therefore, this case is not admissible in the above-styled action for purposes of proving that Defendant Sydney Redfield told the substantial truth when he publicly reported that the Plaintiff David A. Stebbins was indicted for domestic battery but failed to disclose that his charges were ultimately dropped for want of evidence. See FRE 401(a). For these reasons, the Court GRANTS the Plaintiff's motion in limine and motion for protective order. The Defendant is hereby precluded from using that case as evidence in his defense.

The Court also finds that the Defendant is, at a minimum, reckless in his failure to notice that the aforementioned court opinion actually contradicts his position rather than supports it. Therefore, at trial (if there is one), there may be a rebuttal presumption of actual malice.

IT IS SO ORDERED.

_____
Signature of Judge


_____/_____/_____
Date (MM/DD/YYYY)

Case 4:23-cv-00321-MMC                  -1-