# Exhibit A

## Re: Renewed joint discovery letter

From: Acerthorn (acerthorn@yahoo.com)

To:     jcedmondson@edmolaw.com

Date:   Saturday, July 18, 2026 at 01:06 PM CDT

Please send me your 2.5 page argument in defense of the four disputed discovery requests by the end of the day, otherwise I will file a unilateral discovery letter regarding them.

Sincerely,
Acerthorn

> On Saturday, July 18, 2026 at 09:58:22 AM CDT, J. Curtis Edmondson <jcedmondson@edmolaw.com> wrote:
>
> David,
>
> Following up on your earlier email.  I took yesterday off and put this on the back-burner while we review your 400+ discovery requests after our 2 1/2 hr call. I will serve my part with the amended discovery responses.
>
> B. Regards,
>
> J. Curtis Edmondson,  Counsel
> Law Offices of J. Curtis Edmondson
> Patents, Copyrights, Trademarks, Trade Secrets, and Unfair Competition
> ph: (503) 336-3749 | fax: (503) 482-7418
> jcedmondson@edmolaw.com | www.edmolaw.com
> Licensed in Washington, Oregon, California, DC, and before the USPTO
>
> ▣ Edmondson IP Law
>
>> On 07/17/2026 8:18 AM PDT Acerthorn <acerthorn@yahoo.com> wrote:
>>
>> Are you going to reply to this?
>>
>> Sincerely,

Case 3:23-cv-00321-MMC    Document 146-1    Filed 07/21/26    Page 3 of 3

Acerthorn

On Thursday, July 16, 2026 at 06:46:44 PM CDT, Acerthorn <acerthorn@yahoo.com> wrote:

Attached is my 2.5 pages of argument for the joint discovery letter. Please add your 2.5 pages and we can file this jointly with the court.

Sincerely,
Acerthorn