UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                    PLAINTIFF

VS.                          Case 4:23-cv-00321-MMC

SYDNEY REDFIELD, d.b.a. SIDALPHA                              DEFENDANTS

**PROPOSED ORDER GRANTING**

COMES NOW before the Court the Plaintiff's Discovery Dispute. For good cause shown, the Court rules in favor of the Plaintiff.

The Defendant is hereby ordered supplement his response to Interrogatory #4 to provide the best evidence possible for why the Defendant's actions are not the but-for cause of the Plaintiff's hospitalization. He must complete this within seven (7) days, and if he fails to do so, it will be deemed established that the Defendant's defamation (if Plaintiff prevails on the issue of liability) was the but-for cause of the hospitalization.

The Defendant is hereby ordered to supplement his response to Interrogatory #6 to provide at least one alternative set of injunctions that would make the Plaintiff whole in practice by the same deadline as above. Failure to do so will result in the injunctions requested by the Plaintiff being deemed uncontested and stipulated to by the Defense.

The Defendant is hereby ordered to withdraw his objections to RFA #3 by the same deadline.

Lastly, the Defendant is hereby ordered to withdraw his objections to RFA #4 and to state in full exactly what efforts he has made to ascertain the truth or falsity of RFA #4. Failure to do so will constitute a contempt of court.

IT IS SO ORDERED.

_____
Signature of Judge

_____/_____/_____
Date (MM/DD/YYYY)

Case 4:23-cv-00321-MMC                          -1-