J. Curtis Edmondson (CA SBN # 236105)
Edmondson IP Law
Beaverton Plaza Building
3720 SW 141st Avenue, Suite 212
Beaverton, OR 97005
Phone: 503-336-3749
Fax: 503-482-7418
Email: jcedmondson@edmolaw.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

David A. Stebbins,

      Plaintiff,

  v.

Sidney Redfield *doing business as* Sidalpha,

      Defendant.

Case No. 3:23-cv-00321-MMC-ASK

Assigned to: Hon. Maxine M. Chesney, Courtroom 7

**DEFENDANT'S REQUEST FOR JUDICIAL NOTICE WITH EXHIBITS IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS**

Defendant Sidney Redfield ("Redfield") respectfully requests judicial notice under FRE 201(c)(2) of the following documents under FRE 201(a) and (b)(2):

  A. The pleadings in the following cases:

  *Stebbins vs. Alphabet* (22-cv-00546) ("***Alphabet Case***")

  *Stebbins vs. Redfield* (23-cv-00321) ("**Redfield Case**")

B. The following fact under the incorporation by reference doctrine for the purposes of judgment of the pleadings in view of a judicial admission as alleged in plaintiff's operative pleadings:

The URLs cited by Stebbins in both cases are identical (see *Alphabet FAC*, ECF 15, ⁋ 112; *Alphabet SAC*, ECF 17-1, ⁋ 112 and the *Stebbins Case*, ECF 1, ⁋ 7) and refer to the same video on YouTube.

Respectfully Submitted,

DATE:   July 23, 2026

*/s/ J. Curtis Edmondson*

J. Curtis Edmondson
Counsel for Defendant