J. Curtis Edmondson (CA SBN # 236105)
Edmondson IP Law
Beaverton Plaza Building
3720 SW 141st Avenue, Suite 212
Beaverton, OR 97005
Phone: 503-336-3749
Fax: 503-482-7418
Email: jcedmondson@edmolaw.com

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

David A. Stebbins,

                              Plaintiff,

        v.

Sidney Redfield *doing business as* Sidalpha,

                              Defendant.

Case No. 3:23-cv-00321-MMC-ASK

Assigned to: Hon. Maxine M. Chesney, Courtroom 7

**DECLARATION OF SIDNEY REDFIELD IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS**

I, Sidney Redfield, declare pursuant to 28 U.S.C. §1746(2) as follows:

1. I am over the age of 18 years of age, and I submit this Declaration in support of my Motion for Judgment on the Pleadings filed herewith.

2. This Declaration is based on my personal knowledge, and if called as a witness, I would and could testify regarding the following.

3. I have been sued by Plaintiff David Stebbins aka Acerthorne twice – in Case No. 22-cv-00546, CAND 22/8/2022) *Stebbins v. Rebolo, et al. (Alphabet, Inc.)*; and in this current case.

1
Declaration of Sidney Redfield in Support of Motion for Judgment on the Pleadings

4.  I posted a video on February 12, 2022 on YouTube, with the unique URL of https://www.youtube.com/watch?v=WB-XdlqDKIY. This is reflected in the First Amended Complaint, ECF 15, when I was named as John Doe 3 to *David Stebbins v. Alphabet, Inc et al,* Case # 3:22-cv-00546-JSW.

5.  In this case, the Complaint identified the same video that I posted, URL:         https://www.youtube.com/watch?v=WB-XdlqDKIY referenced specifically at ₱ 7.

6.  Since I was brought into the first case on March 2022 until the present date, I did not alter or change the video at the above-referenced URL hyperlink.

7.  The above references to a URL hyperlink are the exact same video.

I declare under penalty of perjury under the laws of the United States of America that the foregoing are true and correct.

/s/ Sidney Redfield

DATE:   July 23, 2026

_____

Sidney Redfield, Declarant

2

Declaration of Sidney Redfield in Support of Motion for Judgment on the Pleadings