**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

David A. Stebbins,

                    Plaintiff,

        v.

Sidney Redfield *doing business as* Sidalpha,

                    Defendant.

Case No. 3:23-cv-00321-MMC-ASK

Assigned to: Hon. Maxine M. Chesney, Courtroom 7

**[PROPSED] ORDER ON DEFENDANT'S MOTION FOR  JUDGMENT ON THE PLEADINGS**

        Having considering Defendant Sidney Redfield's Motion for Judgment on the Pleadings, the exhibits to the Request for Judicial Notice, supporting Declaration of Sidney Redfield (collectively, the "Motion"), any opposition, and any Reply, the files and records herein, and oral argument, if any is permitted, on the Motion, NOW THEREFORE,

        The Motion for Judgment on the pleadings is granted in its entirety, and the case is dismissed with prejudice.

 DATE:

                                                        _____

                                                        Hon. Maxine M. Chesney
                                                        UNITED STATES DISTRICT
                                                        COURT JUDGE

1
[Proposed] Order on Motion for Judgment on the Pleadings