UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                                    PLAINTIFF

VS.                                    Case 4:23-cv-00321-MMC

SYDNEY REDFIELD, d.b.a. SIDALPHA                              DEFENDANTS

**PROPOSED ORDER GRANTING MOTION TO RESTRICT DEFENDANT'S**

**ADMISSIONS**

COMES NOW before the Court the Plaintiff's Motion to Restrict Defendant's Admissions. For good cause shown, the Court GRANTS this motion.

The Defendant is hereby ordered to adhere to his previous, July 7 admission that the Plaintiff did not plead guilty to his charge of domestic battery. He may withdraw this admission only if he files a motion for leave to withdraw it, and that motion is granted by the Court.

If the Defendant files such a motion, he must show...

1. Show what facts (for example, the Arkansas court transcripts provided by the Plaintiff) lead him to previously admit that the Plaintiff did not plead guilty; and

2. Show good cause why he has a better than astronomical chance of prevailing on his new theory that the Plaintiff in fact plead guilty, taking into account the court transcripts the Plaintiff has already provided, as well as the arguments he made in Dkt. 149 (Reply in Continued Support of Request for Judicial Notice), and especially the arguments he present in Page 3 Line 18 through Page 5 Line 28 of that filing.

IT IS SO ORDERED.

_____
Signature of Judge

_____/_____/_____
Date (MM/DD/YYYY)