# Exhibit B

Transaction Amount Threshold Alert from Arvest Bank

From:   noreply_alerts@alerts.arvest.com (noreply_alerts@alerts.arvest.com)

To:       stebbinsd@yahoo.com

Date:   Friday, July 31, 2026 at 11:54 PM CDT



# Transaction Amount Threshold Alert

Thank you for choosing Arvest Bank.

**A transaction for $894.60 posted to your account PLUS CHECKING, which exceeds your alert threshold amount.**

You are receiving this alert because you signed up for Arvest Online Banking Alerts. If you would like to make any changes, please log on to Arvest Online Banking, then go to Settings -> Alerts to make your adjustments.

You have received this service message because of your relationship with Arvest Bank. Please note that Arvest Bank will never ask you to reveal or confirm any personal or account information from an email. We value and respect your email privacy. View our Privacy Policy. This is an unmonitored email box. For questions regarding this message, refer to the contact information on our website.

Arvest Bank | P. O. Box 799 | Lowell, AR 72745
arvest.com | Arvest Share

*Links to third-party sites are not operated by Arvest Bank, an FDIC-insured institution.*

Member FDIC | Equal Housing Lender