UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                    PLAINTIFF

VS.                                    Case 4:23-cv-00321-MMC

SYDNEY REDFIELD, d.b.a. SIDALPHA                          DEFENDANTS

**PROPOSED ORDER GRANTING MOTION FOR LEAVE TO APPEAR REMOTELY**

COMES NOW before the Court the Plaintiff's Motion for Leave to Appear Remotely in the above-styled action. For good cause shown, the Court GRANTS this motion. The Plaintiff is hereby authorized to appear for the hearings for all pending motions via Zoom Webinar if he so chooses.

IT IS SO ORDERED.

_____
Signature of Judge


_____/_____/_____
Date (MM/DD/YYYY)

Case 4:23-cv-00321-MMC                    -1-