J. Curtis Edmondson (CA SBN # 236105)
Edmondson IP Law
Beaverton Plaza Building
3720 SW 141st Avenue, Suite 212
Beaverton, OR 97005
Phone: 503-336-3749
Fax: 503-482-7418
Email: jcedmondson@edmolaw.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David A. Stebbins,<br><br>　　　　　Plaintiff,<br><br>　v.<br>Sidney Redfield<br>*doing business as*<br>Sidalpha<br><br>　　　　　Defendant. | Case No. 3:23-cv-00321-MMC<br><br>Defendant Sidney Redfield's objections to Plaintiff David A. Stebbins in forma pauperis application |

Defendant Sidney Redfield ("Redfield") objects to David A. Stebbins ("Stebbins") *in forma pauperis* application for the following judicially noticeable facts on his FAC from his pending case in the Arkansas. *Stebbins v. Walmart, et al* (2026 Benton Cty AR) 04CV-26-489.

The following documents are provided for the Court for judicial notice:

EX 1 – FAC in *Stebbins v Walmart*

EX 2 – In forma pauperis application in *Stebbins v. Walmart*

EX 3 – Hon Dwanw L. Tinglsey decision in *SDWV*

1

It appears that Stebbins negotiated $ 12,500.00 as part of an EEOC settlement and may or may not have received it. (See FAC, Ex 2, Page 22, ¶132).

**Inaccuracies in Stebbin's Application**

Stebbins fails to list employment for "Premium Retail Services" under section of the application and fails to list his lawsuit against Walmart (and potentially other lawsuits).

Stebbins fails to list this lawsuit (and perhaps others) as an asset for this chose of action.   The low-end value of this chose of action is likely $ 12,500.00 (Settlement offered).

Redfield therefore objects to Stebbins application in view of the filings by Stebbins in other cases, and follow the reasoning of the Southern District of West Virginia.

Respectfully Submitted,

DATE:   August 3, 2026

/s/ J. Curtis Edmondson

J. Curtis Edmondson
Counsel for defendant

2