EXHIBIT 3 - IN FORMA PAUPERIS APPLICATION

ELECTRONICALLY FILED
Benton County Circuit Court
Brenda DeShields, Circuit Clerk
2026-Jan-29 16:29:30
04CV-26-489
C19WD05 : 4 Pages

IN THE __CIRCUIT__ COURT OF _____BENTON_____ COUNTY ARKANSAS
<small>DISTRICT OR CIRCUIT           COUNTY NAME</small>

IN RE PETITION OF _____DAVID STEBBINS_____
<small>YOUR FULL LEGAL NAME</small>
TO PROCEED IN FORMA PAUPERIS

NO. _____

# AFFIDAVIT IN SUPPORT OF
# REQUEST TO PROCEED *IN FORMA PAUPERIS*

I, _____DAVID STEBBINS_____ , being first duly sworn, depose
<small>YOUR FULL LEGAL NAME</small>
and say that I am the petitioner in the above entitled case; that in support of my motion
to proceed without being required to prepay fees, costs or give security therefor, I state that
because of my poverty I am unable to pay the costs of said proceeding or to give security
therefor; that I believe I am entitled to redress.

I further swear that the responses which I have made to questions and instructions below
are true.

**❶ Are you presently employed?**

☐ Yes → (a) If the answer is yes, state the <u>amount of your salary or wages</u> per month
and give the <u>name</u> and <u>address of your employer</u>.

$ _____ per month

Employer name: _____

Employer address: _____
<small>STREET      APT/SUITE      CITY,      STATE      ZIP</small>

☑ No → (b) If the answer is no, state the <u>date of last employment</u> and the
<u>amount of the salary and wages</u> per month which you received.

Date of last employment: _____1/15/2026_____
<small>MONTH / DAY / YEAR</small>

$ _____149_____ per month

**❷ Have you received within the <u>past 12 months</u> any money from any of the following sources?**

  **(a)** Business, profession or any form of self-employment?

    ☑ Yes → Describe: _____ Google Adsense _____ Amount: $ _____ 32.13 _____

    ☐ No

  **(b)** Rent payments, interest or dividends?

    ☐ Yes → Describe: _____ Amount: $ _____

    ☑ No

  **(c)** Pensions, annuities or life insurance payments?

    ☐ Yes → Describe: _____ Amount: $ _____

    ☑ No

  **(d)** Gifts or inheritances?

    ☐ Yes → Describe: _____ Amount: $ _____

    ☑ No

  **(e)** Any other sources?

    ☑ Yes → Describe: _____ SSI _____ Amount: $ _____ 894.60 _____

    ☐ No

If the answer to any of the above is yes, describe each <u>source of money</u> and state the <u>amount</u> received from each during the past 12 months.

**❸ Do you own any cash, or do you have money in a checking or savings account?**

  ☑ Yes → If the answer is yes, state the <u>total amount</u> in each <u>account</u>.

  ↓ ☐ No    $ ___0___ in cash on hand

     $ __42.92__ in a checking account at _____ Arvest _____
                                            BANK NAME

     $ ___0___ in a savings account at _____
                                            BANK NAME

**❹ Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?**

  ☐ Yes → If the answer is yes, <u>describe the property</u> and state its <u>approximate value</u>.

  ↓ ☑ No    _____ $ _____

                   _____ $ _____

                   _____ $ _____

                   _____ $ _____

**⑤** List the <u>persons</u> who are dependent upon you for support, state <u>your relationship</u> to those persons, and indicate <u>how much</u> you contribute toward their support.

| Name(s) | Relationship | Support |
|---|---|---|
| No Dependants | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

**⑥** [TO BE COMPLETED <u>ONLY IF PETITIONER IS INCARCERATED</u> IN THE ARKANSAS DEPARTMENT OF CORRECTION OR ANY OTHER PENAL INSTITUTION.

**Do you have any funds in the inmate welfare funds?**

☐ Yes → If the answer is yes, state the <u>total amount</u> in such account and have the

↓ ☑ No certificate below completed by the authorized officer of the institution.]

$ _____

[(To be completed by authorized officer of penal institution)

**CERTIFICATE**

I hereby certify that the petitioner herein, _____ DAVID STEBBINS _____ , has a sum of $ _____ on account to his/her credit at the institution where he/she is confined.

I further certify that petitioner likewise has the following securities to his/her credit according to the records of said institution:

_____

_____

_____

Authorized Officer of Institution]

I understand that false statement or answer to any questions in this affidavit will subject me to penalties for perjury.

*Signature of Petitioner*

**STATE OF ARKANSAS**
**COUNTY OF** Boone

Petitioner, DAVID STEBBINS being first duly sworn under oath, presents that he/she has read and subscribed to the above and states that the information therein is true and correct.

SUBSCRIBED AND SWORN to before me this 29th day of January 20 26 .

*Notary Public*

My commission expires: Jan 9 2035

TERRA UTZ-DEPRIEST
Notary Public - Arkansas
Boone County
Commission # 00004293
My Commission Expires Jan 9, 2035

Page 4