David Stebbins                123 W. Ridge Ave., Apt D, Harrison, AR 72601

acerthorn@yahoo.com        870-204-6516

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS,                                                    PLAINTIFF

VS.                                Case 4:23-cv-00321-MMC

SYDNEY REDFIELD, d.b.a. SIDALPHA                          DEFENDANTS

**RESPONSE IN OPPOSITION TO MOTION FOR JUDGMENT ON THE PLEADINGS**

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Opposition to Motion for Judgment on the Pleadings in the above-styled action.

The Defendant's motion is without merit and the Court should deny it.

Please find attached to this opposition the following documents:

• Exhibit A, giving important information about a related case that the Defendant refers to, and

• A Memorandum of Points and Authorities in support of this opposition.

Wherefore, premises considered, I respectfully pray that the Motion for Judgment on the Pleadings be denied, and for any other relief to which I may be entitled.

So requested on this, the 6th day of August, 2026.

*/s/ David Stebbins*
David Stebbins (pro se)