# Exhibit A



**C_ivil** ▾    **Crimi_nal** ▾    **Query**    **Reports** ▾

**_Utilities** ▾    **Sear_ch**    **Help**    **Log Out**

### 4:22-cv-00546-JSW Stebbins v. Alphabet Inc. et al
Jeffrey S. White, presiding
**Date filed:** 01/27/2022
**Date of last filing:** 02/11/2026

Mobile Query

**Query**

Alias
Associated Cases
Attorney