United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID A. STEBBINS,

Plaintiff,

v.

SYDNEY REDFIELD,

Defendant.

Case No. 23-cv-00321-MMC

**ORDER DIRECTING PLAINTIFF TO SUBMIT COURTESY COPIES IN COMPLIANCE WITH COURT'S STANDING ORDERS**

On July 8, 2025, plaintiff David A. Stebbins electronically filed his "Request for Judicial Notice, Motion in Limine, and Motion for Protective Order"; on July 23, 2026, plaintiff electronically filed his “Reply in Continued Support of Request for Judicial Notice”; on July, 26, 2026, plaintiff electronically filed his “Motion to Restrict Defendant’s Admission”; on August 2, 2026, plaintiff electronically filed his “Motion to Appear Remotely”; on August 4, 2026, plaintiff electronically filed his “Reply to Objection to Appear Remotely”; and, on August 6, 2026, plaintiff electronically filed his “Response in Opposition to Motion for Judgment on the Pleadings.” To date, plaintiff has not submitted courtesy copies of said documents.

Pursuant to this Court's Standing Orders, "[c]ourtesy copies of filed documents shall be mailed via first class mail to the Clerk's Office on the same date the documents are filed, unless the filing is in connection with a hearing to be held within 7 days of the filing, in which case courtesy copies shall be delivered to the Clerk's Office no later than noon on the court date following the filing." See Standing Orders for Cases Assigned to The Honorable Maxine M. Chesney ¶ 2. Additionally, courtesy copies "shall be submitted in single-sided format" and "[a]ny attached exhibits shall be separated by tabbed dividers." See id.

United States District Court
Northern District of California

Accordingly, the plaintiff is hereby DIRECTED to submit forthwith the requisite courtesy copies of the above-referenced documents.

**IT IS SO ORDERED.**

Dated: August 20, 2026

MAXINE M. CHESNEY
United States District Judge