David Stebbins 123 W. Ridge Ave., Apt D., Harrison, AR 72601
870-204-6516 acerthorn@yahoo.com

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS PLAINTIFF

VS. CASE 3:23-cv-00321-MMC

SYDNEY REDFIELD DEFENDANTS

**EMERGENCY MOTION TO CONTINUE OR IN THE ALTERNATIVE TO WAIVE CHAMBERS COPIES**

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Emergency Motion to Continue the upcoming hearing on August 28, 2026 for one week, or in the alternative to waive the requirement for chambers copies for the current waive of motions in the above-styled action.

On August 20, 2026, the Court issued an order for me to submit chambers copies of all currently pending motions to the Court. See Dkt. 157. However, there is a good reason why I cannot send those chambers copies right now: Because I don't currently have them to send.

The hard drive on which the docket was stored recently experienced a failure, and it is currently in the custody of a professional data recovery center who you can find at the website of www.300dollardatarecovery.com. They are currently in the process of recovering as much of my data as possible.

To prove this, see **Exhibit A**, which proves that they are currently working to recover my data, which in tur proves that I don't have it at the moment.

I expect I will have the data back in 1-2 weeks. Once I do, I will prepare and send chambers copies to the Court.

I contacted Defense Counsel and asked him to provide me with his copies of the docket so far. He provided them, but he did not provide everything. Notably missing is Dkt. 145, my Request for Judicial Notice, which you explicitly demanded a chambers copy of. So I still can't send that until I get my data back.

I therefore ask that the Court either …

1. Continue the upcoming August 28 hearing by 1 week, to give me more time to provide the chambers copies, or
2. Waive, just this once, the requirement for chambers copies, and print out your own copies of my filings if you insist on reading them in paper format, but only this one time.

So requested on this, the 20th day of August, 2028.

*/s/ David Stebbins*

David Stebbins (pro se)