From: Brian - 300DDR (helpdesk3@300dollardatarecovery.com)

To: stebbinsd@yahoo.com

Date: Tuesday, August 18, 2026 at 08:00 PM CDT

----- REPLY ABOVE THIS LINE TO SEND A RESPONSE -----

You have an update for ticket #73432 ( David Stebbins ST8000DM004).

If you have any questions after reading the message below, reply to this email, call (323) 230-0622, or chat with us online (M-F 10 AM-6 PM PST).

---

Hi David,

Your device has reached the front of our data recovery queue, and we have started to work on recovering your data! We should have another status update soon (usually within 5-6 days for standard service and 1-2 days for Priority service). However, it could be longer or shorter depending on the exact problem with your device.

Thank you,
$300 Data Recovery

---

*View your account profile online: Online Profile.*

---

*Unsubscribe (don't click this if you want to receive updates about your recovery)*

Sent with care from 300DDR

300DDR - 11390 Ventura Blvd. #5, Studio City CA 91604 - 323-230-0622