United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID A. STEBBINS,
Plaintiff,
v.
SYDNEY REDFIELD,
Defendant.

Case No. 23-cv-00321-MMC

**ORDER VACATING HEARING ON DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS; DENYING REQUEST TO APPEAR REMOTELY AS MOOT**

Before the Court is Defendant's "Motion for Judgment on the Pleadings" (Doc. No. 150), filed July 23, 2026. Plaintiff has filed opposition. No reply has been filed.[1] Having read and considered the papers filed in support of and opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for August 28, 2026.

In light thereof, plaintiff's "Request for Leave to Appear Remotely" (Doc. No. 153) at the above hearing, and "Emergency Motion to Continue or in the Alternative to Waive Chambers Copies" (Doc. No. 158) are hereby DENIED as moot.

**IT IS SO ORDERED.**

Dated: August 20, 2026

Maxine M. Chesney

MAXINE M. CHESNEY
United States District Judge

[1]Pursuant to the Civil Local Rules of this District, a reply was due no later than August 6, 2026. See Civil L. R. 7-3(c) (providing reply to opposition must be filed no later than 7 days after opposition is due).