United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID A. STEBBINS,

Plaintiff,

v.

SYDNEY REDFIELD,

Defendant.

Case No. 23-cv-00321-MMC

**ORDER VACATING HEARING ON PLAINTIFF'S MOTION TO RESTRICT DEFENDANT'S CHANGE IN ADMISSIONS; DENYING REQUEST TO APPEAR REMOTELY AS MOOT**

Before the Court is Plaintiff's "Motion to Restrict Defendant's Change in Admissions" (Doc. No. 151), filed July 26, 2026. No opposition has been filed.[1] Having read and considered the papers filed in support of the motion, the Court deems the matter appropriate for determination thereon, and hereby VACATES the hearing scheduled for September 25, 2026.

In light thereof, plaintiff's "Request for Leave to Appear Remotely" at the above hearing (Doc. No. 153) is hereby DENIED as moot.

**IT IS SO ORDERED.**

Dated: August 20, 2026

MAXINE M. CHESNEY
United States District Judge

[1] Pursuant to the Civil Local Rules of this District, any opposition was due "not more than 14 days after the motion was filed." See Civil L. R. 7-3(a).