United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID A. STEBBINS,
Plaintiff,
v.
SYDNEY REDFIELD,
Defendant.

Case No. 23-cv-00321-MMC

**ORDER DENYING OBJECTION TO DOC. NO. 139, ORDER OF MAGISTRATE JUDGE**

Before the Court is plaintiff David A. Stebbins Objection, filed July 6, 2026, to "Dkt. 139, Order of Magistrate Judge" (Doc. No. 140), challenging Magistrate Judge Ajay S. Krishnan's "Order re: Discovery Dispute," filed July 6, 2026.

The Court having fully considered the matter, the objection is hereby DENIED, for the reason that plaintiff has not shown the subject order is clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1)(A) (providing district court may reconsider magistrate judge's order where it has been shown to be "clearly erroneous or contrary to law").

**IT IS SO ORDERED.**

Dated: August 20, 2026

MAXINE M. CHESNEY
United States District Judge