David Stebbins 123 W. Ridge Ave., Apt D., Harrison, AR 72601
870-204-6516 acerthorn@yahoo.com

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS PLAINTIFF

VS. CASE 3:23-cv-00321-MMC

SYDNEY REDFIELD DEFENDANTS

**EMERGENCY MOTION FOR STAY**

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Emergency Motion for Stay of Proceedings in the above-styled action.

The Defendant has filed a dispositive Motion for Judgment on the Pleadings. See Dkt. 150. The motion was originally set for hearing on August 28, 2026, but the Court canceled that hearing, finding that it could reach a decision on the papers alone. See Dkt. 159.

August 28 has since come and gone without a ruling from the Court.

This obviously means that the Court is planning on taking forever and a day to rule on it. Just like in Case 4:25-cv-04499-JSW (Stebbins v. Creetosis) in this District, when YouTube filed its Motion to Dismiss (Dkt. 45) on September 25, 2025. The hearing was originally set for November 14, 2025, but that hearing was vacated (Dkt. 57), and Judge Jeffrey White didn't issue his ruling on the motion until August 20, 2026, a whopping ***ELEVENT MONTHS*** after the motion was filed!

That is basically what this court is planning on doing here. I even complained about that on the May 1, 2026 case management conference, near the end of the conference, and the Court even acknowledged that I was justified in being frustrated. See https://youtu.be/cRklLSRwTmE?t=10963 (timestamp 3:02:43 – 3:08:02).

Each day that this dispositive motion remains on the docket without a ruling, I am prejudiced. This is because I currently am planning on taking the Defendant's deposition; however, because of the pending nature of this dispositive motion, I am holding off on actually doing so, since, if the motion is granted, that would obviously make it a waste of time and money for me to

have taken his deposition. See **Exhibit A**. As for the data recovery I mentioned in that exhibit, I'm already getting it back; as of the time of this writing, I have a tracking number for the return data, and it is estimated to arrive on September 2, 2026, so I've got that part handled. However, the part where the motion for judgment on the pleadings

To protect me from expending unfair court costs being made a waste of time in the event the motion is granted, I respectfully ask that the Court issue a stay of proceedings until such time as the Motion for Judgment on the Pleadings is disposed of. Once the stay is lifted, new deadlines for the end of discovery, motions for summary judgment, and even trial will need to be set.

Of course, this motion can be mooted through the simple expedient of the Court ruling on the Motion for Judgment on the Pleadings before it even rules on this, emergency-tagged motion, thereby disproving the fears I expressed in Lines 15-20 above.

So requested on this, the 29th day of August, 2026.

*/s/ David Stebbins*

David Stebbins (pro se)