RE: Can you do court reporting for a pro se plaintiff?



From: Kayla Sorenson (calendar@jdcourtreporting.com)

To: acerthorn@yahoo.com

Date: Monday, August 17, 2026 at 04:29 PM CDT

No problem!
I will keep my eye out for an email.

Thank you,

Kayla Sorenson | *Calendar Department*
J.D. Court Reporting, CA Firm #134
4550 E. Thousand Oaks Blvd., Ste.100
Westlake Village, CA 91362
818.851.9910
**www.jdcourtreporting.com**

---

**From:** Acerthorn <acerthorn@yahoo.com>
**Sent:** Monday, August 17, 2026 2:19 PM
**To:** Kayla Sorenson <Calendar@jdcourtreporting.com>
**Subject:** Re: Can you do court reporting for a pro se plaintiff?

Thanks. It'll be a little bit before I can actually schedule the deposition, for two reasons: (1) there's currently a motion for judgment on the pleadings pending. if granted, there'll be no point in scheduling the deposition, and (2) my hard drive recently failed on me and I'm currently hiring these professionals to try and get my data back.

Thank you for your prompt responses. I plan on using you if I'm going to take the deposition at all.

Sincerely,
Acerthorn

On Monday, August 17, 2026 at 03:44:12 PM CDT, Kayla Sorenson <calendar@jdcourtreporting.com> wrote:

It can be done before or after.

Thank you,

Kayla Sorenson | *Calendar Department*
J.D. Court Reporting, CA Firm #134
4550 E. Thousand Oaks Blvd., Ste.100
Westlake Village, CA 91362
818.851.9910
**www.jdcourtreporting.com**

---

**From:** Acerthorn <acerthorn@yahoo.com>
**Sent:** Monday, August 17, 2026 1:36 PM
**To:** Kayla Sorenson <Calendar@jdcourtreporting.com>
**Subject:** Re: Can you do court reporting for a pro se plaintiff?

Will that be before, during, or after the deposition?

Sincerely,