UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS PLAINTIFF

VS. CASE 3:23-cv-00321-MMC

SYDNEY REDFIELD DEFENDANTS

**PROPOSED ORDER GRANTING MOTION FOR STAY**

COMES NOW before the Court the Plaintiff's Emergency Motion for Stay. For good cause shown, the Court GRANTS this motion. All deadlines for this case are hereby stayed indefinitely. Once the Motion for Judgment on the Pleadings has been disposed of, the Court will set new deadlines, if appropriate, for the close of discovery, motions for summary judgment, trial, etc.

IT IS SO ORDERED

________________________________________
Signature of Judge

_____/_____/__________
Date (MM/DD/YYYY)