United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID A. STEBBINS,

Plaintiff,

v.

SYDNEY REDFIELD,

Defendant.

Case No. 23-cv-00321-MMC

**ORDER REFERRING TO MAGISTRATE JUDGE KRISHNAN PLAINTIFF'S MOTION TO RESTRICT DEFENDANT'S CHANGE IN ADMISSIONS**

On July 26, 2026, plaintiff David A. Stebbins filed a "Motion to Restrict Defendant's Change in Admissions," whereby plaintiff challenges the procedure by which defendant Sydney Redfield withdrew an earlier filed response to plaintiff's Request for Admissions.

It is unclear from said filing whether plaintiff intended to submit the matter to the undersigned or to Magistrate Judge Ajay S. Krishnan, to whom all discovery matters previously were referred.

Accordingly, as the relief sought pertains to a discovery dispute, plaintiff's "Motion to Restrict Defendant's Change in Admissions" is hereby REFERRED to Magistrate Judge Ajay S. Krishnan.

**IT IS SO ORDERED.**

Dated: September 8, 2026

MAXINE M. CHESNEY
United States District Judge