UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS PLAINTIFF

VS. CASE 3:23-cv-00321-MMC

SYDNEY REDFIELD DEFENDANTS

**~~PROPOSED~~ ORDER GRANTING MOTION FOR STAY**

COMES NOW before the Court the Plaintiff's Emergency Motion for Stay. For good cause shown, the Court GRANTS this motion. All deadlines for this case are hereby stayed ~~indefinitely~~. Once the Motion for Judgment on the Pleadings has been disposed of, the Court will set new deadlines, if appropriate~~, for the close of discovery, motions for summary judgment, trial, etc~~.

IT IS SO ORDERED

Signature of Judge

9 / 14 / 2026
Date (MM/DD/YYYY)