David Stebbins 123 W. Ridge Ave., Apt D, Harrison, AR 72601
acerthorn@yahoo.com 870-204-6516

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS, PLAINTIFF

VS. Case 4:23-cv-00321-MMC

SYDNEY REDFIELD, d.b.a. SIDALPHA DEFENDANTS

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN OPPOSITION TO (DKT. 150) MOTION FOR JUDGMENT ON THE PLEADINGS, AS WELL AS SAID SUPPLEMENTAL BRIEF**

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion for Leave to File Supplemental Brief in Opposition to Dkt. 150, Motion for Judgment on the Pleadings (or "the JoP Motion" for short) in the above-styled action. If granted, then let the arguments contained herein serve as the supplemental brief.

The reason the arguments contained in this supplemental brief could not have been raised in the original Opposition is because the grounds for them were not actually present until just now. Therefore, penalizing me for not raising them when they weren't ready would be unfair.

On Monday, September 14, 2026, this Court ordered a stay of the entire case pending resolution of the JoP Motion. See Dkt. 165. It ordered ALL deadlines to be "stayed indefinitely." This includes the trial date.

Fed.R.Civ.P. 12(c) explicitly states that a JoP Motion must be filed "early enough not to delay trial." This presents no hard time limit, so the Court probably thinks she has carte blanche to interpret that clause as meaning whatever she wants it to mean. However, one thing the Court certainly cannot do is make the arbitrary finding that the JoP Motion does not delay trial, simply because she says so, while simultaneously ordering a stay in the case ***literally delaying trial*** because of the JoP Motion!

Therefore, even if the Court were otherwise inclined to grant the JoP Motion, it is no longer appropriate for the Court to do so.

Wherefore, premises considered, I respectfully pray that the Motion for Judgment on the

Pleadings be denied.

So requested on this, the 15th day of September, 2026.

*/s/ David Stebbins*
David Stebbins (pro se)