United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID A. STEBBINS,
Plaintiff,
v.
SYDNEY REDFIELD,
Defendant.

Case No. 23-cv-00321-MMC

**ORDER DENYING MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF**

Before the Court is plaintiff David A. Stebbins motion, filed September 15, 2026, for "Leave to File Supplemental Brief in Opposition to (Dkt. 150) Motion for Judgment on the Pleadings," whereby plaintiff seeks leave to further oppose defendant Sydney Redfield's Motion for Judgment on the Pleadings, on the asserted ground said motion has been rendered untimely under Rule 12 of the Federal Rules of Civil Procedure. See Fed. R. Civ. Pro. 12(c) (requiring motion for judgment on the pleadings to be filed "early enough to not delay trial."). In particular, Stebbins argues, the Court's granting plaintiff's recent motion to stay all proceedings pending its ruling on defendant's motion has, in essence, caused everything else in the case to slow down and come to a halt.

Rule 12(c)'s requirement, however, refers to the time at which "a party may move for judgment on the pleadings." See id. (emphasis added). Here, defendant's motion was filed on July 23, 2026, more than eleven months before the currently scheduled trial date, and, consequently, was timely filed. See Heredia v. Eddie Bauer LLC, 2020 WL 1492710 at *2–*3 (N.D. Cal. Mar. 27, 2020) (holding motion for judgment on the pleadings filed

United States District Court
Northern District of California

one month before trial was timely). Events occurring subsequent thereto have no bearing on the timeliness of the filing, and certainly not events prompted at the request of the opposing party.

Accordingly, plaintiff's motion is hereby DENIED.

**IT IS SO ORDERED.**

Dated: September 16, 2026

MAXINE M. CHESNEY
United States District Judge