United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. STEBBINS,<br>Plaintiff,<br>v.<br>SYDNEY REDFIELD,<br>Defendant. | Case No. 23-cv-00321-MMC (ASK)<br><br>**ORDER RE: DISCOVERY DISPUTES**<br>Re: Dkt. Nos. 142, 146, 147, 151 |

Upon Plaintiff Stebbins's emergency request, the Court stayed this case pending the resolution of Defendant Redfield's motion for judgment on the pleadings. Dkt. 165. Accordingly, the undersigned **DENIES** without prejudice as moot Mr. Stebbins's emergency motion for leave to file a unilateral discovery dispute letter, the parties' pending discovery dispute letters, and Mr. Stebbins's motion to restrict Mr. Redfield's admissions. The parties may renew these disputes if they remain after the Court has reset the case deadlines.

This Order disposes of Docket Nos. 142, 146, 147, and 151.

**IT IS SO ORDERED.**

Dated: September 21, 2026

AJAY KRISHNAN
United States Magistrate Judge