David Stebbins 123 W. Ridge Ave., Apt D, Harrison, AR 72601
acerthorn@yahoo.com 870-204-6516

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS, PLAINTIFF

VS. Case 4:23-cv-00321-MMC

SYDNEY REDFIELD, d.b.a. SIDALPHA DEFENDANTS

**MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion for Leave to File Motion for Reconsideration in the above-styled action.

First, the Court has failed to address my arguments in Dkt. 156-2, Page 2 Line 11 through Page 3 Line 8, which sets for a much higher threshold for dismissal on the pleadings for pro se plaintiffs. The Court utterly ignored all the multiple binding precedents which I cited that says that it's different for pro se plaintiffs, instead relying on a case law where the plaintiffs were clearly represented by counsel:



244 F.3d 708 (2001)

Christopher OWENS; Cynthia Hutchins, Plaintiffs-Appellants,
v.
KAISER FOUNDATION HEALTH PLAN, INC., a California corporation, Defendant-Appellee.

No. 99-56466.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted March 8, 2001.
Filed March 26, 2001.

*709 *710 David G. Spivak and David L. Ross, Ross, Rose & Hammill, LLP, Beverly Hills, California, for the plaintiffs-appellants.

James A. Breslo, Seyfarth, Shaw, Fairweather & Geraldson, Los Angeles, California, for the defendant-appellee.

Before: ARTHUR L. ALARCON, MELVIN BRUNETTI, and MICHAEL DALY HAWKINS, Circuit Judges.

Argued and Submitted March 8, 2001 — Pasadena, California.

I therefore ask the Court to reconsider its opinion in light of the actual applicable legal standard.

Second, the Court failed to apply the proper standard for res judicata. I explained in my Opposition that, in diversity cases such as this one, the controlling standard for res judicata is whether or not the two claims allege different primary rights, not whether they operate on the same nucleus of operative facts. I therefore ask the Court to reconsider its position and apply the

actual correct legal standard.

So requested on this, the 2nd day of October, 2026.

*/s/ David Stebbins*
David Stebbins (pro se)